# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ROBERT TOMASSINI, *et al.*, | Case No. 3:14-cv-01226-MAD-ML |
| Plaintiff, |  |
|  | Hon. Mae A. D'Agostino |
|  | United States District Judge |
| vs. |  |
| FCA US LLC, |  |
| Defendant. |  |

## FCA US LLC'S NOTICE OF MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law, Plaintiff Thomas Hromowyk's Responses to Defendant's First Set of Interrogatories, Plaintiff Thomas Hromowyk's Deposition (excerpts), the Declaration of Jarrod Brown, the Declaration of Stephen D'Aunoy, Plaintiff Thomas Hromowyk's Response to Defendant's First Set of Requests for Production of Documents, and the April 11, 2019 Brownie's Auto Care invoice filed herewith, as well as the papers and pleadings in this action, Defendant FCA US LLC will move this court, at the United States Courthouse, James T. Foley – U.S. Courthouse, 445 Broadway, Albany, New York, 12207 on November 5, 2019 at 10:00 A.M., or as soon thereafter as counsel may be heard, to, under its inherent authority, and as sanctions for Plaintiff Hromowyk's and his counsel's spoliation of evidence: (1) dismiss Plaintiff Hromowyk's claim, or, alternatively, impose a mandatory adverse inference instruction at trial or bar Plaintiff Hromowyk from relying on the spoliated evidence at trial, or to support or oppose any motion; (2) declare Plaintiff Hromowyk an atypical and thus

inadequate representative of the putative class; and (3) disqualify Hromowyk's counsel of record as class counsel.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 7.1 of the Local Rules for the Northern District of New York, Defendant FCA US demands that any answering affidavits and memoranda be served on the undersigned attorney no later than seventeen (17) days before the return date of this motion.

**FOR RELIEF** Defendant FCA US LLC respectfully requests that this Court: dismiss Plaintiff Hromowyk's claim, or, alternatively, impose a mandatory adverse inference instruction at trial or bar Plaintiff Hromowyk from relying on the spoliated evidence at trial, or to support or oppose any motion; (2) declare Plaintiff Hromowyk an atypical and thus inadequate representative of the putative class; and (3) disqualify Hromowyk's counsel of record as class counsel.

Dated:  September 27, 2019

                Respectfully Submitted,

                **COUGHLIN & GERHART, LLP**

By: */s/ Alan J. Pope*
   Alan J. Pope
   Bar Enroll No. 301508
   apope@cglawoffices.com
   99 Corporate Drive
   Binghamton, New York 13904
   (607) 723-9511
   (607) 723-1530 (fax)

   **THOMPSON COBURN LLP**
   Kathy A. Wisniewski
   kwisniewski@thompsoncoburn.com
   Stephen D'Aunoy
   sdaunoy@thompsoncoburn.com
   Thomas L. Azar, Jr.
   tazar@thompsoncoburn.com
   Sharon B. Rosenberg
   srosenberg@thompsoncoburn.com
   One US Bank Plaza
   St. Louis, Missouri 63101
   (314) 552-6000
   (314) 552-7000 (fax)

   *Attorneys for FCA US LLC*

## CERTIFICATE OF SERVICE

  The undersigned certifies that on this 27th day of September, 2019, a copy of FCA US LLC's Motion for Sanctions for Spoliation of Evidence was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

            By: */s/ Alan J. Pope*