**JARROD BROWN**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

----------------------------------------
ROBERT TOMASSINI and THOMAS HROMOWYK,
on behalf of themselves and others similarly
situated,

                    Plaintiffs,

           - vs -     Case No.
                        3:14-cv-01226-MAD-ML
FCA US LLC,

                    Defendant.
----------------------------------------

        Examination before trial of **JARROD BROWN**,

taken pursuant to Subpoena, in the offices of

JACK W. HUNT & ASSOCIATES, INC., 1120 Liberty

Building, Buffalo, New York, on October 8, 2019,

commencing at 1:07 p.m., before LORI K. BECK, CSR,

RDR, CRR, Notary Public.

2

```
 1  APPEARANCES:      LAW OFFICES OF
                      ELMER ROBERT KEACH, III,
 2                    By ELMER ROBERT KEACH, III, ESQ.,
                      One Pine West Plaza, Suite 109,
 3                    Washington Avenue Ext.,
                      Albany, New York  12205-5531,
 4                    (518) 434-1718,
                      bobkeach@keachlawfirm.com,
 5                    Appearing for the Plaintiffs.

 6                    THOMPSON COBURN LLP,
                      By THOMAS L. AZAR, ESQ.,
 7                    (to be admitted pro hac vice)
                      One US Bank Plaza,
 8                    St. Louis, Missouri  63101,
                      (314) 552-6000,
 9                    tazar@thompsoncoburn.com,
                      Appearing for the Defendant.
```

13:07:14  10

13:07:14  11

13:07:14  12  **J A R R O D   B R O W N**, Cambria, New York, after

13:07:42  13  being duly called and sworn, testified as follows:

13:07:42  14

13:07:42  15           **EXAMINATION BY MR. KEACH:**

13:07:42  16

13:07:43  17       **Q.**   Okay, Mr. Brown.  My name's Attorney

13:07:45  18  Bob Keach, lawyer from Albany.

13:07:47  19       We're going to take your testimony in a

13:07:49  20  proposed class action lawsuit that's been filed by

13:07:52  21  my clients, Bob Tomassini and Thomas Hromowyk --

13:07:55  22  and I'm going to mispronounce that name a hundred

13:07:57  23  times today -- against FCA US, which is the

*Brown - Keach - 10-8-19*

3

13:08:00  1  corporate parent of the Chrysler Corporation or the

13:08:04  2  company that makes Chrysler and Dodge cars.

13:08:06  3       What we're participating in today is called

13:08:08  4  a deposition.  It's where I get to ask you

13:08:10  5  questions, and you have to provide me with a spoken

13:08:12  6  response.

13:08:12  7       Now, that's important, because, you know, in

13:08:15  8  ordinary conversation, people say uh-huh or um-hum

13:08:18  9  or they shake or nod their head.  You can't do that

13:08:20  10  today, because she, as the court reporter, cannot

13:08:23  11  take those things down.

13:08:24  12       So you've got to answer yes or no or, if

13:08:26  13  you're going to shake your head, "I don't know,"

13:08:28  14  whatever it is.  Just give me an honest answer, but

13:08:31  15  you have to speak it.

13:08:32  16       **A.**   Okay.

13:08:34  17       **Q.**   Second, you need to let me finish my

13:08:36  18  questions, and I'm going to show you the same

13:08:38  19  courtesy in return.  That way you and I can avoid

13:08:41  20  talking over each other.

13:08:42  21       You and I talking over each other today is a

13:08:44  22  bad thing.  It interferes with the court reporter

13:08:47  23  taking the record and just makes everybody's life a

4

13:08:50  1  little harder.

13:08:51  2      Now, I just want to confirm:  You're not

13:08:54  3  represented by counsel today, correct?

13:08:55  4      **A.**   That is correct.

13:08:56  5      **Q.**   All right.  You're going to hear

13:08:58  6  Mr. Azar make a series of objections today.

13:09:01  7  Generally his objections will be limited as to

13:09:03  8  form, but regardless, Mr. Azar is not your lawyer,

13:09:06  9  and it doesn't matter what he says.  He can say

13:09:08  10  whatever he wants.  You have to answer my questions

13:09:10  11  regardless, okay?

13:09:11  12      **A.**   Yes.

13:09:12  13      **Q.**   Now, that brings me to my next point.

13:09:16  14      If at any point in time today you want to

13:09:18  15  take a break, you let me know, and I'll hook you

13:09:20  16  up, okay?

13:09:22  17      You know, I think you and I have a lot more

13:09:24  18  in common than you may know sitting here, but this

13:09:27  19  ain't the Bataan Death March.  You don't have to

13:09:29  20  sit here, you know, for hours on end.

13:09:30  21      You got to use the bathroom, you want to

13:09:31  22  smoke a cigarette, your wife's blowing up your

13:09:33  23  phone wondering where you are, you got to take care

| | | |
|---|---|---|
| 13:09:35 | 1 | of it, whatever it is, you just tell me.  I'll hook |
| 13:09:35 | 2 | you up, okay?  I'll give you a break. |
| 13:09:38 | 3 | On the flip side, I just want you to let me |
| 13:09:41 | 4 | get my questions done before you ask me for a |
| 13:09:43 | 5 | break, so if I've asked you a question and you |
| 13:09:45 | 6 | haven't responded, at least get the question done |
| 13:09:47 | 7 | and then take a break, or if I'm showing you a |
| 13:09:50 | 8 | document, let's get through the document before you |
| 13:09:53 | 9 | take a break. |
| 13:09:53 | 10 | Does that sound fair? |
| 13:09:53 | 11 | **A.**    Yes. |
| 13:09:53 | 12 | **Q.**    All right.  Now, this technological |
| 13:09:56 | 13 | terror you see in front of you is how I'm going to |
| 13:09:58 | 14 | show you my documents, and you're going to see the |
| 13:10:00 | 15 | document on the page in front of you. |
| 13:10:02 | 16 | If at any point in time you want to get the |
| 13:10:04 | 17 | whole document in front of you, you just ask me. |
| 13:10:05 | 18 | I'll email it to the court reporter, and they'll |
| 13:10:06 | 19 | print it out, okay? |
| 13:10:07 | 20 | I do this for a range of reasons, primarily |
| 13:10:10 | 21 | organization, because I'm just notorious for losing |
| 13:10:13 | 22 | deposition exhibits, and if I show them to you on |
| 13:10:15 | 23 | my iPad, I definitely ain't going to lose my iPad, |

*Brown - Keach - 10-8-19*

6

13:10:19  1   okay?

13:10:19  2         But if there's a problem doing this today,

13:10:21  3   you tell me, and we can just go paper.  Just let me

13:10:23  4   know whatever your preference is, all right?

13:10:23  5         **A.**   Yes.

13:10:24  6         **Q.**   Finally, I am not a perfect examiner,

13:10:26  7   and sometimes I ask questions that witnesses don't

13:10:30  8   understand.  Sometimes I use words they don't

13:10:32  9   understand.  Sometimes -- and that may well happen

13:10:35  10  today -- there's a dialogue between counsel that

13:10:37  11  interferes with your ability to understand.

13:10:39  12        And when those things happen, you just tell

13:10:41  13  me, and I'll take the steps necessary to make sure

13:10:43  14  that you and I can have an intelligent

13:10:45  15  conversation, all right?  All I want from you today

13:10:46  16  is to tell me the truth about, you know, what

13:10:48  17  happened here, and -- you know, and as part of that

13:10:52  18  process, you and I need to be able to understand

13:10:54  19  each other.

13:10:55  20        If you have any problem with my questions,

13:11:13  21  tell me.  I'll address it.  On the flip side, if

13:11:13  22  you answer me, I'm going to assume that you

13:11:13  23  understood me.

13:11:13   1          Sound fair?

13:11:13   2          **A.**   Yes.

13:11:13   3          **Q.**   All right.  Now, you -- you've never

13:11:13   4   been deposed before, have you?

13:11:13   5          **A.**   No, I don't believe so.

13:11:13   6          **Q.**   Okay.  Well, there's always a first for

13:11:13   7   everything, unfortunately.

13:11:13   8          Being under -- getting deposed today in

13:11:14   9   front of our court reporter is the same thing as

13:11:15  10   being under oath in court, okay?  So that means you

13:11:18  11   take an oath to tell the truth.

13:11:21  12          You understand -- I just want to confirm

13:11:22  13   your understanding.  You understand you're under

13:11:24  14   oath and that being under oath in front of our

13:11:26  15   court reporter is the same thing as being under

13:11:45  16   oath in the federal court, who supervises this

13:11:45  17   case.

13:11:45  18          **A.**   Yes.

13:11:46  19          **Q.**   All right.  Are you taking any

13:11:48  20   medication today that would interfere with your

13:11:50  21   ability to testify or interfere with your memory of

13:11:52  22   events in this case?

13:11:53  23          **A.**   No.

*Brown - Keach - 10-8-19*

8

| 13:11:53 | 1 | Q.   All right.  So we're going to start |
| 13:11:55 | 2 | with the big question in my mind, is how did you |
| 13:11:58 | 3 | even learn about this lawsuit. |
| 13:11:59 | 4 | A.   I believe I was delivered a summons or |
| 13:12:04 | 5 | a -- what do you call the kind the guy brings to |
| 13:12:08 | 6 | you? |
| 13:12:08 | 7 | Q.   Subpoena. |
| 13:12:09 | 8 | A.   The subpoena, that's right. |
| 13:12:10 | 9 | Q.   All right.  So that would have been the |
| 13:12:11 | 10 | first subpoena you received. |
| 13:12:13 | 11 | A.   Yes. |
| 13:12:13 | 12 | Q.   Would have been from FCA US's lawyers, |
| 13:12:16 | 13 | correct? |
| 13:12:16 | 14 | A.   I don't recall who it was from, to be |
| 13:12:18 | 15 | honest with you. |
| 13:12:18 | 16 | Q.   All right.  But that was a subpoena -- |
| 13:12:20 | 17 | I think you were supposed to testify at some point |
| 13:12:22 | 18 | last month. |
| 13:12:24 | 19 | A.   I received one prior to that, several |
| 13:12:29 | 20 | months back, where they had -- somebody had just |
| 13:12:32 | 21 | requested copies of the invoices. |
| 13:12:35 | 22 | Q.   Okay. |
| 13:12:36 | 23 | A.   I don't recall who that was.  I know |

*Brown - Keach - 10-8-19*

9

| | | |
|---|---|---|
| 13:12:37 | 1 | I -- I faxed them to somebody -- |
| 13:12:39 | 2 | **Q.**   Okay. |
| 13:12:40 | 3 | **A.**   -- but I don't recall if it was -- |
| 13:12:43 | 4 | **Q.**   All right.  I do remember that from -- |
| 13:12:45 | 5 | from this case. |
| 13:12:46 | 6 | **A.**   Right. |
| 13:12:47 | 7 | **Q.**   I don't know if that came from us or -- |
| 13:12:49 | 8 | I believe it came from Chrysler, but I don't know |
| 13:12:50 | 9 | for sure. |
| 13:12:51 | 10 | How about -- how about a subpoena that you |
| 13:12:53 | 11 | had to show up and talk about what happened with |
| 13:12:58 | 12 | Mr. Hromowyk's car? |
| 13:12:59 | 13 | **A.**   I had received one maybe two months |
| 13:13:01 | 14 | ago, and it was postponed or adjourned or whatever |
| 13:13:04 | 15 | it may have been. |
| 13:13:05 | 16 | **Q.**   Okay. |
| 13:13:05 | 17 | **A.**   And -- |
| 13:13:06 | 18 | **Q.**   And -- go ahead, I'm sorry. |
| 13:13:08 | 19 | **A.**   And then I received another one a week |
| 13:13:10 | 20 | ago today. |
| 13:13:11 | 21 | **Q.**   Okay.  And that was from us. |
| 13:13:13 | 22 | **A.**   Yes. |
| 13:13:13 | 23 | **Q.**   And the first one you received to show |

13:13:15  1  up was from FCA US's counsel.

13:13:17  2      **A.**   Yes.

13:13:17  3      **Q.**   So you've never talked to me before

13:13:19  4  today, have you?

13:13:20  5      **A.**   No.

13:13:20  6      **Q.**   All right.  And there are a series of

13:13:23  7  Plaintiffs' lawyers involved in this case, so I'm

13:13:25  8  just going to go over who they are and see whether

13:13:28  9  you've talked to them as well.

13:13:29 10      There's a lawyer named Nick Migliaccio in

13:13:32 11  Washington.  Have you ever spoken to him?

13:13:34 12      **A.**   No.

13:13:34 13      **Q.**   How about Jason Rathod in Washington?

13:13:37 14      **A.**   No.

13:13:38 15      **Q.**   Gary Graifman.

13:13:39 16      **A.**   No.

13:13:40 17      **Q.**   Jay Brody.

13:13:41 18      **A.**   No.

13:13:42 19      **Q.**   Jay Brody and Gary Graifman are

13:13:43 20  somewhere in the vicinity of White Plains, New

13:13:46 21  York.

13:13:46 22      **A.**   No.

13:13:46 23      **Q.**   All right.  How about a guy named Gary

*Brown - Keach - 10-8-19*

11

| | | |
|---|---|---|
| 13:13:48 | 1 | Mason?  He's from Washington, D.C. |
| 13:13:49 | 2 | **A.**   No. |
| 13:13:50 | 3 | **Q.**   Dan Calvert?  He's from Florida. |
| 13:13:53 | 4 | **A.**   No. |
| 13:13:53 | 5 | **Q.**   All right.  Have you talked to any |
| 13:13:55 | 6 | lawyers from -- that represent FCA US? |
| 13:13:57 | 7 | **A.**   I don't believe I have. |
| 13:13:58 | 8 | **Q.**   All right.  Well, there's been an |
| 13:14:00 | 9 | affidavit submitted to -- to me and to the Court in |
| 13:14:04 | 10 | this case that bears your signature. |
| 13:14:06 | 11 | Do you remember signing an affidavit? |
| 13:14:10 | 12 | **A.**   No, I don't know if I do, unless it was |
| 13:14:14 | 13 | the time that I had faxed over that information the |
| 13:14:17 | 14 | first time around. |
| 13:14:19 | 15 | **Q.**   Okay. |
| 13:14:23 | 16 | **A.**   That was quite a while back. |
| 13:14:27 | 17 | **Q.**   Give me just a moment. |
| 13:14:40 | 18 | Okay.  I have a declaration here that is |
| 13:14:42 | 19 | purported to have been signed by you on August 21st |
| 13:14:46 | 20 | of this year. |
| 13:14:47 | 21 | **A.**   Oh, would that be -- |
| 13:14:49 | 22 | **Q.**   And a declaration is like -- it's a -- |
| 13:14:52 | 23 | it's a form that you -- that basically you say, |

13:14:55   1   "Okay, here's what my testimony is," and then

13:14:57   2   you --

13:14:57   3        A.   That's correct.  I guess I don't know

13:14:58   4   the terminology as far as --

13:15:00   5        Q.   That's no problem.

13:15:01   6        A.   Okay.

13:15:01   7        Q.   Okay.  And so how did it come to pass

13:15:04   8   that you signed that declaration?

13:15:06   9        A.   I received a -- I don't recall if it

13:15:09  10   was a phone call or an email from -- I believe it

13:15:15  11   was him.  I don't know if I can ask him.

13:15:18  12        Q.   Anything you've talked with him about,

13:15:19  13   I'm allowed to get into today.  He's not your

13:15:22  14   lawyer.

13:15:22  15        A.   Right.  No, I know.

13:15:24  16        Q.   It would be no different if you and I

13:15:24  17   spoke and he asked you questions about what you and

13:15:25  18   I talked about.

13:15:25  19        A.   Yes, it was -- it was you who sent me

13:15:28  20   those emails, I'm almost 90 percent sure,

13:15:31  21   originally.

13:15:32  22        Q.   All right.  So Mr. Azar sent you

13:15:35  23   emails.

*Brown - Keach - 10-8-19*

13

13:15:35  1          A.    Yes.

13:15:35  2          Q.    And what did those emails say, in words

13:15:38  3   or substance?

13:15:41  4          A.    He was trying to -- he -- this was

13:15:45  5   before the case was adjourned, and he had said that

13:15:47  6   somebody might not be able to make it, so he was

13:15:50  7   trying to handle the matter, what he could, at that

13:15:52  8   point.

13:15:53  9          So I think I sent him copies of the receipts

13:15:56 10   that I had involving the vehicle in question, and I

13:16:01 11   gave him a phone -- he asked me some questions over

13:16:04 12   the phone, and then he wrote them down, sent me a

13:16:08 13   copy of that.  When I -- and that I would have

13:16:13 14   signed and then sent back to him.

13:16:14 15          Q.    Okay.  So what exactly did Mr. Azar ask

13:16:18 16   you over the phone?

13:16:18 17          A.    He asked me about each time the vehicle

13:16:22 18   was in, that it had a tire pressure monitor repair,

13:16:26 19   if I knew -- if I recalled why, and asked me if I

13:16:32 20   was ever requested to save the old parts.

13:16:37 21          Maybe the cause of failure.  I don't quite

13:16:39 22   recall, but --

13:16:40 23          Q.    Okay.  Well, let's talk about if I

13:16:45  1  bring my car over to your shop to get it repaired,

13:16:48  2  and I come in, and it's a -- you need to replace

13:16:51  3  some part on my vehicle.

13:16:51  4       **A.**   Yes.

13:16:53  5       **Q.**   Let's just say, for the sake of

13:16:55  6  argument, that I have bad spark plugs, all right?

13:16:57  7       **A.**   Okay.

13:16:59  8       **Q.**   I mean, you see that kind of problem

13:17:00  9  all the time, people who need spark plugs replaced,

13:17:04 10  right?

13:17:04 11       **A.**   Right.

13:17:04 12       **Q.**   Okay.  So I come in and I need my spark

13:17:07 13  plugs replaced.  You're going to replace them,

13:17:09 14  right, if that's necessary?

13:17:10 15       **A.**   Yes.

13:17:11 16       **Q.**   And then what do you do with the old

13:17:12 17  spark plugs?

13:17:13 18       **A.**   Throw them in the trash.

13:17:15 19       **Q.**   Okay.  And that happens all the time,

13:17:17 20  right?

13:17:17 21       **A.**   Yes.

13:17:18 22       **Q.**   Okay.  And that would happen no matter

13:17:20 23  what the part is, correct?

13:17:21  1        **A.**    Yes.

13:17:21  2        **Q.**    All right.  So if we're talking

13:17:24  3    about -- if I come in and I have defective tire

13:17:27  4    pressure monitoring system modules, same thing.

13:17:30  5    They're going in the trash, right?

13:17:33  6        **A.**    Yes.  Unless you ask me beforehand to

13:17:35  7    save parts on any job, no matter what it might be,

13:17:38  8    they'll go in the trash.

13:17:39  9        **Q.**    Okay.  And just so we're clear, it

13:17:41 10    doesn't matter what the part is, right?  Brake

13:17:43 11    pads, you know --

13:17:44 12        **A.**    Right.

13:17:45 13        **Q.**    -- pistons?

13:17:46 14        **A.**    Yes.  There's one or two people a year

13:17:48 15    that might ask to see their old parts or us to save

13:17:52 16    them, but everything goes in the trash pretty much

13:17:53 17    immediately.

13:17:54 18        **Q.**    All right.  And I bet those one or two

13:17:56 19    people a year are installing lift kits, maybe?

13:17:59 20        **A.**    Well, yes, something like that, but

13:18:00 21    occasionally, if we're replacing a defective or a

13:18:03 22    faulty part, somebody might ask to see it.  Some

13:18:06 23    people are just curious as to what it looks like or

13:18:08  1  something like that, but we don't get that very

13:18:10  2  often at all.

13:18:11  3       Q.   Okay.  Well, let's just step back.  And

13:18:15  4  I'm going to call him -- if you could help me

13:18:18  5  pronounce his last name so I can do it properly.

13:18:18  6       A.   I call it Hromowyk.

13:18:21  7       Q.   Hromowyk.  That is correct.

13:18:21  8       A.   I don't know if that's right or not,

13:18:23  9  but I think it is.

13:18:24 10       Q.   That is correct.  It's Hromowyk.

13:18:25 11       All right.  So my understanding is

13:18:28 12  Mr. Hromowyk brings all his vehicles over to you to

13:18:29 13  get repaired; fair to say?

13:18:29 14       A.   Yes.

13:18:30 15       Q.   Okay.  And so -- so you know him and

13:18:33 16  you know his cars, right?

13:18:34 17       A.   Yes.

13:18:34 18       Q.   Okay.  Do you have any recollection

13:18:37 19  about Mr. Hromowyk asking to have his tire pressure

13:18:41 20  monitoring system modules given back to him?

13:18:43 21       A.   No, I don't, but that's not my position

13:18:46 22  at the shop where I handle the customers, so the --

13:18:51 23  the service manager would have been the one to talk

*Brown - Keach - 10-8-19*

17

13:18:55   1   with him about that.

13:18:56   2          Typically if somebody wants us to save an

13:18:58   3   old part, he'll make a note of it on the invoice,

13:19:02   4   on -- on what's called the technician worksheet,

13:19:04   5   which is the work order that the technician will

13:19:06   6   get in the shop, and on that it will say save old

13:19:10   7   parts.

13:19:11   8          **Q.**   Okay.

13:19:11   9          **A.**   So --

13:19:11  10          **Q.**   But that doesn't always happen, right?

13:19:14  11          **A.**   Very -- that happens -- people don't

13:19:16  12   want the old parts very often, right.

13:19:18  13          **Q.**   I mean, does it always happen where

13:19:21  14   somebody writes on the invoice save old parts?

13:19:24  15          **A.**   Only if it's requested.

13:19:25  16          **Q.**   All right.  But can you tell me that

13:19:26  17   happened -- well, let me just step back.

13:19:28  18          Mr. Hromowyk had three of the four TPMS

13:19:33  19   modules on his car removed by your shop and then

13:19:37  20   replaced.  The fourth one was the first TPMS module

13:19:43  21   that he had that failed, and that was when he was

13:19:45  22   driving down I-90 at around 60 miles an hour by

13:19:49  23   Erie and had to change his tire on the side of the

*Brown - Keach - 10-8-19*

18

| | | |
|---|---|---|
| 13:19:51 | 1 | road. |
| 13:19:52 | 2 | So that one he doesn't have, but his other |
| 13:19:54 | 3 | three TPMS modules he has, and he's given them to |
| 13:19:57 | 4 | my colleague, Gary Graifman in White Plains, and |
| 13:20:02 | 5 | then we have also offered Chrysler's lawyers to |
| 13:20:05 | 6 | inspect those parts, and they have declined to do |
| 13:20:09 | 7 | so, instead maintaining to the Court that we've |
| 13:20:10 | 8 | destroyed them or that Mr. Hromowyk destroyed them. |
| 13:20:10 | 9 | A.    Right. |
| 13:20:11 | 10 | Q.    Now, that's going to be the subject of |
| 13:20:13 | 11 | what will be a very heated proceeding in front of |
| 13:20:17 | 12 | Judge D'Agostino, and unfortunately, you may well |
| 13:20:19 | 13 | be in the middle of that. |
| 13:20:20 | 14 | MR. AZAR:   Object to the form. |
| 13:20:20 | 15 | BY MR. KEACH: |
| 13:20:21 | 16 | Q.    So -- but just to -- that's to give you |
| 13:20:23 | 17 | the background. |
| 13:20:23 | 18 | So Mr. Hromowyk -- there's no question he |
| 13:20:25 | 19 | has three of his four TPMS modules, and those three |
| 13:20:29 | 20 | TPMS modules were removed and replaced by your body |
| 13:20:33 | 21 | shop. |
| 13:20:33 | 22 | MR. AZAR:   Object to the form. |
| 13:20:34 | 23 | BY MR. KEACH: |

*Brown - Keach - 10-8-19*

19

13:20:35  1        Q.   So I looked at the receipts, and I

13:20:40  2   don't see that on any of the three work receipts

13:20:42  3   involving change -- giving back the TPMS modules.

13:20:46  4        MR. AZAR:   Object to the form.

13:20:48  5        THE WITNESS:   It's possible.  Like I said, I

13:20:50  6   don't -- I don't run the office, so the manager

13:20:52  7   does that that -- that deals with the customer.  It

13:20:55  8   is possible that he asked him to save them and it's

13:20:58  9   not on the order.  That -- that -- I really can't

13:21:00 10   speak for that myself.

13:21:02 11        And I do believe that one of the receipts

13:21:05 12   states right on it for the TPMS module to save old

13:21:09 13   parts.

13:21:09 14        BY MR. KEACH:

13:21:09 15        Q.   Okay.  Well, are -- let me see what you

13:21:12 16   have there so I can check it out.

13:21:14 17        Did you bring those with you on your own

13:21:16 18   accord, or were you given them today?

13:21:18 19        A.   I'm sorry?

13:21:19 20        Q.   Did you bring those with you on your

13:21:20 21   own accord?

13:21:20 22        A.   Yes, I brought these with me on my own

13:21:23 23   accord today.

*Brown - Keach - 10-8-19*

20

13:21:25  1        **Q.**   Okay.  All right.  I don't want you to

13:21:35  2   think to yourself on the record, okay, so just

13:21:37  3   avoid -- you know, if you're looking at these

13:21:40  4   things, don't say anything.  Just look at them and

13:21:42  5   tell me when you're ready to proceed.

13:21:44  6        **A.**   I'm ready.

13:21:45  7        **Q.**   Okay.  You have one of the receipts

13:21:46  8   that has that note on it?

13:21:48  9        **A.**   Yes, I do.

13:21:48  10        **Q.**   Okay.  And what date is that receipt?

13:21:51  11        **A.**   4/11 of 2019.

13:21:53  12        **Q.**   Okay.  Now, just to -- to step back for

13:21:59  13   just a moment, the only way that Mr. Hromowyk would

13:22:05  14   have his TPMS modules is if he asked you to save

13:22:08  15   them after the repair; is that fair to say?

13:22:11  16        **A.**   Yes.

13:22:11  17        **MR. AZAR:**  Object to the form.

13:22:11  18        **BY MR. KEACH:**

13:22:12  19        **Q.**   It's not like, you know, you guys for

13:22:14  20   some strange reason would repair -- would, you

13:22:17  21   know, keep a defective part for a customer.

13:22:19  22        **MR. AZAR:**  Object to the form.

13:22:19  23        **BY MR. KEACH:**

*Brown - Keach - 10-8-19*

13:22:20  1          **Q.**    Fair to say?

13:22:21  2          **A.**    That's fair to say, yes.

13:22:22  3          **Q.**    Okay.  So we can assume -- well, do you

13:22:25  4    agree with me that it is true that if Mr. Hromowyk

13:22:29  5    has two of the three TPMS modules in -- in his

13:22:33  6    possession and in the possession of his counsel

13:22:37  7    that were removed by your body shop, that he made a

13:22:39  8    request to your body shop to do that?

13:22:41  9          **MR. AZAR:**  Object to the form.

13:22:42  10         **THE WITNESS:**  I -- I can only assume that

13:22:45  11   that is true.  I -- I didn't personally give them

13:22:48  12   to him, and I -- and like I said, I was not the

13:22:50  13   person who would have dealt with him when he came

13:22:52  14   in.  The only thing that I know is -- and what I

13:22:54  15   can look at on paper is when he requested it.

13:22:58  16         **BY MR. KEACH:**

13:22:58  17         **Q.**    Okay.

13:22:58  18         **A.**    So --

13:23:05  19         **Q.**    All right.  And so do you know who --

13:23:07  20   let's go back to the -- to the first occasion.

13:23:09  21         And I'm going to ask you to help me walk

13:23:12  22   through these documents, because you have, you

13:23:14  23   know, obviously, a better understanding of these

13:23:17  1  things than I do.

13:23:17  2        When is the first occasion that Mr. Hromowyk

13:23:20  3  had a TPMS module replaced at your body shop?

13:23:26  4        So I've got a -- I've got an invoice here

13:23:28  5  that's from 4/11/2019.

13:23:33  6        **MR. AZAR:**  Mr. Keach, do you want to -- the

13:23:35  7  witness is consulting documents, and I don't

13:23:37  8  believe they've been marked for the record.

13:23:39  9        **MR. KEACH:**  It's my examination.  You can

13:23:40  10  object to the form.

13:23:41  11        **MR. AZAR:**  I object to the form, and I

13:23:42  12  object to -- the witness is referring to documents.

13:23:45  13  Let the record reflect that.

13:23:46  14        **MR. KEACH:**  Whatever.  You can handle it in

13:23:48  15  your own examination.  You can object to the form.

13:23:54  16        **BY MR. KEACH:**

13:23:54  17        **Q.**   Okay.  So I've got an invoice 4/11.

13:23:58  18  I've got an invoice 8/4/2015.

13:24:03  19        **A.**   I believe the first time would have

13:24:05  20  been 7/27/2015.  Oh, that's a repair kit.  That's

13:24:18  21  just a valve.

13:24:19  22        So the actual --

13:24:32  23        **Q.**   All right.  I'll tell you what.  We're

*Brown - Keach - 10-8-19*

13:24:34  1  going to put all these -- we're going to mark these

13:24:37  2  things and put them all up so that there's no

13:24:39  3  misunderstanding, okay?

13:24:40  4       So give me just a moment to get there, and

13:24:42  5  then we can walk through them together.

13:24:42  6  **The following was marked for Identification:**

7   **HROMOWYK EXH. QQ      invoice number 72822 dated**

8                          **04/11/2019**

13:27:46  9       **BY MR. KEACH:**

13:27:47 10       **Q.**   All right.  Now, just for the sake of

13:28:10 11  continuity, we're going to refer to the first

13:28:10 12  invoice I have here as Hromowyk Exhibit QQ, okay,

13:28:10 13  because we had a deposition before.

13:28:10 14       I'm going to pull this -- and a lot of these

13:28:10 15  were already marked during Mr. Hromowyk's

13:28:10 16  deposition, and I don't have copies of those on my

13:28:10 17  trial pad here, but we're going to put this up for

13:28:11 18  you on the screen in front of you.

13:28:11 19       So just confirm that you've got an image

13:28:15 20  there.

13:28:15 21       **A.**   Yes, I do.

13:28:15 22       **Q.**   Okay.  Now, this is an invoice that was

13:28:18 23  dated 4/11/2019 when Mr. Hromowyk had his tire

*Brown - Keach - 10-8-19*

24

13:28:22  1  pressure monitoring system on one of his -- one of

13:28:25  2  his tires replaced by your dealership, correct?

13:28:28  3       **A.**   Yes.

13:28:29  4       **Q.**   Okay.  And this is the receipt that

13:28:33  5  you're talking about that states, in words or

13:28:35  6  substance, replace -- replace TPMS sensor and then

13:28:40  7  save broken TPMS sensor, correct?

13:28:42  8       **A.**   Yes.

13:28:42  9       **Q.**   All right.  Now, do you know who did

13:28:44  10  this work?  And I can move it down.  At the bottom

13:28:51  11  here, it's --

13:28:51  12       **A.**   Yes, it says -- it will say right on

13:28:53  13  there, if you can enlarge it.

13:28:55  14       **Q.**   Okay.  I can enlarge it for you.

13:28:57  15       **A.**   Scroll up.  All the way to the bottom

13:28:59  16  of the page.

13:29:00  17       **Q.**   All the way to the bottom of the page.

13:29:01  18  Okay.

13:29:02  19       **A.**   Technician is Bob --

13:29:04  20       **Q.**   Bob --

13:29:05  21       **A.**   -- Bob Leman.

13:29:10  22       **Q.**   Okay.  And so does Bob Leman still work

13:29:13  23  for you?

*Brown - Keach - 10-8-19*

13:29:13  1        **A.**    Yes, he does.

13:29:14  2        **Q.**    And prior to filling out this affidavit

13:29:16  3   that Mr. Azar asked you to complete, did you talk

13:29:19  4   with Bob Leman about his conversations with

13:29:22  5   Mr. Hromowyk?

13:29:23  6        **A.**    No, Bob would have no communication

13:29:25  7   with the customer whatsoever.  He's a technician.

13:29:28  8        **Q.**    Okay.  So he's the guy back in the --

13:29:29  9        **A.**    In the shop.

13:29:30  10       **Q.**    He's in the shop changing stuff.

13:29:31  11       **A.**    Exactly.

13:29:32  12       **Q.**    So who would have the communication

13:29:34  13   with the customer to reflect what should or should

13:29:38  14   not be done with the part?

13:29:40  15       **A.**    At that time, where it states service

13:29:42  16   advisor on the receipt, Scott Miceli.

13:29:45  17       **Q.**    Where would I see that?  At the bottom?

13:29:46  18       **A.**    That was right next to Bob's name.

13:29:48  19       **Q.**    Okay.  Scott Miceli.  So he's the guy

13:29:50  20   that kind of works in the front and helps

13:29:52  21   everybody?

13:29:52  22       **A.**    He's no longer there, but he was the

13:29:54  23   guy at that time.

*Brown - Keach - 10-8-19*

| | | |
|---|---|---|
| 13:29:54 | 1 | **Q.**    All right. |
| 13:29:55 | 2 | **A.**    That's correct. |
| 13:29:56 | 3 | **Q.**    Did you talk to Scott about what's |
| 13:29:58 | 4 | reflected in -- in Exhibit QQ before making your |
| 13:30:02 | 5 | affidavit on behalf of FCA US? |
| 13:30:06 | 6 | **A.**    No. |
| 13:30:06 | 7 | **Q.**    And so you don't -- so as you sit here |
| 13:30:09 | 8 | today, you don't know what conversations were had |
| 13:30:12 | 9 | between -- between -- you know, between that |
| 13:30:16 | 10 | gentleman and Mr. Hromowyk at the time that he |
| 13:30:17 | 11 | asked that this broken TPMS sensor be saved, |
| 13:30:20 | 12 | correct? |
| 13:30:21 | 13 | **A.**    That's correct. |
| 13:30:21 | 14 | **Q.**    All right.  And, you know, when you |
| 13:30:25 | 15 | guys remove parts to replace them, you're going to |
| 13:30:29 | 16 | do what you got to do to get the part out and |
| 13:30:31 | 17 | replace it, right? |
| 13:30:32 | 18 | **A.**    Yes. |
| 13:30:32 | 19 | **Q.**    Okay.  Are you in the business of, you |
| 13:30:34 | 20 | know, hey, if you know a part's broken, you're |
| 13:30:36 | 21 | going to beat it up or use a hammer on it or |
| 13:30:39 | 22 | anything like that to beat the stuffing out of it |
| 13:30:42 | 23 | just for a good time? |

13:30:42   1        **A.**   No.   Sometimes those fall apart when

13:30:44   2   they're in really bad shape, but we won't just

13:30:47   3   smash it out of there, because it's no good.

13:30:50   4        **Q.**   When you say those fall apart, what do

13:30:52   5   you mean?

13:30:52   6        **A.**   They have a corrosion issue.

13:30:53   7        **Q.**   When you say they have a corrosion

13:30:55   8   issue, what do you mean?

13:30:56   9        **A.**   The aluminum stem of the tire pressure

13:30:59  10   monitor itself deteriorates.

13:31:01  11        **Q.**   Okay.   Well, let me just step back.

13:31:05  12   And we'll get back to these invoices in a minute.

13:31:07  13        Were you aware prior to Mr. Hromowyk first

13:31:12  14   coming to you to have his TPMS modules replaced,

13:31:14  15   which I believe is in 2000 -- would have been 2017,

13:31:21  16   according to the receipts, but we'll get to that in

13:31:24  17   a moment.

13:31:24  18        Were you aware that this -- the type of

13:31:27  19   vehicle he was driving had problems with its valve

13:31:31  20   stems?

13:31:31  21        **MR. AZAR:**   Object to the form.

13:31:32  22        **THE WITNESS:**   Yes, but they're -- that's not

13:31:34  23   abnormal.   I mean, a lot of cars have problems with

13:31:37  1  the -- with the valve stems.

13:31:38  2          And it was 2015, his first repair.  I do

13:31:42  3  have that.  His first repair was August 4th of

13:31:50  4  2015.

13:31:50  5          **BY MR. KEACH:**

13:31:51  6          **Q.**  All right.  Well, there were a lot of

13:31:52  7  cars that were made by FCA US that had this problem

13:32:05  8  with the valve stems.  Are those the cars that

13:32:08  9  you're referring to?

13:32:09 10          **MR. AZAR:**  Object to the form.

13:32:09 11          **THE WITNESS:**  Yes.

13:32:10 12          **BY MR. KEACH:**

13:32:11 13          **Q.**  Okay.  And so these cars that you've

13:32:12 14  seen that are having problems with the valve stems,

13:32:14 15  they are Chrysler Dodge Ram cars.

13:32:17 16          **A.**  Not only.  I mean, I've seen some

13:32:19 17  foreign cars with those issues as well.  I don't

13:32:22 18  know who makes them, if it's the same company.

13:32:24 19          But I will say that the -- the ones that

13:32:29 20  we're speaking of have a higher failure rate than

13:32:31 21  others.

13:32:32 22          **Q.**  Okay.

13:32:33 23          **A.**  Put it that way.

*Brown - Keach - 10-8-19*

13:32:34  1        **Q.**   And the ones you're speaking of would

13:32:36  2   be the vehicles that are made by FCA US.

13:32:39  3        **MR. AZAR:**  Object to the form.

13:32:40  4        **THE WITNESS:**  Yes.

13:32:40  5        **BY MR. KEACH:**

13:32:41  6        **Q.**   All right.  So had you seen -- now,

13:32:42  7   Mr. Hromowyk has a mini van, and, you know, it's

13:32:49  8   a -- I believe his car is a Dodge Caravan, you

13:32:51  9   know, and then there were Chrysler Town & Countrys.

13:32:55  10        Did you see those certain mini vans having

13:32:59  11   problems with their valve stems in your shop?

13:33:01  12        **A.**   Yes.

13:33:02  13        **MR. AZAR:**  Object to the form.

13:33:02  14        **BY MR. KEACH:**

13:33:03  15        **Q.**   And did you ever talk with your

13:33:04  16   customers about why the valve stems on those

13:33:07  17   vehicles were failing?

13:33:08  18        **MR. AZAR:**  Object to the form.

13:33:08  19        **THE WITNESS:**  We -- we tell them if it's --

13:33:10  20   if there's a problem.  Obviously, if we see

13:33:12  21   something that we think is not right or break, you

13:33:15  22   know, or just not good, we will call them and tell

13:33:18  23   them why, yes.

*Brown - Keach - 10-8-19*

13:33:18    1         BY MR. KEACH:

13:33:19    2         Q.    All right.  Well, did you ever

13:33:20    3    determine why those particular cars, meaning these

13:33:23    4    mini vans that were made by FCA US, had these

13:33:27    5    problems with their valve stems?

13:33:28    6         A.    Yes, like I stated before, it's a

13:33:30    7    corrosion issue.

13:33:31    8         Q.    Right.  I understand it's a corrosion

13:33:32    9    issue, but did you ever, say, reach out to the

13:33:34   10    dealership and make an inquiry of them about why

13:33:43   11    these valve stems on these particular vehicles were

13:33:46   12    coming into your shop failing?

13:33:48   13         A.    No.

13:33:48   14         Q.    Did you have any knowledge about why

13:33:50   15    that particular type of aluminum failed more

13:33:55   16    frequently than other cars that you've seen?

13:33:59   17         A.    Not scientifically, but my guess is

13:34:01   18    just that the materials it's made of and the

13:34:04   19    corrosive salts and whatnot they use around this

13:34:06   20    part of the country.

13:34:07   21         Q.    And do you know, sir, how many times,

13:34:10   22    say, in a year -- and I understand this is going to

13:34:13   23    be an approximation, and we can do it by order of

*Brown - Keach - 10-8-19*

31

13:34:15  1   magnitude, too, if you like, where I'll ask, "Hey,

13:34:18  2   is it between 10 and 20 or a hundred and 200?"

13:34:22  3   We'll try to nail it down that way.

13:34:24  4       But can you tell me how many times a year

13:34:26  5   you see mini vans made by FCA US having these type

13:34:31  6   of problems with their valve stems?

13:34:38  7       **MR. AZAR:**  Object to the form.

13:34:39  8       **THE WITNESS:**  Maybe 10, 15 times.  I mean,

13:34:42  9   we don't -- we're not a mass tire installer, so we

13:34:46 10   don't -- you know, a tire shop may see it more than

13:34:48 11   we do, I guess, is the best way I could say it.

13:34:50 12       But -- we don't do a ton of them for -- for

13:34:53 13   that reason, but we don't work on a ton of those

13:35:00 14   cars as well, so --

13:35:00 15       **BY MR. KEACH:**

13:35:01 16       **Q.**   All right.  But that's something before

13:35:04 17   you first -- before Tom came in with his vehicle

13:35:06 18   and -- and asked you to replace his TPMS module,

13:35:10 19   that's something you knew about beforehand.

13:35:12 20       **A.**   They were just starting to get big, I

13:35:14 21   think, around 2015, because they don't fail

13:35:17 22   immediately.  So if you've got a car that's five

13:35:19 23   years old, that's probably about the time you're

*Brown - Keach - 10-8-19*

32

13:35:20   1   going to start to see those things.

13:35:22   2          So a 2010, you know, with an aluminum stem

13:35:27   3   probably will go several years before you start

13:35:30   4   seeing those issues.

13:35:31   5          **Q.**   All right.  Did anybody ever come in

13:35:32   6   and have their TPMS modules replaced that was

13:35:36   7   involved in a traffic accident?

13:35:38   8          **A.**   No.

13:35:38   9          **Q.**   Did anybody ever come in and say to you

13:35:41  10   or your employees, in words or substance, that

13:35:43  11   their TPMS module failed when they were out on the

13:35:46  12   highway driving?

13:35:50  13          **A.**   Not that I can recall.

13:35:52  14          **Q.**   Now, would you agree with me, sir, as

13:35:55  15   someone who repairs cars, that if one of those

13:35:59  16   valve stems would fail when someone's going down --

13:36:02  17   you know, going down the Thruway, that that could

13:36:05  18   create a safety issue for a driver?

13:36:08  19          **A.**   Yes.

13:36:08  20          **MR. AZAR:**   Object to the form.

13:36:08  21          **BY MR. KEACH:**

13:36:09  22          **Q.**   In fact, that could creat a safety

13:36:09  23   issue where they'd have to pull off on the side of

13:36:12  1  the road and try to change a tire when people are

13:36:13  2  going by 75 miles an hour.

13:36:15  3       **MR. AZAR:**  Object to the form.

13:36:15  4       **BY MR. KEACH:**

13:36:16  5       **Q.**  Fair to say?

13:36:16  6       **A.**  Yes.

13:36:17  7       **Q.**  And also could cause a vehicle to lose

13:36:19  8  control.

13:36:19  9       **MR. AZAR:**  Object to the form.

13:36:20  10      **THE WITNESS:**  Yes.

13:36:21  11      **BY MR. KEACH:**

13:36:21  12      **Q.**  And if you -- do you own any

13:36:24  13  Chrysler -- or excuse me.

13:36:24  14      Do you own any FCA US products?

13:36:27  15      **A.**  Actually, I own the exact same vehicle

13:36:30  16  that Mr. Hromowyk owns.

13:36:30  17      **Q.**  Which is what, the Dodge --

13:36:31  18      **A.**  Well, I have the 2010 Chrysler Town &

13:36:34  19  Country, which is virtually the same thing as the

13:36:38  20  Caravan.

13:36:39  21      **Q.**  And have you had problems with the

13:36:42  22  valve stems on your Town & Country?

13:36:44  23      **A.**  No, I have not.  I bought my Town &

*Brown - Keach - 10-8-19*

34

13:36:46  1  Country from the dealer used.  My thinking is that

13:36:49  2  they put four new ones in it before I got it,

13:36:52  3  because they appear to be in good condition, or

13:36:53  4  I've just never had any issues with them.

13:36:56  5      **Q.**   All right.

13:36:58  6      **A.**   I purchased the car used.  I should say

13:37:01  7  that, yes, so --

13:37:02  8      **Q.**   So you purchase the car used?

13:37:04  9      **A.**   From a dealer.

13:37:05 10      **Q.**   At what point in time?

13:37:06 11      **A.**   I've had that at least five years now,

13:37:08 12  so I would say 2014 or so.

13:37:12 13      **Q.**   Well, you don't have any awareness

13:37:25 14  about the Chrysler Corporation at some point in

13:37:27 15  time -- excuse me, FCA US making a change to the

13:37:31 16  composition of the aluminum on the valve stem; fair

13:37:34 17  to say?

13:37:34 18      **A.**   No, I do not.

13:37:36 19      **Q.**   And you don't know when that change

13:37:37 20  occurred.

13:37:38 21      **MR. AZAR:**  Object to the form.

13:37:38 22      **THE WITNESS:**  No.  We actually -- we stopped

13:37:40 23  using the aluminum ones at one point.  Now they

13:37:45  1  make them in rubber, which doesn't deteriorate, so

13:37:51  2  all the -- all the TPMSs we install now are rubber.

13:37:51  3        **BY MR. KEACH:**

13:37:56  4        **Q.**    Okay.  When you say they make them in

13:37:57  5  rubber, you mean all the manufacturers or just FCA

13:38:00  6  US or FCA US and others?

13:38:02  7        **A.**    Well, I'm talking about after-market,

13:38:05  8  you know.  After-market tire valve stems from a

13:38:08  9  parts store like NAPA or one of those places.

13:38:11  10       **Q.**    Those are all rubber.

13:38:12  11       **A.**    They are all rubber, correct.

13:38:15  12       **Q.**    Do you know when that change was made?

13:38:16  13       **A.**    They've been around for a few years.

13:38:19  14  I've been putting the rubber ones in for quite a

13:38:22  15  few years.

13:38:23  16       **Q.**    Have you ever seen a rubber valve stem

13:38:25  17  fail?

13:38:25  18       **A.**    It's pretty rare.

13:38:27  19       **Q.**    All right.  Have you ever seen a valve

13:38:29  20  stem fail that doesn't involve some sort of damage

13:38:31  21  to the actual valve stem?

13:38:32  22       **A.**    No.

13:38:32  23       **Q.**    You've seen it where somebody, you

*Brown - Keach - 10-8-19*

13:38:34  1  know, is driving their mommy mobile and hits a curb

13:38:41  2  going around a corner and bangs up the valve stem,

13:38:44  3  right?

13:38:44  4       **A.**   Right.

13:38:45  5       **MR. AZAR:**  Object to the form.

13:38:45  6       **THE WITNESS:**  That's about the only time

13:38:47  7  you'll see those fail.

13:38:47  8       **BY MR. KEACH:**

13:38:49  9       **Q.**   Whereas the aluminum valve stems you

13:38:50 10  saw on Mr. Hromowyk's vehicle and others, they were

13:38:53 11  failing pretty regularly.

13:38:55 12       **MR. AZAR:**  Object to the form.

13:38:57 13       **THE WITNESS:**  Yes.

13:38:57 14       **BY MR. KEACH:**

13:38:58 15       **Q.**   And based on your perception as the

13:38:59 16  mechanic, these were failing because of corrosion

13:39:02 17  given the salt on the roads here in Upstate New

13:39:06 18  York.

13:39:06 19       **A.**   Yes.

13:39:06 20       **Q.**   And you don't have any knowledge of --

13:39:10 21  of the fact that Chrysler Corporation knew that

13:39:16 22  these valve stems were defective and didn't tell

13:39:19 23  people, do you?

*Brown - Keach - 10-8-19*

37

13:39:20  1        MR. AZAR:  Object to the form.

13:39:21  2        THE WITNESS:  No.

13:39:21  3        BY MR. KEACH:

13:39:21  4        Q.   And you don't have any knowledge of

13:39:22  5   Chrysler -- or excuse me, FCA US actually doing a

13:39:26  6   cost-benefit analysis of "If we repair the valve

13:39:30  7   stems, here's how much it's going to cost versus

13:39:33  8   doing nothing."

13:39:34  9        MR. AZAR:  Object to the form.

13:39:34 10        BY MR. KEACH:

13:39:35 11        Q.   You don't know anything about that, do

13:39:36 12   you?

13:39:37 13        A.   No.

13:39:37 14        Q.   So you don't have any knowledge that

13:39:39 15   Chrysler Corporation decided "Hey, it's going to

13:39:40 16   cost us millions of dollars to replace these valve

13:39:43 17   stems, so we're just not going to tell our dealers

13:39:45 18   or the customers or anybody else about the problems

13:39:47 19   we're having."

13:39:47 20        MR. AZAR:  Object to the form.

13:39:48 21        THE WITNESS:  No.

13:39:50 22        BY MR. KEACH:

13:39:51 23        Q.   Any customers ever complain to you

*Brown - Keach - 10-8-19*

13:39:52  1  about the valve stems on the -- you know, on these

13:39:56  2  vehicles?  Well, let me do a better job.

13:40:00  3       You come in, you got to pay a hundred bucks,

13:40:03  4  basically, to replace one of these things, right?

13:40:05  5       **A.**   Yes.

13:40:06  6       **Q.**   That's how much -- according to the

13:40:07  7  invoice that we have here that's Exhibit QQ, it

13:40:10  8  cost Mr. Hromowyk $118.62 to replace his TPMS

13:40:16  9  module, right?

13:40:17 10       It's down at the bottom on your screen

13:40:20 11  there.

13:40:21 12       **A.**   Yes.  Can you scroll up on that one for

13:40:25 13  me?

13:40:25 14       **Q.**   Yes, sure.

13:40:31 15       **A.**   Yes.  Yes.  They've come down in price

13:40:35 16  or -- no, that one's a -- oh, that's one of the --

13:40:41 17  I believe that's one of the updated valves.

13:40:44 18       **Q.**   Okay.

13:40:44 19       **A.**   We get them from different suppliers

13:40:46 20  when you mention that price, because some of the

13:40:48 21  times we're only $71 or $70 for the valve, so --

13:40:52 22       **Q.**   All right.  So had anybody ever come to

13:40:56 23  you and complained and said, "My God, you know,

*Brown - Keach - 10-8-19*

39

13:40:58  1  I've had multiple of these stems fail in my car.

13:41:00  2  What's the problem here?"

13:41:02  3         **MR. AZAR:**  Object to the form.

13:41:02  4         **THE WITNESS:**  Maybe a couple.  I don't know

13:41:04  5  if they were all referring to Chrysler vehicles or

13:41:07  6  not, but I would say a couple people have said --

13:41:13  7  mentioned their dissatisfaction with the -- with

13:41:16  8  the tire.

13:41:16  9         BY MR. KEACH:

13:41:16 10         Q.   Well, yes, I mean, you know, people --

13:41:18 11  people are people.  They're dissatisfied when they

13:41:20 12  come to the mechanic all the time, because they've

13:41:22 13  got to pay money, right?

13:41:23 14         A.   Nobody wants to go get their car fixed.

13:41:26 15         Q.   Myself included.

13:41:27 16         A.   Yes.

13:41:27 17         Q.   And so -- you know, so a couple of

13:41:30 18  these people said, in words or substance, you know,

13:41:33 19  "Why are these things -- why are these things going

13:41:36 20  bad, why do I got to pay," basically, words or

13:41:38 21  substance, right?

13:41:38 22         **MR. AZAR:**  Object to the form.

13:41:39 23         **THE WITNESS:**  Yes.

*Brown - Keach - 10-8-19*

13:41:39  1          **BY MR. KEACH:**

13:41:40  2          **Q.**   And what did you tell them?

13:41:41  3          **A.**   Corrosion.

13:42:15  4          **Q.**   Have you ever attempted to contact an

13:42:26  5    FCA US dealer about the valve stems on these Dodge

13:42:31  6    or Chrysler mini vans?

13:42:33  7          **A.**   No.

13:42:33  8          **Q.**   Do you know whether or not any people

13:42:37  9    that have come to see you have tried to contact an

13:42:39 10    FCA US dealer about these valve stems?

13:42:41 11          **A.**   No.

13:42:42 12          **Q.**   Do you know whether or not anybody

13:42:44 13    that -- you know, any of your customers have ever

13:42:47 14    called FCA US's customer care center and complained

13:42:50 15    about the valve stems on these vehicles?

13:42:51 16          **A.**   No.

13:42:52 17          **Q.**   Now, I want to get back to just

13:43:03 18    briefly -- we're going to get back to the receipts

13:43:09 19    in just a moment, but when you filled out this

13:43:12 20    affidavit pursuant to Mr. Azar's request, did he

13:43:16 21    indicate to you that we wanted to talk to you as

13:43:18 22    well?

13:43:19 23          **MR. AZAR:**   Object to the form.

| 13:43:20 | 1 | THE WITNESS:  I don't recall. |
|---|---|---|
| 13:43:21 | 2 | BY MR. KEACH: |
| 13:43:22 | 3 | Q.   Okay.  Do you know -- do you remember a |
| 13:43:24 | 4 | guy by the name of Gary Graifman calling in to your |
| 13:43:29 | 5 | dealership and trying to talk to you? |
| 13:43:30 | 6 | A.   No, I do not. |
| 13:43:31 | 7 | Q.   Okay.  All right.  I'm going to show |
| 13:44:15 | 8 | you what we're going to mark as Exhibit RR. |
| 13:44:15 | 9 | **The following was marked for Identification:** |
|  | 10 | HROMOWYK EXH. RR      Exhibit D, Declaration of |
|  | 11 | Jarrod Brown |
| 13:44:21 | 12 | BY MR. KEACH: |
| 13:44:22 | 13 | Q.   Okay.  Have you got that on your screen |
| 13:44:25 | 14 | there?  It should stay Exhibit D, and it has an |
| 13:44:25 | 15 | Exhibit sticker at the bottom? |
| 13:44:30 | 16 | Do you have the page in front of you, sir? |
| 13:44:31 | 17 | A.   Nothing's up on my thing. |
| 13:44:33 | 18 | Q.   Nothing's up on your thing. |
| 13:44:35 | 19 | A.   There we go, Exhibit D. |
| 13:44:37 | 20 | Q.   Okay.  And so this is Exhibit RR.  This |
| 13:44:39 | 21 | is a document that FCA US filed attempting actually |
| 13:44:44 | 22 | to sanction my office and my co-counsel claiming |
| 13:44:47 | 23 | that we somehow were involved in the destruction of |

*Brown - Keach - 10-8-19*

42

13:44:50  1  these valve stems.

13:44:51  2      **MR. AZAR:**  Object to the form.

13:44:51  3      **BY MR. KEACH:**

13:44:52  4      **Q.**  Which probably, when we're done with

13:44:54  5  your testimony today, I'll be firing off a Rule 11

13:45:01  6  letter to them detailing my satisfaction and

13:45:03  7  cross-moving for sanctions against them once I get

13:45:06  8  leave from the Court.

13:45:07  9      But these things being said, you know, this

13:45:10 10  was filed, again, in a proceeding claiming that --

13:45:12 11  that Mr. Hromowyk, your customer, had -- was

13:45:15 12  involved in an effort to destroy evidence in this

13:45:19 13  consumer class action case, and your affidavit is

13:45:22 14  being used for the purposes of demonstrating that.

13:45:26 15      You didn't know that before you provided

13:45:28 16  this affidavit to FCA US, did you?

13:45:31 17      **MR. AZAR:**  Object to the form.

13:45:31 18      **THE WITNESS:**  I don't believe so.

13:45:33 19      **BY MR. KEACH:**

13:45:34 20      **Q.**  Okay.  And if you had known that before

13:45:35 21  you provided this affidavit to FCA US, would you

13:45:38 22  have done so?

13:45:39 23      **MR. AZAR:**  Object to the form.

*Brown - Keach - 10-8-19*

43

13:45:39    1        **THE WITNESS:**  Probably not without some

13:45:41    2    counsel first.

13:45:41    3        **BY MR. KEACH:**

13:45:42    4        **Q.**   Yes, that brings up an interesting

13:45:44    5    point.  Did Mr. Azar invite you to get your own

13:45:47    6    lawyer before filling this out?

13:45:49    7        **A.**   No, but I did speak with my own lawyer

13:45:52    8    prior on my own.

13:45:53    9        **Q.**   Okay.

13:45:54   10        **A.**    Before this.

13:45:54   11        **Q.**   Did Mr. Azar tell you that you may be

13:45:56   12    required to testify in person at a spoliation

13:45:59   13    hearing in Albany as a result of your affidavit?

13:46:01   14        **A.**    Not that I recall.

13:46:02   15        **MR. AZAR:**  Object to the form.

13:46:02   16        **BY MR. KEACH:**

13:46:03   17        **Q.**   Did Mr. Azar tell you that -- that --

13:46:06   18    that the Plaintiffs' counsel wanted to take your

13:46:09   19    testimony as well so that we could have an informed

13:46:12   20    discussion about what went on?

13:46:13   21        **MR. AZAR:**  Object to the form.

13:46:14   22        **THE WITNESS:**  I don't recall that.

13:46:15   23        **BY MR. KEACH:**

*Brown - Keach - 10-8-19*

44

13:46:16  1          Q.   Okay.  Well, let's go -- how many times

13:46:23  2     did you talk on the phone with Mr. Azar?

13:46:28  3          A.   I believe most of our communication was

13:46:30  4     email.  Maybe once or twice.  I can't remember, if

13:46:36  5     at all.  Did I?

13:46:42  6          I can't remember if I ever spoke to him on

13:46:44  7     the phone or not.  I may have; I may not have.  I

13:46:46  8     know we communicated with emails, and I'm -- I

13:46:49  9     don't recall.

13:46:49 10          Q.   And do you have a copy of those emails?

13:46:53 11          A.   Well, probably somewhere, yes.

13:46:55 12          Q.   All right.  I mean, I'm assuming you

13:46:59 13     could look through your emails and use the search

13:47:02 14     term Azar and find all Tom's emails.

13:47:04 15          A.   Yes, I can find those.

13:47:05 16          Q.   Because unless you're talking about a

13:47:08 17     bazaar, you know, there's really no other word

13:47:11 18     choice for Azar.  That's a unique last name.

13:47:14 19          A.   No, it would definitely be in there.  I

13:47:16 20     don't delete anything or go around --

13:47:17 21          Q.   All right.  I'm going to follow up with

13:47:19 22     a short letter to you.  If you need me to send you

13:47:22 23     a subpoena, I will.  Hopefully you don't need that,

*Brown - Keach - 10-8-19*

45

13:47:25  1  and I'm going to ask you send those on to me so

13:47:28  2  that I can look at them, okay?

13:47:29  3      **A.**   Okay.

13:47:30  4      **Q.**   All right.  And so let's talk about

13:47:39  5  point 2 in your affidavit, which you have in front

13:47:42  6  of you, again, as Exhibit RR.

13:47:46  7      Do you see this in front of you --

13:47:47  8      **A.**   Yes, I do.

13:47:48  9      **Q.**   -- on the screen?  Okay.  So we're

13:47:50  10  going to call that out for you.

13:47:52  11      Okay.  Under Brownie's normal practice, if a

13:47:55  12  customer requests that a removed part or component

13:47:57  13  be returned to the customer after service is

13:48:00  14  completed, that request will be specifically noted

13:48:02  15  in the labor description portion of the customer's

13:48:04  16  invoice, correct?

13:48:05  17      **A.**   Yes.

13:48:05  18      **Q.**   And we have -- you and I, working

13:48:07  19  together talking today, have established that if

13:48:11  20  Mr. Hromowyk has these TPMS modules in his

13:48:15  21  possession, that what happened on that occasion is

13:48:18  22  whoever filled out the paperwork just didn't note

13:48:21  23  it; fair to say?

*Brown - Keach - 10-8-19*

46

| | | |
|---|---|---|
| 13:48:22 | 1 | **MR. AZAR:**  Object to the form.  Assumes |
| 13:48:23 | 2 | facts not in evidence. |
| 13:48:24 | 3 | **MR. KEACH:**  You can object to the form. |
| 13:48:25 | 4 | **BY MR. KEACH:** |
| 13:48:26 | 5 | **Q.**  Go ahead.  You can answer the question. |
| 13:48:27 | 6 | **A.**  That's what I can assume, is that he |
| 13:48:29 | 7 | asked for them and it was not noted on the invoice. |
| 13:48:31 | 8 | It should be.  That's our -- our standard |
| 13:48:33 | 9 | practice.  That's the way mistakes don't happen. |
| 13:48:36 | 10 | When somebody asks you to do something, the service |
| 13:48:38 | 11 | writer should put it on the invoice so it's not a |
| 13:48:41 | 12 | matter of it being in everybody's memory. |
| 13:48:44 | 13 | **Q.**  All right.  I understand and appreciate |
| 13:48:46 | 14 | that. |
| 13:48:46 | 15 | **A.**  That's the proper way to do it. |
| 13:48:48 | 16 | **Q.**  But you're repairing in your dealership |
| 13:48:50 | 17 | what, 30, 40 cars a day?  Or not in your |
| 13:48:50 | 18 | dealership, excuse me.  In your shop? |
| 13:48:53 | 19 | **A.**  Yes, no, we're -- we're a smaller auto |
| 13:48:55 | 20 | repair shop, and we probably do 10 to 15 cars a |
| 13:48:59 | 21 | day. |
| 13:48:59 | 22 | **Q.**  All right.  But -- so if you do 10 to |
| 13:49:01 | 23 | 15 cars a day, that's over 3,000 cars a year. |

*Brown - Keach - 10-8-19*

47

13:49:03   1        **A.**    Sure.

13:49:04   2        **Q.**    Okay.  And so -- so I just want to be

13:49:07   3   clear:

13:49:08   4        Did Mr. Azar tell you before he asked you to

13:49:10   5   fill out this affirmation that the three valve

13:49:16   6   stems in question that were -- that were replaced

13:49:18   7   by your body shop were in the custody of the

13:49:22   8   Plaintiffs' counsel?

13:49:23   9        **MR. AZAR:**  Object to the form.

13:49:24  10        **THE WITNESS:**  I don't recall that.

13:49:25  11        **BY MR. KEACH:**

13:49:25  12        **Q.**    Okay.  Did he tell you that FCA US had

13:49:29  13   been given a specific offer by the Plaintiffs'

13:49:32  14   counsel to come and view these valve stems at their

13:49:35  15   leisure or have their expert witness look at them?

13:49:38  16        **MR. AZAR:**  Object to the form.

13:49:39  17        **THE WITNESS:**  No.

13:49:39  18        **BY MR. KEACH:**

13:49:40  19        **Q.**    No.  All right.  So if you would have

13:49:42  20   known that Mr. Hromowyk -- three of Mr. Hromowyk's

13:49:48  21   valve stems were in the custody of the Plaintiffs'

13:49:50  22   counsel, would you have filled out this affidavit

13:49:52  23   as -- as you've detailed here?

*Brown - Keach - 10-8-19*

48

13:49:54  1          **MR. AZAR:**  Object to the form.

13:49:54  2          **THE WITNESS:**  I don't know, to be honest

13:49:57  3  with you.  The -- the -- the one that I -- I got

13:50:02  4  before, I -- I sent a copy to my attorney just to

13:50:05  5  glance at it for me, and they told me, you know,

13:50:07  6  just go in and -- you know, with the information

13:50:09  7  that was there.

13:50:09  8          **BY MR. KEACH:**

13:50:10  9      **Q.**   Don't tell me what your lawyer told

13:50:12 10  you.

13:50:12 11      **A.**   Okay.  I don't know what I should say,

13:50:15 12  then.

13:50:15 13      **Q.**   Let me do a better job, because I don't

13:50:18 14  want to violate the privilege that you have with

13:50:19 15  your counsel.

13:50:20 16      **A.**   Sure.

13:50:20 17      **Q.**   Okay?  So I can ask you a series of yes

13:50:23 18  or no questions that I think will address this

13:50:24 19  without you having to reveal what you talked about

13:50:26 20  with your lawyer, okay?

13:50:27 21      **A.**   Okay.

13:50:28 22      **Q.**   You sent this to your lawyer.  He took

13:50:29 23  a look at it.

*Brown - Keach - 10-8-19*

49

| | | |
|---|---|---|
| 13:50:30 | 1 | **A.**   Yes. |
| 13:50:31 | 2 | **Q.**   And then your lawyer indicated that he |
| 13:50:35 | 3 | didn't have any problem with you signing this. |
| 13:50:37 | 4 | **A.**   Yes. |
| 13:50:38 | 5 | **Q.**   Okay.  Well, so going back to my prior |
| 13:50:50 | 6 | question, I know -- I think your answer was "I |
| 13:50:52 | 7 | don't know." |
| 13:50:53 | 8 | You know, did you talk to Tom before you -- |
| 13:50:54 | 9 | before you signed this? |
| 13:50:56 | 10 | **A.**   Mr. Hromowyk? |
| 13:50:56 | 11 | **Q.**   Yes. |
| 13:50:56 | 12 | **A.**   No, I did not. |
| 13:50:58 | 13 | **Q.**   All right.  And did you know about this |
| 13:50:59 | 14 | lawsuit -- well, I mean, you knew about it because |
| 13:51:02 | 15 | you got a subpoena for documents.  Did you know |
| 13:51:05 | 16 | about it beforehand by talking to Tom -- |
| 13:51:08 | 17 | Mr. Hromowyk? |
| 13:51:08 | 18 | **MR. AZAR:**   Object to the form. |
| 13:51:09 | 19 | **THE WITNESS:**   No, I did not, but I |
| 13:51:11 | 20 | personally don't believe I've actually spoken to |
| 13:51:15 | 21 | Mr. Hromowyk in probably a couple years, because I |
| 13:51:17 | 22 | don't -- I don't work the office, as I said, that |
| 13:51:19 | 23 | part of the shop, so I don't interact as much with |

*Brown - Keach - 10-8-19*

13:51:22  1   the customers as the service manager would.

13:51:25  2        **BY MR. KEACH:**

13:51:25  3        **Q.**   All right.  And is -- if somebody comes

13:51:28  4   in and says, "Hey, I want to keep the parts," are

13:51:30  5   they required to give you a reason why that's the

13:51:32  6   case?

13:51:33  7        **A.**   No.

13:51:33  8        **Q.**   All right.  And just so I'm clear,

13:51:35  9   you're going to do the amount of work -- as the

13:51:38  10  mechanic, you're going to do the amount of work

13:51:41  11  necessary to remove that part to -- to replace it;

13:51:46  12  fair to say?

13:51:46  13       **A.**   Yes.

13:51:47  14       **Q.**   You're not going to be in the business

13:51:48  15  of gratuitously damaging -- damaging a part to get

13:51:53  16  it out of the car.

13:51:54  17       **A.**   Absolutely not.

13:51:55  18       **Q.**   Unless you have to.

13:51:56  19       **A.**   If it's stuck and jammed, maybe you

13:51:59  20  have to beat it out of there, but for the most

13:52:01  21  part, we're not hammer mechanics.  That's not --

13:52:04  22  you know, that's not what we do, so --

13:52:06  23       **Q.**   If there was some sort of a problem

*Brown - Keach - 10-8-19*

13:52:09  1   where a -- you know, there had to be some hammering

13:52:12  2   done and that type of thing, would that be

13:52:14  3   reflected in the invoice given to the customer?

13:52:16  4        **A.**   No.

13:52:16  5        **Q.**   All right.  How about if you had to --

13:52:18  6   you know, the only reason I know this is from my

13:52:22  7   Jeep, you know.  Like I've been told, given the

13:52:28  8   amount of rust I have on the bottom of my Jeep from

13:52:33  9   off-roading, that if I want to replace certain

13:52:35 10   parts in the future, they're going to have to fire

13:52:37 11   up the blowtorch and melt them off.

13:52:39 12        If you do that type of work to get rid of a

13:52:41 13   part, is that going to be reflected on the invoice?

13:52:44 14        **A.**   No.

13:52:44 15        **Q.**   Even if it requires more labor?

13:52:47 16   Because I'm assuming melting off a part is going to

13:52:49 17   take additional time.

13:52:50 18        **A.**   We -- we pretty well stick to our

13:52:55 19   estimates.  Like we know what's -- what something's

13:52:58 20   going to take when we do it, and if a job calls for

13:53:01 21   an hour and a half labor, let's say, and I know I'm

13:53:03 22   going to have to get the torch out and do this and

13:53:06 23   that, I'll -- I'll quote that in the initial job,

13:53:09  1  you know, when I -- when I sell the job, when the

13:53:12  2  customer's called, you know what I mean?

13:53:14  3        But we won't go into detail with them

13:53:14  4  saying, "Well, you know, we got to get the torch

13:53:14  5  out, we got to melt this, so it's going to cost you

13:53:19  6  40 bucks more."  We just give them the price type

13:53:21  7  of deal.

13:53:21  8        **Q.**   Got you.

13:53:22  9        **A.**   We would never use a torch on a tire

13:53:24  10  pressure monitor.

13:53:25  11        **Q.**   Right.  I'm just using that as a point

13:53:27  12  of reference so I can understand what you do.

13:53:30  13        **A.**   Got you.

13:53:31  14        **Q.**   You're going to do what you need to do

13:53:32  15  to get the part off, and then if the customer wants

13:53:35  16  it back, you give it to him, right?

13:53:37  17        **A.**   Yes.  Yes.

13:53:37  18        **Q.**   You're not going to be in the business

13:53:38  19  of "Well, hey, Tom Hromowyk wants his part back, so

13:53:40  20  let's take a hammer to it and crack at it before we

13:53:43  21  give it back to him"; fair to say?

13:53:44  22        **A.**   Absolutely not, yes.

13:53:45  23        **Q.**   All right.  So let's go to paragraph 3.

*Brown - Keach - 10-8-19*

53

13:53:51 1  Well, let me step back.  And I want to just circle

13:53:56 2  back to this.

13:53:58 3       If you knew that Mr. Hromowyk had three of

13:54:03 4  the -- all three of the valve stems that your

13:54:05 5  dealership removed from his car, would that have

13:54:09 6  changed your willingness to fill out this

13:54:12 7  affidavit --

13:54:12 8       **MR. AZAR:**  Object to the form.

13:54:12 9       **BY MR. KEACH:**

13:54:13 10      **Q.**   -- for FCA US?

13:54:16 11      **A.**   No, I don't believe it really would

13:54:18 12  have, because if the -- I don't -- I actually don't

13:54:25 13  see why it would have.

13:54:26 14      I mean, if a customer asked for his old

13:54:29 15  parts and he has them, I don't -- I wouldn't see

13:54:32 16  the harm, I guess, in --

13:54:35 17      **Q.**   In -- in what?

13:54:36 18      **A.**   In filling out the affidavit.

13:54:38 19      **Q.**   Okay.  Well, if you knew that Tom had

13:54:41 20  all three of his valve stems, would that have

13:54:44 21  changed what you were willing to affirm?

13:54:45 22      Because what you've affirmed here -- and

13:54:47 23  I'll just step back and make clear I'm not accusing

*Brown - Keach - 10-8-19*

54

13:54:50  1  you of any wrongdoing, but what you've affirmed

13:54:53  2  here is affirmed under penalty of perjury.

13:54:56  3        You know, would you have taken a different

13:54:58  4  look at this, filling out this affidavit, if you

13:55:01  5  knew that Tom had these parts?

13:55:02  6        **MR. AZAR:**  Object to the form.

13:55:03  7        **THE WITNESS:**  I -- I don't believe I would

13:55:05  8  have, because I already knew he was at least in

13:55:08  9  possession of one of them, so I don't know what --

13:55:11 10  what the difference to me would have been if he was

13:55:12 11  in possession of one, two, three, or all four.  I

13:55:17 12  don't -- you know.

13:55:18 13        **BY MR. KEACH:**

13:55:19 14        Q.   Okay.  Can you explain to me why it

13:55:26 15  took Chrysler's lawyers over a month to give us a

13:55:30 16  copy of your declaration?

13:55:32 17        **MR. AZAR:**  Object to the form.  Also

13:55:33 18  misstates the record.

13:55:34 19        **THE WITNESS:**  No idea.

13:55:37 20        **MR. AZAR:**  Egregiously.

13:55:37 21        **BY MR. KEACH:**

13:55:38 22        Q.   Okay.  And -- well, you were supposed

13:55:42 23  to come at one point and testify, right?

*Brown - Keach - 10-8-19*

55

13:55:44  1        A.    Yes.

13:55:45  2        Q.    Okay.  And then -- so -- and you knew

13:55:49  3    that there was a later date you were going to have

13:55:50  4    to testify, correct?

13:55:51  5        A.    Once -- once I got the email, which was

13:55:57  6    after -- it may have been after I did this

13:56:01  7    deposition thing -- originally, we were hoping --

13:56:08  8    or I was hoping that it may have been cleared up by

13:56:12  9    just taking care of this.

13:56:13  10       That's kind of what I thought.  Put it that

13:56:17  11   way.

13:56:18  12       Q.    Is that what you were told?

13:56:19  13       A.    I wasn't guaranteed that.  I was told

13:56:22  14   that possibly this may be all we have to -- to do,

13:56:27  15   essentially.

13:56:27  16       Q.    Who told you that?

13:56:28  17       A.    I believe it was Mr. Azar.

13:56:30  18       Q.    So Mr. Azar told you that if you fill

13:56:33  19   out this affidavit, that may just resolve your need

13:56:36  20   to testify, correct?

13:56:37  21       MR. AZAR:   Object to the form.

13:56:38  22       THE WITNESS:   He said -- yes, it wasn't

13:56:42  23   guaranteed, but he said he was trying to take care

13:56:44  1   of this without me having to come and go through

13:56:46  2   something such as this, I guess is the best I can

13:56:49  3   remember it.  I'll put it that way.

13:56:49  4         **BY MR. KEACH:**

13:56:51  5         **Q.**   And was that -- that was in writing in

13:56:53  6   the form of an email, or was that on the phone?

13:56:55  7         **A.**   That I don't recall.  I'd have to look

13:56:57  8   at the emails and see, but that may have been on

13:56:59  9   the phone.

13:57:00  10        I don't remember if I talked to him or it

13:57:01  11  was emails.  I may have spoken with him.  I

13:57:04  12  don't --

13:57:04  13        **Q.**   Okay.  Well, let's move on to

13:57:09  14  paragraph 3, and I'm going to read it into the

13:57:11  15  record, because it's on two pages.

13:57:13  16        On or about February 17th, 2017, Brownie's

13:57:18  17  removed and replaced the right front tire pressure

13:57:21  18  monitoring system sensor in Thomas Hromowyk's

13:57:24  19  late -- Thomas Hromowyk's model-year 2010 Dodge

13:57:29  20  Grand Caravan vehicle.  Mr. Hromowyk did not inform

13:57:35  21  Brownie's of any planned or pending lawsuit

13:57:38  22  relating to this component.

13:57:39  23        So let's stop and talk about that for a

*Brown - Keach - 10-8-19*

57

| | | |
|---|---|---|
| 13:57:42 | 1 | moment. |
| 13:57:42 | 2 | **A.**    Okay. |
| 13:57:42 | 3 | **Q.**    You didn't talk to Mr. Hromowyk about |
| 13:57:46 | 4 | the removal of that valve stem, correct? |
| 13:57:49 | 5 | **A.**    Not personally, no. |
| 13:57:50 | 6 | **Q.**    Okay.  And did you try to talk to |
| 13:57:53 | 7 | anybody that worked at your dealership about |
| 13:57:58 | 8 | whether or not Mr. Hromowyk told them, "Hey, I need |
| 13:58:00 | 9 | this back because there's a lawsuit against |
| 13:58:01 | 10 | Chrysler for these defective valve stems"? |
| 13:58:04 | 11 | **A.**    No, because the person who was our |
| 13:58:07 | 12 | manager at that time in 2017 or whatever it was you |
| 13:58:10 | 13 | said, he is -- he is no longer around, you know, |
| 13:58:13 | 14 | employed by us, so it was -- he would have been the |
| 13:58:15 | 15 | only one I could have asked about it, but -- |
| 13:58:18 | 16 | **Q.**    All right.  But then how can you |
| 13:58:20 | 17 | affirm -- and I'll quote -- Mr. Hromowyk did not |
| 13:58:23 | 18 | inform Brownie's of any planned or pending lawsuit |
| 13:58:25 | 19 | relating to this component? |
| 13:58:27 | 20 | **A.**    I guess I personally cannot confirm |
| 13:58:29 | 21 | that. |
| 13:58:30 | 22 | **Q.**    Okay. |
| 13:58:31 | 23 | **A.**    But I think at the time, if somebody |

13:58:33   1  had mentioned a lawsuit to my service manager, he

13:58:37   2  most likely would have -- that's something he

13:58:39   3  probably would have said to me, you know.

13:58:41   4        **Q.**   All right.  But we've established --

13:58:44   5  and if you have -- do you have the invoice from

13:58:47   6  2017 in front of you?  It would be February 17th,

13:58:50   7  2017.

13:58:50   8        **A.**   Yes, I do.

13:58:51   9        **Q.**   All right.  Does that say anything

13:58:52  10  about Mr. Hromowyk asking for his part back?

13:58:56  11        **A.**   No, it does not.

13:58:57  12        **Q.**   All right.  And we -- and -- but will

13:58:59  13  you accept my representation that Mr. Hromowyk, in

13:59:01  14  fact, has that part?

13:59:03  15        **MR. AZAR:**   Object to the form.  Accept your

13:59:05  16  representation on what?  Are you asking him to

13:59:07  17  assume for the purpose of this deposition --

13:59:10  18        **MR. KEACH:**   You can to object to the form.

13:59:11  19  He's fully capable of answering my question.  Stop

13:59:13  20  it.

13:59:13  21        **MR. AZAR:**   Your question doesn't make sense.

13:59:15  22        **MR. KEACH:**   Save me -- you know, you came

13:59:16  23  here the last time I saw you, and you gave me your

13:59:18  1  little soapbox lecture about how you're supposed to

13:59:19  2  conduct yourself during a deposition.

13:59:20  3        **MR. AZAR:**  Uh-huh.

13:59:21  4        **MR. KEACH:**  Apply the same standards to

13:59:22  5  yourself.

13:59:24  6        **MR. AZAR:**  I believe you've just asked this

13:59:25  7  witness to make an assumption on the record for

13:59:28  8  purposes of testimony.  If that assumption is what

13:59:31  9  you want him to assume, I think you need to make

13:59:33 10  that clear.

13:59:34 11        **MR. KEACH:**  You can object to the form.

13:59:34 12  He's not your -- he's not your client.

13:59:36 13        **THE WITNESS:**  Being that I didn't personally

13:59:37 14  speak to Mr. Hromowyk at that time, it is true that

13:59:40 15  I can only assume that he is in possession of that

13:59:43 16  tire valve stem --

13:59:44 17        **BY MR. KEACH:**

13:59:45 18        **Q.**   Okay.

13:59:45 19        **A.**   -- from our other service manager.

13:59:47 20        **Q.**   All right.  Well, he has it, and --

13:59:49 21        **A.**   Right.

13:59:49 22        **Q.**   -- we've provided it to the Chrysler

13:59:52 23  Corporation, who has failed to look at it and --

*Brown - Keach - 10-8-19*

13:59:54  1        **MR. AZAR:**  Object to the form.

13:59:54  2        **BY MR. KEACH:**

13:59:55  3        **Q.**   -- instead has claimed that we

13:59:56  4    destroyed evidence, which I have a feeling is going

14:00:00  5    to get a warm reception in Albany.

14:00:10  6        Okay.  So -- so we can confirm that this

14:00:18  7    sentence about Mr. Hromowyk not informing Brownie's

14:00:21  8    of any planned or pending lawsuit relating to

14:00:24  9    his -- this component, you don't know that to be

14:00:26 10    true, correct?

14:00:27 11        **A.**   Correct.

14:00:27 12        **MR. AZAR:**  Object to the form.

14:00:28 13        **THE WITNESS:**  I did not speak to him myself.

14:00:28 14        **BY MR. KEACH:**

14:00:30 15        **Q.**   Okay.  And so you -- by signing this,

14:00:32 16    you were relying on the language that Mr. Azar

14:00:35 17    provided you rather than your own perception of

14:00:39 18    events; fair to say?

14:00:41 19        **MR. AZAR:**  Object to the form.

14:00:42 20        **THE WITNESS:**  Yes, I was never -- I never

14:00:44 21    spoke to Mr. Hromowyk about any lawsuit, and if --

14:00:51 22    typically, like I said, if there was -- somebody

14:00:54 23    brings up the word lawsuit when we're working on a

*Brown - Keach - 10-8-19*

61

14:00:57  1  car, usually that will get around the shop, and

14:00:59  2  somebody would typically say something to me, you

14:01:01  3  know, the manager on duty at the time or whatever,

14:01:03  4  but --

14:01:04  5       **BY MR. KEACH:**

14:01:04  6       **Q.**   But you can't affirm that today,

14:01:06  7  correct?

14:01:08  8       **A.**   That's correct.

14:01:09  9       **Q.**   All right.  So that brings us to the

14:01:10  10  next sentence:

14:01:11  11       Brownie's was not told by Mr. Hromowyk that

14:01:13  12  the removed component was evidence in any planned

14:01:15  13  or pending lawsuit.

14:01:17  14       You don't know whether or not that's true

14:01:18  15  either, do you?

14:01:19  16       **A.**   Not personally, no.

14:01:21  17       **Q.**   Okay.  And you don't have any

14:01:22  18  secondhand knowledge that that's true, true?

14:01:25  19       **A.**   That's correct.

14:01:25  20       **Q.**   And same for the preceding sentence.

14:01:27  21  You don't have any secondhand knowledge that that's

14:01:30  22  true either, do you?

14:01:30  23       **A.**   That's correct.

*Brown - Keach - 10-8-19*

14:01:31  1          **Q.**   Okay.  So it says here:

14:01:34  2          Brownie's was not asked to take any special

14:01:36  3  precaution to avoid altering the component while

14:01:38  4  removing or handling it, nor was Brownie's asked to

14:01:42  5  not dispose of the component after removal.

14:01:46  6          That's not true either, is it?

14:01:48  7          **MR. AZAR:**   Object to the form.

14:01:55  8          **THE WITNESS:**   Brownie's was not asked to

14:01:57  9  take any special precautions -- if -- if there --

14:02:01 10  if we were asked to take special precautions, it

14:02:04 11  typically should have been noted on the -- on the

14:02:07 12  invoice.

14:02:07 13          And nor was Brownie's asked to dispose --

14:02:13 14          **BY MR. KEACH:**

14:02:14 15          **Q.**   I'm going to do a better job.  I'm

14:02:16 16  going to do a better job of walking through this,

14:02:18 17  because that's a compound -- that's a compound

14:02:20 18  sentence, so we're going to break it down.

14:02:22 19          **A.**   Okay.

14:02:22 20          **Q.**   Okay.  Brownie's was not asked to take

14:02:24 21  any special precaution to avoid altering the

14:02:27 22  component while removing or handling it.

14:02:29 23          You don't know whether that's true or not,

*Brown - Keach - 10-8-19*

63

14:02:31  1  correct?

14:02:32  2          **A.**   Not that I'm aware of, right.

14:02:33  3          **Q.**   And you don't have any secondhand

14:02:35  4  knowledge to inform you about whether or not that's

14:02:37  5  true, correct?

14:02:37  6          **A.**   That's correct.

14:02:38  7          **MR. AZAR:**   Object to the form.

14:02:38  8          **BY MR. KEACH:**

14:02:39  9          **Q.**   All right.  And so -- and then it goes

14:02:41  10  on in the next part of the sentence:

14:02:44  11          Nor was Brownie's asked to not dispose of

14:02:47  12  the component after removal.

14:02:47  13          You don't know whether that's true, do you?

14:02:49  14          **MR. AZAR:**   Object to the form.

14:02:49  15          **THE WITNESS:**   I can't -- I can't say for

14:02:52  16  certain, as I didn't speak to him.

14:02:54  17          **BY MR. KEACH:**

14:02:54  18          **Q.**   Okay.  And you don't have any

14:02:55  19  secondhand information about whether or not that's

14:02:57  20  true either, correct?

14:02:58  21          **A.**   Correct.

14:02:58  22          **Q.**   All right.  Now, if Mr. Azar had

14:03:01  23  informed you at the time that you went to prepare

14:03:04   1  this affirmation that was submitted in federal

14:03:08   2  court under penalty of perjury that Mr. Hromowyk

14:03:10   3  did, in fact, have this component and invited him

14:03:13   4  and his fellow counsel to look at it, would that

14:03:16   5  have changed what you affirmed?

14:03:18   6        **MR. AZAR:**  Object to the form.

14:03:28   7        **BY MR. KEACH:**

14:03:29   8        Q.   All right.  Well, let me do a better

14:03:30   9  job of phrasing it.

14:03:31  10        If you were told before you filled out this

14:03:33  11  affirmation that Mr. Hromowyk, in fact, had

14:03:36  12  possession of the valve stem that was removed in

14:03:39  13  February of 2017, would you have affirmed this way

14:03:45  14  saying that Brownie's --

14:03:46  15        **MR. AZAR:**  Objection.

14:03:46  16        **BY MR. KEACH:**

14:03:47  17        Q.   -- was not asked to dispose of the

14:03:49  18  component after removal?

14:03:50  19        **MR. AZAR:**  Object to the form.  Assumes

14:03:51  20  facts not in evidence.

14:03:54  21        **THE WITNESS:**  I -- I don't know if it would

14:04:02  22  have changed, because I -- like I said, I don't

14:04:04  23  have a record of him asking for it.  I can only go

*Brown - Keach - 10-8-19*

14:04:07  1  by what's on the invoice itself.

14:04:09  2          **BY MR. KEACH:**

14:04:10  3          **Q.**   Right.

14:04:10  4          **A.**   So --

14:04:10  5          **Q.**   But obviously, we've established that

14:04:13  6  if Mr. Hromowyk asked for the -- had the part, then

14:04:15  7  he must have asked for it, because that's your

14:04:18  8  practice.  You chuck the parts that are defective

14:04:20  9  and you replace them, correct?

14:04:21  10         **A.**   Correct.

14:04:21  11         **MR. AZAR:**   Object to the form.

14:04:22  12         **BY MR. KEACH:**

14:04:22  13         **Q.**   So if Mr. Hromowyk had the part, that

14:04:25  14 means he asked for it, didn't he?

14:04:25  15         **MR. AZAR:**   Object to the form.

14:04:25  16         **THE WITNESS:**   If he has the exact part that

14:04:27  17 came out of his vehicle from our shop, he must have

14:04:30  18 asked for it.

14:04:30  19         **BY MR. KEACH:**

14:04:31  20         **Q.**   Okay.  And so that would mean that if

14:04:32  21 he has the part, that this particular part of the

14:04:36  22 sentence is not true --

14:04:37  23         **MR. AZAR:**   Object to --

*Brown - Keach - 10-8-19*

66

14:04:38  1          BY MR. KEACH:

14:04:39  2          Q.    -- where it says Brownie's was not

14:04:40  3  asked to dispose of the component after removal.

14:04:42  4          MR. AZAR:   Object to the form.

14:04:45  5          BY MR. KEACH:

14:04:45  6          Q.    And I -- I got to do a better job.

14:04:47  7  Brownie's was asked to not dispose -- let me do it

14:04:51  8  one -- one more time.  Let's try that again.

14:04:53  9          If Mr. Hromowyk has the part in question

14:04:56 10  that was removed from his vehicle on February 17th,

14:04:59 11  2017, this part of your affidavit where you say

14:05:02 12  "nor was Brownie's asked by Mr. Hromowyk to not

14:05:06 13  dispose of the component after removal" -- that

14:05:09 14  would be false, wouldn't it?

14:05:10 15          MR. AZAR:   Objection.

14:05:10 16          THE WITNESS:   If Mr. Hromowyk is in

14:05:11 17  possession of that particular valve stem, then this

14:05:14 18  would be false, that's correct.

14:05:21 19          BY MR. KEACH:

14:05:22 20          Q.    All right.  So if Mr. Azar had informed

14:05:24 21  you that Mr. Hromowyk, in fact, had his valve stem

14:05:27 22  from the February 17th, 2017 service with your

14:05:32 23  company, would you have affirmed this way?

*Brown - Keach - 10-8-19*

14:05:35   1          **MR. AZAR:**  Object to the form.  Assumes

14:05:37   2   facts not evidence.

14:05:38   3          **THE WITNESS:**  No, I would not, because if I

14:05:39   4   knew he was in possession of it, then obviously I

14:05:42   5   would have -- I would have known that he had asked

14:05:44   6   us for it.

14:05:47   7          **BY MR. KEACH:**

14:05:48   8          **Q.**   Okay.  All right.  So it says:

14:05:53   9          The invoice for February 17, 2017, does not

14:05:56  10   include any request, reservation, or return of

14:06:00  11   components.

14:06:00  12          That's true, right?

14:06:01  13          **A.**   Yes.

14:06:02  14          **Q.**   Okay.  And then the last sentence is:

14:06:03  15          To the best of my knowledge and information,

14:06:05  16   the TPMS component removed from Mr. Hromowyk's

14:06:09  17   vehicle in February 2017 was discarded, in

14:06:13  18   parentheses, into the trash, at the time the

14:06:15  19   vehicle was serviced, correct?

14:06:17  20          **A.**   Correct.

14:06:18  21          **Q.**   And if you knew at the time you filled

14:06:22  22   out this -- well, let me step back.

14:06:24  23          If Mr. Hromowyk has possession of this part,

*Brown - Keach - 10-8-19*

68

14:06:27  1  that last sentence in your affidavit is also not

14:06:29  2  true, is it?

14:06:30  3          **MR. AZAR:**  Object to the form.

14:06:31  4          **THE WITNESS:**  Correct.

14:06:31  5          **BY MR. KEACH:**

14:06:32  6          **Q.**   It is not true.

14:06:34  7          **A.**   It is -- right.

14:06:36  8          **Q.**   Okay.  And so -- and again, you weren't

14:06:39  9  told that before you made this particular

14:06:41 10  representation, that Mr. Hromowyk's TPMS module was

14:06:45 11  thrown in the garbage, correct?

14:06:47 12          **A.**   If I knew Mr. Hromowyk was in

14:06:48 13  possession of his TPMS module, I -- I definitely

14:06:52 14  wouldn't have assumed that it was thrown into the

14:06:54 15  trash, that's correct.

14:06:56 16          **Q.**   Okay.  Just yes or no:  Did your lawyer

14:07:09 17  explain to you at all, just yes or no, the import

14:07:13 18  of filling out an affidavit in federal court?

14:07:16 19          **MR. AZAR:**  Object to the form.

14:07:16 20          **THE WITNESS:**  No, but you're -- you kind

14:07:18 21  of -- I think you got a little confused on that,

14:07:21 22  and I was, too.

14:07:22 23          When I received the -- it wasn't the

*Brown - Keach - 10-8-19*

69

14:07:24  1  affidavit that went to my lawyer.  It was the

14:07:26  2  initial subpoena I got to come and --

14:07:30  3        **BY MR. KEACH:**

14:07:30  4        **Q.**   Oh, okay.  So that's different.

14:07:31  5        **A.**   Yes, exactly, yes.

14:07:32  6        **Q.**   So that was a subpoena asking you for

14:07:34  7  documents.

14:07:34  8        **A.**   Yes.

14:07:34  9        **Q.**   Okay.  And so this latter -- this

14:07:37 10  affidavit that you filled out, or declaration, you

14:07:41 11  did not share that with your lawyer.

14:07:43 12        **A.**   No, I did not.

14:07:43 13        **Q.**   You were not told by Mr. Azar to review

14:07:46 14  this with a lawyer, correct?

14:07:47 15        **A.**   No.

14:07:48 16        **MR. AZAR:**  Object to the form.

14:07:48 17        **BY MR. KEACH:**

14:07:49 18        **Q.**   You were not told by Mr. Azar that the

14:07:52 19  lawyers for Mr. Hromowyk wanted to talk to you,

14:07:54 20  correct?

14:07:54 21        **A.**   No.

14:07:55 22        **Q.**   Is that correct or not correct?

14:07:57 23        **A.**   That's correct.  I was -- I was kind of

*Brown - Keach - 10-8-19*

70

14:08:02  1   under the assumption that if I had done -- taken

14:08:04  2   care of that end of it, that that may clear up

14:08:07  3   everything -- everything of my involvement.

14:08:09  4        **Q.**   Okay.  And Mr. Azar did not tell you to

14:08:14  5   retain legal counsel to assist you with this,

14:08:17  6   correct?

14:08:17  7        **MR. AZAR:**  Object to the form.

14:08:17  8        **THE WITNESS:**  Correct.

14:08:17  9        **BY MR. KEACH:**

14:08:18  10       **Q.**   And he also didn't give you contact

14:08:20  11  information for myself or any of the Plaintiffs'

14:08:23  12  lawyers to talk with us before you filled this out;

14:08:26  13  fair to say?

14:08:28  14       **MR. AZAR:**  Object to the form.

14:08:28  15       **THE WITNESS:**  Not that I recall.

14:08:28  16       **BY MR. KEACH:**

14:08:30  17       **Q.**   I mean, when you signed -- let's you

14:08:32  18  and I be honest here.  You signed this thing

14:08:39  19  because Mr. Azar told you that this would have

14:08:42  20  ended your involvement and you wouldn't have had to

14:08:44  21  deal with sitting across the table from somebody

14:08:46  22  like me.

14:08:47  23       **MR. AZAR:**  Object to the form.  Asked and

*Brown - Keach - 10-8-19*

71

14:08:49  1 | answered.

14:08:49  2 | **THE WITNESS:**  That wasn't a guarantee, but

14:08:51  3 | that's kind of what we were leading towards, kind

14:08:53  4 | of what I -- I think the words were that we could

14:08:55  5 | try and take care of this without this.

14:08:59  6 | **BY MR. KEACH:**

14:08:59  7 | Q.  Okay.  And you don't -- do you have any

14:09:06  8 | knowledge of when you provided this affidavit

14:09:08  9 | compared to when the discovery cutoff was in

14:09:12 10 | Mr. Hromowyk's civil -- in Mr. Hromowyk's civil

14:09:15 11 | suit?

14:09:16 12 | A.  No.

14:09:16 13 | Q.  Do you know when you filled out this

14:09:18 14 | affidavit compared to when the Plaintiffs' counsel

14:09:20 15 | had planned to come here to Buffalo to take your

14:09:22 16 | testimony?

14:09:23 17 | A.  Say that again?

14:09:25 18 | Q.  Were -- did you -- do you know -- let

14:09:29 19 | me step back.

14:09:30 20 | Were you aware that at some point after you

14:09:33 21 | signed this declaration, that the Plaintiffs'

14:09:35 22 | counsel was planning to come to Buffalo to take

14:09:38 23 | your testimony?

*Brown - Keach - 10-8-19*

14:09:38  1          **A.**    No.

14:09:39  2          **Q.**    Were you told that beforehand?  Were

14:09:41  3    you told before you signed this, "Hey, you know, we

14:09:43  4    got a -- you know, your deposition's going to be

14:09:45  5    scheduled next week, but, hey" -- were you told

14:09:53  6    that?

14:09:53  7          **A.**    No.

14:09:54  8          **Q.**    Okay.  Okay.  So let's move on to

14:09:56  9    paragraph 4 of Exhibit RR, and I'll start reading

14:09:59 10    that into the record:

14:10:02 11          On or about May 24th, 2018, Brownie's

14:10:05 12    removed and replaced the left rear TPMS sensor in

14:10:08 13    Mr. Hromowyk Dodge Caravan vehicle.

14:10:10 14          And let me step back.  I'm going to go back

14:10:12 15    to paragraph 3 and the repair from February 17,

14:10:14 16    2007 -- 2017.  Let's start over.

14:10:38 17          Do you know what was wrong with

14:10:39 18    Mr. Hromowyk's TPMS valve stem on February 17th,

14:10:44 19    2017, when -- when it was repaired at Brownie's?

14:10:47 20          **A.**    No, I do not.

14:10:48 21          **Q.**    All right.  So let's move on to

14:10:50 22    paragraph 4, which you have on your screen there in

14:10:53 23    front of you, okay?

*Brown - Keach - 10-8-19*

73

| | | |
|---|---|---|
| 14:10:54 | 1 | The first sentence:  On or about May 24th, |
| 14:10:57 | 2 | 2018, Brownie's removed and replaced the left rear |
| 14:11:01 | 3 | TPMS sensor in Mr. Hromowyk's Dodge Caravan |
| 14:11:03 | 4 | vehicle. |
| 14:11:03 | 5 | That's true, correct? |
| 14:11:04 | 6 | **A.**   Yes. |
| 14:11:05 | 7 | **Q.**   All right.  We're going to get to that |
| 14:11:07 | 8 | in a minute, but you've got that receipt there in |
| 14:11:09 | 9 | front of you as well, correct? |
| 14:11:10 | 10 | **A.**   This is the 17th, right? |
| 14:11:12 | 11 | **Q.**   Yes. |
| 14:11:13 | 12 | **A.**   Yes. |
| 14:11:14 | 13 | **Q.**   Well, no, no, May 24th, 2018.  It would |
| 14:11:16 | 14 | be a different -- different receipt. |
| 14:11:20 | 15 | **A.**   Yes, I have it. |
| 14:11:20 | 16 | **Q.**   Okay.  And so that's true, right?  You |
| 14:11:25 | 17 | guys replaced this TPMS module at that time. |
| 14:11:28 | 18 | **A.**   That's correct. |
| 14:11:29 | 19 | **Q.**   All right.  So the next sentence: |
| 14:11:31 | 20 | Mr. Hromowyk did not inform Brownie's of any |
| 14:11:33 | 21 | planned or pending lawsuit related to this |
| 14:11:35 | 22 | component. |
| 14:11:36 | 23 | You can't tell me whether or not that's |

*Brown - Keach - 10-8-19*

74

14:11:38  1  true, correct?

14:11:39  2       **A.**   I cannot personally tell you whether or

14:11:41  3  not that's true, that's correct.

14:11:42  4       **Q.**   Okay.  And you don't have any

14:11:43  5  secondhand knowledge to demonstrate whether or not

14:11:49  6  that's correct.

14:11:49  7       **MR. AZAR:**  Object to the form.

14:11:50  8       **THE WITNESS:**  That's correct.

14:11:51  9       **BY MR. KEACH:**

14:11:51  10      **Q.**   All right.  Moving forward to the -- to

14:11:54  11  the next sentence:

14:11:55  12      Brownie's was not told by Mr. Hromowyk that

14:11:57  13  the removed component was evidence in any planned

14:12:00  14  or pending lawsuit.

14:12:01  15      You don't know whether or not that's true,

14:12:03  16  do you?

14:12:03  17      **MR. AZAR:**  Object to the form.

14:12:04  18      **THE WITNESS:**  I do not.

14:12:04  19      **BY MR. KEACH:**

14:12:05  20      **Q.**   Okay.  And you don't have any

14:12:07  21  secondhand information about whether or not the

14:12:09  22  people that worked for you were told that, correct?

14:12:11  23      **MR. AZAR:**  Object to the form.

*Brown - Keach - 10-8-19*

14:12:12  1          THE WITNESS:  That's correct.

14:12:12  2          BY MR. KEACH:

14:12:13  3          Q.   All right.  Brownie's was not asked to

14:12:16  4   take any special precautions to avoid altering the

14:12:18  5   component while removing or handling it.

14:12:21  6          That's the first part of the next sentence.

14:12:24  7   You don't know whether or not that's true, correct?

14:12:27  8          MR. AZAR:  Object to the form.

14:12:27  9          THE WITNESS:  I do not personally know that.

14:12:29  10         BY MR. KEACH:

14:12:29  11         Q.   Okay.  And you don't have any

14:12:31  12   secondhand knowledge about whether or not that's

14:12:33  13   correct.

14:12:33  14         A.   No, I can only go by what's on the

14:12:35  15   invoices.

14:12:36  16         Q.   Okay.  And there's nothing reflected on

14:12:38  17   the invoice that the customer gets the part back.

14:12:40  18         A.   Correct.

14:12:41  19         Q.   Okay.  So let's move forward to the

14:12:43  20   next part of the sentence:

14:12:44  21         Nor was Brownie's asked to not dispose of

14:12:46  22   the component after removal.

14:12:47  23         You don't know whether or not that's true

*Brown - Keach - 10-8-19*

76

14:12:49   1   either, correct?

14:12:49   2          **A.**    Correct.

14:12:50   3          **Q.**    All right.  And I'm representing to

14:12:54   4   you, as I've represented to counsel for FCA US,

14:12:58   5   that the Plaintiffs' counsel is in possession of

14:13:00   6   this second valve stem that was removed from

14:13:02   7   Mr. Hromowyk's vehicle, and we brought it to

14:13:05   8   Mr. Azar and his colleagues' attention well before

14:13:08   9   you filled out this affidavit.

14:13:09   10         So given that Mr. Hromowyk has his valve

14:13:15   11   stem, this latter part of the sentence -- and I'll

14:13:20   12   call it out for you -- that is not true.

14:13:24   13         **MR. AZAR:**  Object to the form.

14:13:24   14         **BY MR. KEACH:**

14:13:25   15         **Q.**    Is it?

14:13:26   16         **A.**    If Mr. Hromowyk is in possession of the

14:13:28   17   exact same tire pressure monitor that came off his

14:13:33   18   vehicle, then this is not true.

14:13:35   19         **Q.**    And relative to this paragraph,

14:13:38   20   Mr. Azar did not bother to tell you that

14:13:41   21   Mr. Hromowyk had his valve stem and offered it to

14:13:44   22   him and his co-counsel to inspect it at their

14:13:48   23   leisure, did he?

*Brown - Keach - 10-8-19*

77

| 14:13:49 | 1 | **MR. AZAR:**  Object to the form. |
|---|---|---|
| 14:13:49 | 2 | **THE WITNESS:**  No. |
| 14:13:50 | 3 | **BY MR. KEACH:** |

14:13:57  4      **Q.**   And you don't know as you sit here

14:13:58  5  today whether or not FCA US's counsel has ever

14:14:02  6  taken the Plaintiffs' counsel up on inspecting the

14:14:05  7  valve stem, do you?

14:14:06  8      **MR. AZAR:**  Object to the form.

14:14:06  9      **THE WITNESS:**  No, I don't.

14:14:08 10      **MR. AZAR:**  Counsel, could we be a little

14:14:10 11  more respectful of this witness's time?

14:14:12 12      **MR. KEACH:**  You can object to the form and

14:14:14 13  save your commentary for someone who cares, okay?

14:14:18 14  I think you're going to read -- you're going to

14:14:20 15  have plenty of fill of getting my commentary when

14:14:24 16  you get my response to your motion, so why don't we

14:14:27 17  just save the soapbox lecture for that time, okay,

14:14:31 18  Tom?

14:14:32 19      **MR. AZAR:**  Please proceed.

14:14:33 20      **MR. KEACH:**  I mean, you know, I'm so

14:14:34 21  impressed by you.  I'm going to ask that you

14:14:42 22  refrain from any further soapbox comments today.

14:14:47 23  It's objection to form.  I don't care about your

*Brown - Keach - 10-8-19*

14:14:48   1   opinion.  Save it.  It's objection to form.

14:14:51   2        **BY MR. KEACH:**

14:14:52   3        **Q.**   Moving forward to the next sentence:

14:14:56   4        The invoice for the May 24th, 2018 service

14:15:01   5   does not include any request for preservation or

14:15:04   6   return of components.

14:15:05   7        We can agree that that is true, correct?

14:15:07   8        **A.**   Correct.

14:15:07   9        **Q.**   All right.  And then moving on to the

14:15:09  10   next sentence:

14:15:10  11        To the best of my knowledge and information,

14:15:12  12   the TPMS component removed from Mr. Hromowyk's

14:15:14  13   vehicle in May 2018 was discarded, in parentheses,

14:15:19  14   into the trash, at the time that the vehicle was

14:15:22  15   serviced.

14:15:23  16        We can agree that if Mr. Hromowyk has the

14:15:26  17   actual part that was removed from his vehicle on

14:15:28  18   May 24th, 2018, that this last sentence is false.

14:15:32  19        **A.**   If Mr. Hromowyk is in possession of

14:15:34  20   that exact part, then this last sentence is false,

14:15:37  21   correct.

14:15:37  22        **Q.**   All right.  And again, before you --

14:15:39  23   before you affirmed to this last sentence, Mr. Azar

*Brown - Keach - 10-8-19*

14:15:42  1  did not inform you of the fact that Mr. Hromowyk

14:15:45  2  has that part and that it was offered to him to be

14:15:47  3  inspected; fair to say?

14:15:49  4       **MR. AZAR:**  Object to the form.

14:15:49  5       **THE WITNESS:**  Yes.

14:15:50  6       **BY MR. KEACH:**

14:15:50  7       **Q.**   Okay.  Let's move on to paragraph 5:

14:15:55  8       On or about April 11th, 2019, Brownie's

14:15:59  9  removed and replaced the right rear TPMS sensor in

14:16:03 10  Mr. Hromowyk's Dodge Caravan vehicle.

14:16:05 11       That's correct, isn't it?

14:16:06 12       **A.**   That's correct.

14:16:07 13       **Q.**   And that's the -- that's the invoice --

14:16:08 14  and I'll just put it up on the screen for you

14:16:11 15  briefly.

14:16:11 16       That's the invoice that we looked at as

14:16:13 17  Exhibit QQ.

14:16:14 18       **A.**   Yes.

14:16:15 19       **Q.**   Okay.  So the next sentence reads:

14:16:20 20       Mr. Hromowyk did not inform Brownie's of any

14:16:23 21  planned or pending lawsuit relating to this

14:16:25 22  component.

14:16:26 23       Correct?

*Brown - Keach - 10-8-19*

80

14:16:27  1        **A.**    Correct.

14:16:28  2        **Q.**    And I got to blow that up for you.  You

14:16:30  3    have my apologies.

14:16:31  4              That's a little better, isn't it?

14:16:31  5        **A.**    I didn't bring my reading glasses.

14:16:34  6        **Q.**    So you don't know whether or not that's

14:16:38  7    true, correct?

14:16:39  8        **A.**    I don't personally know whether or not

14:16:41  9    that's true.  All I know is he -- at that point he

14:16:43  10   requested us to save the old part.

14:16:45  11       **Q.**    Okay.  And you don't have any

14:16:47  12   secondhand knowledge to say whether -- what -- what

14:16:49  13   reason Mr. Hromowyk gave to your service desk about

14:16:51  14   "Hey, here's why I need the part," correct?

14:16:54  15       **A.**    No, I do not.

14:16:54  16       **Q.**    All right.  All right.  So the next

14:16:58  17   sentence reads:

14:17:00  18              Brownie's was not told by Mr. Hromowyk that

14:17:02  19   the removed component was evidence in any planned

14:17:04  20   or pending lawsuit.

14:17:06  21              You don't know that to be true, do you?

14:17:08  22       **A.**    Not personally.

14:17:09  23       **Q.**    You don't have any secondhand

*Brown - Keach - 10-8-19*

14:17:11  1  information to reflect that it's true, do you?

14:17:14  2       **A.**   No.

14:17:14  3       **Q.**   Next sentence:  As reflected in the

14:17:16  4  invoice, Mr. Hromowyk requested that Brownie's save

14:17:19  5  and return the TPMS sensor.

14:17:21  6       Correct?

14:17:22  7       **A.**   Yes.

14:17:22  8       **Q.**   And that is true.  That -- that fact is

14:17:26  9  true, isn't it?

14:17:28  10      **A.**   Would you say it one more time?

14:17:30  11      **Q.**   That Mr. Hromowyk asked you to save the

14:17:32  12  TPMS module.  When I say you, I mean --

14:17:33  13      **A.**   That I know to be true just because

14:17:35  14  it's in writing in front of me on the invoice, as

14:17:38  15  it's supposed to be.

14:17:39  16      **Q.**   All right.  Brownie's was not asked to

14:17:41  17  take any special precaution to avoid altering the

14:17:44  18  component while removing or handling it.

14:17:46  19      You don't know whether that's true or not,

14:17:49  20  do you?

14:17:49  21      **MR. AZAR:**  Object to the form.

14:17:50  22      **THE WITNESS:**  Not personally.

14:17:51  23      **BY MR. KEACH:**

14:17:53 1        **Q.**   Do you have any secondhand knowledge to

14:17:55 2  reflect whether or not that's true?

14:17:56 3        **MR. AZAR:**  Object to form.

14:17:57 4        **THE WITNESS:**  No.

14:17:57 5        **BY MR. KEACH:**

14:17:58 6        **Q.**   All right.  And are you going to do

14:17:59 7  anything different -- let's assume I come into your

14:18:02 8  shop, all right, and, you know, I've got a -- I've

14:18:05 9  got a part that has to be removed.

14:18:07 10       Are you going to do -- if I say, "Hey, you

14:18:10 11  know, you got to take special precaution to avoid

14:18:13 12  altering this component when you're trying to

14:18:15 13  remove it," are you going to do anything different?

14:18:15 14        **A.**   No.

14:18:17 15        **Q.**   Okay.  You're going to do the same

14:18:19 16  thing to get that component out of there that you

14:18:21 17  would whether I wanted it preserved or not; fair to

14:18:23 18  say?

14:18:25 19        **A.**   Yes.

14:18:25 20        **MR. AZAR:**  Object to the form.

14:18:26 21        **BY MR. KEACH:**

14:18:26 22        **Q.**   Okay.  So -- because, you know, your

14:18:30 23  job is to fix the car, correct?

*Brown - Keach - 10-8-19*

83

14:18:32   1          **A.**    Yes.

14:18:33   2          **Q.**    All right.  And do you know why

14:18:36   3    Mr. Hromowyk needed this particular valve stem

14:18:38   4    removed, the valve stem that was taken out earlier

14:18:40   5    this year?

14:18:42   6          Let me step back to make sure that's

14:18:43   7    correct.  Yes, earlier this year.

14:18:48   8          Do you know what was wrong with it?

14:18:50   9          **A.**    Not personally.  I can only assume it

14:18:52  10    was leaking or deteriorated, but I --

14:18:54  11          **Q.**    But you don't know for sure.

14:18:55  12          **A.**    I can't say for certain.

14:18:56  13          **Q.**    All right.  And you didn't talk to

14:18:57  14    anybody that worked for you to figure out what was

14:19:03  15    wrong with it either, right?

14:19:04  16          **A.**    No.  My guys can't remember what

14:19:10  17    happened yesterday, let alone April.

14:19:12  18          **Q.**    Okay.  Me neither.

14:19:15  19          So -- and the same holds true for the valve

14:19:19  20    stem that was removed on May 24th, 2018.  You don't

14:19:22  21    know why that was -- what was wrong with that,

14:19:23  22    correct?

14:19:24  23          **A.**    No, I do not.

*Brown - Keach - 10-8-19*

84

14:19:24  1        **Q.**   But -- but you would assume that it was

14:19:27  2   corroded.

14:19:28  3        **A.**   Yes.

14:19:29  4        **Q.**   Okay.  So getting back to this special

14:19:34  5   precaution business, if I walk in to you and say,

14:19:37  6   "Hey, I want my lift kit removed, but I want you to

14:19:40  7   take special precaution to avoid altering the

14:19:43  8   component while removing or handling it because I'm

14:19:46  9   going to put in a new lift kit," you're not going

14:19:49 10   to do anything different.  You're going to get that

14:19:51 11   lift kit out of there and put in a new lift kit;

14:19:53 12   fair to say?

14:19:53 13        **MR. AZAR:**  Object to the form.

14:19:53 14        **THE WITNESS:**  Yes.

14:19:53 15        **BY MR. KEACH:**

14:19:55 16        **Q.**   All right.  So this is really a -- a

14:19:57 17   distinction without a difference, isn't it, this --

14:19:59 18   this -- what Mr. Azar asked you to affirm in this

14:20:04 19   federal civil suit?

14:20:06 20        **MR. AZAR:**  Object to the form.

14:20:07 21        **THE WITNESS:**  Put that in different terms

14:20:08 22   for me.

14:20:08 23        **BY MR. KEACH:**

*Brown - Keach - 10-8-19*

85

| | | |
|---|---|---|
| 14:20:09 | 1 | **Q.**   Sure.   I mean, this -- this -- it |
| 14:20:11 | 2 | didn't matter -- it didn't matter whether Tom |
| 14:20:14 | 3 | Hromowyk came in and said, "Treat this component |
| 14:20:16 | 4 | like it's the holy grail when removing it from the |
| 14:20:21 | 5 | car."   You guys are going to treat that component |
| 14:20:23 | 6 | the same way. |
| 14:20:24 | 7 | **A.**   Yes. |
| 14:20:24 | 8 | **Q.**   Okay.   All right.   And finally, the |
| 14:20:28 | 9 | last sentence is -- last sentence is: |
| 14:20:31 | 10 | To the best of my knowledge and information, |
| 14:20:32 | 11 | the TPMS component removed from Mr. Hromowyk's |
| 14:20:34 | 12 | vehicle in April 2018 was returned to Mr. Hromowyk |
| 14:20:38 | 13 | upon completion of the service. |
| 14:20:39 | 14 | That's accurate as well, correct? |
| 14:20:41 | 15 | **A.**   Yes. |
| 14:20:42 | 16 | **Q.**   All right.   But again, when you filled |
| 14:20:43 | 17 | this out, you weren't told that Mr. Hromowyk, in |
| 14:20:47 | 18 | fact, had the part, were you? |
| 14:20:49 | 19 | **MR. AZAR:**   Object to the form. |
| 14:20:50 | 20 | **THE WITNESS:**   No, obviously if I -- if I |
| 14:20:52 | 21 | knew he was in possession of them, I would have |
| 14:20:54 | 22 | known we didn't throw them in the garbage. |
| 14:20:54 | 23 | **BY MR. KEACH:** |

*Brown - Keach - 10-8-19*

86

| 14:20:57 | 1 | Q.   Okay.  We've been at this for over an |
| 14:21:02 | 2 | hour.  It's my practice when I'm deposing people to |
| 14:21:05 | 3 | give them a break about every hour just to get away |
| 14:21:09 | 4 | from me and relax a little bit. |
| 14:21:11 | 5 | A.   Fine.  I don't really need it. |
| 14:21:13 | 6 | Q.   I need to use the bathroom just |
| 14:21:15 | 7 | briefly, so we're going to take a break just for |
| 14:21:17 | 8 | five minutes.  I ask for you to confirm -- I'm not |
| 14:21:20 | 9 | going to talk to you.  I ask you confirm you'll not |
| 14:21:23 | 10 | talk to Mr. Azar either, okay? |
| 14:21:24 | 11 | MR. AZAR:  I don't believe there's any -- I |
| 14:21:25 | 12 | mean, certainly I don't have any privilege with |
| 14:21:26 | 13 | this witness, but I don't think you can tell the |
| 14:21:28 | 14 | witness not to talk to me. |
| 14:21:29 | 15 | But why don't we go off the record. |
| 14:21:33 | 16 | MR. KEACH:  Well, okay.  Fine.  If you want |
| 14:21:41 | 17 | talk to Mr. Azar during the break, I'm just going |
| 14:21:46 | 18 | to ask that you polish up your memory, because I'm |
| 14:21:48 | 19 | going to ask you everything that you talked about |
| 14:21:50 | 20 | with Mr. Azar, okay? |
| 14:21:53 | 21 | So in that regard, we'll take a break. |
| 14:21:55 | 22 | (A recess was then taken.) |
| 14:30:21 | 23 | BY MR. KEACH: |

*Brown - Keach - 10-8-19*

87

14:30:24   1        Q.   Okay.  I'm going to move on to another
14:30:29   2   document that I have and I want you to take a look
14:30:31   3   at.  Give me just a moment.
14:31:20   4        All right.  I'm going to show you what we
14:31:22   5   marked as Exhibit SS.
14:31:22   6   **The following was marked for Identification:**
           7    **HROMOWYK EXH. SS     invoice number 50508 dated**
           8                           **02/12/2013**
14:31:40   9        BY MR. KEACH:
14:31:41  10        Q.   So this is an invoice for the repair of
14:31:44  11   the tire, okay, at your shop, correct?
14:31:46  12        A.   The one in front of me?
14:31:48  13        Q.   Yes.
14:31:49  14        A.   That is an invoice for new tires dated
14:31:52  15   back in 2013.
14:31:53  16        Q.   Okay.  And it talks here, okay, about
14:31:58  17   New York State inspection, and it says New York
14:32:03  18   State safety and emissions inspection, tire price
14:32:05  19   includes mounting, balance, new valve stem, and
14:32:10  20   disposal of old tire and free flat repairs,
14:32:13  21   correct?
14:32:13  22        A.   Yes.
14:32:13  23        Q.   All right.  Now, if someone has a TPMS

*Brown - Keach - 10-8-19*

88

14:32:17  1  module in their vehicle which has the valve stem,

14:32:21  2  is that TPMS module going to be put back into the

14:32:24  3  vehicle?

14:32:25  4      **MR. AZAR:**  Object to the form.

14:32:26  5      **BY MR. KEACH:**

14:32:26  6      **Q.**   Do you understand what I mean?

14:32:28  7      **A.**   There is -- there would be no call to

14:32:30  8  remove a TPMS module just to replace a tire.

14:32:34  9      **Q.**   That's what I'm trying to figure out.

14:32:36 10      **A.**   Yes.

14:32:37 11      **Q.**   It says here new valve stem.  My

14:32:39 12  understanding is that TPMS modules all have their

14:32:41 13  own valve stems.  Am I right about that?

14:32:43 14      **A.**   Yes.

14:32:44 15      **Q.**   All right.  There's like -- there's the

14:32:45 16  module, then there's the valve stem and the cap,

14:32:48 17  and it's all one thing.

14:32:50 18      So you can't just replace the valve stem.

14:32:53 19  You have to replace the entire module --

14:32:55 20      **MR. AZAR:**  Object to the form.

14:32:56 21      **BY MR. KEACH:**

14:32:57 22      **Q.**   -- correct?

14:32:57 23      **A.**   There are a few nowadays where you can

*Brown - Keach - 10-8-19*

89

14:33:00  1  just replace the valve stem.  This is referring to

14:33:04  2  old-school valve stems before they had the TPMS

14:33:07  3  modules, is what they -- what that is, the valve

14:33:10  4  stem.

14:33:10  5         **Q.**   So that's what -- that's the valve.

14:33:11  6         **A.**   Yes, that's -- if your car doesn't have

14:33:13  7  one, there's, you know, a $1 rubber valve stem or

14:33:17  8  an $80 tire pressure valve stem.

14:33:21  9         These are the rubber, non-TPMS-equipped

14:33:23  10 vehicle style.

14:33:24  11        **Q.**   All right.  So it's been suggested in

14:33:26  12 this case that this invoice shows that you, in

14:33:30  13 fact, replaced the valve stems on Mr. Hromowyk's

14:33:34  14 vehicle when you, you know, replaced these tires.

14:33:39  15        Is that accurate?

14:33:52  16        **MR. AZAR:**   Object to the form.

14:33:52  17        **THE WITNESS:**   Right.  This -- this was

14:33:52  18 something that when -- when we sell tires on a car,

14:33:52  19 it -- it -- it automatically goes on the invoice,

14:33:52  20 and this was prior to a lot of the problems with

14:33:54  21 the tire pressure monitoring systems.

14:33:56  22        We've actually changed that at this point so

14:33:58  23 it's worded differently.  Doesn't quite say that

*Brown - Keach - 10-8-19*

90

| | | |
|---|---|---|
| 14:34:01 | 1 | anymore, but what that does refer to is a car with |
| 14:34:04 | 2 | a regular rubber $1 valve stem. |
| 14:34:09 | 3 | **BY MR. KEACH:** |
| 14:34:10 | 4 | **Q.**   All right.  If you -- if Mr. Hromowyk's |
| 14:34:12 | 5 | TPMS valves -- his TPMS modules were replaced when |
| 14:34:13 | 6 | you did this tire repair on his car in February |
| 14:34:17 | 7 | 2013, that would have been reflected in this |
| 14:34:19 | 8 | invoice, correct? |
| 14:34:19 | 9 | **A.**   Correct. |
| 14:34:21 | 10 | **Q.**   And TPMS modules, from what I |
| 14:34:23 | 11 | understand -- they cost money, don't they? |
| 14:34:25 | 12 | **A.**   Sure. |
| 14:34:25 | 13 | **Q.**   If you've got to replace a TPMS module, |
| 14:34:28 | 14 | you have to go to NAPA and buy the parts -- |
| 14:34:30 | 15 | **A.**   Yes. |
| 14:34:31 | 16 | **Q.**   -- correct?  And then you -- and then |
| 14:34:35 | 17 | you install the TPMS module, correct? |
| 14:34:37 | 18 | **A.**   Yes. |
| 14:34:38 | 19 | **Q.**   And you charge the customer for the |
| 14:34:40 | 20 | part and the labor. |
| 14:34:41 | 21 | **A.**   Yes. |
| 14:34:41 | 22 | **Q.**   All right.  So when you go to NAPA to |
| 14:34:43 | 23 | buy the TPMS module, how much is that out of your |

*Brown - Keach - 10-8-19*

91

14:34:46  1  pocket?

14:34:48  2      **A.**   Probably 30, $40 range, something like

14:34:51  3  that, or --

14:34:52  4      **Q.**   Okay.  All right.  And so it -- it's

14:34:55  5  fair to say, looking at this invoice, you would

14:34:57  6  not, for instance, replace four TPMS modules in a

14:35:01  7  car and just do it for free, would you?

14:35:04  8      **A.**   Absolutely not.

14:35:05  9      **Q.**   You'd charge the customer.

14:35:06  10      **A.**   Yes.

14:35:06  11      **Q.**   And so it's fair to say, looking at

14:35:08  12  this invoice which we've marked as Exhibit SS from

14:35:11  13  February 12th, 2013, that the tire pressure

14:35:15  14  monitoring system modules in Mr. Hromowyk's car

14:35:18  15  were not -- were not disposed of at that time,

14:35:22  16  correct?

14:35:23  17      **MR. AZAR:**  Object to the form.

14:35:23  18      **THE WITNESS:**  Were not replaced at that

14:35:24  19  time?

14:35:24  20      **BY MR. KEACH:**

14:35:25  21      **Q.**   Yes, excuse me, were not replaced at

14:35:27  22  that time.

14:35:27  23      **A.**   That's correct.

*Brown - Keach - 10-8-19*

92

| | | |
|---|---|---|
| 14:35:28 | 1 | **Q.**   All right.   The existing TPMS modules |
| 14:35:30 | 2 | were taken and were reinserted into the new tires. |
| 14:35:32 | 3 | **A.**   They wouldn't have been removed.   The |
| 14:35:35 | 4 | TPMS module mounts not to the tire.   It mounts to |
| 14:35:38 | 5 | the wheel itself. |
| 14:35:39 | 6 | So when you change a tire, you don't |
| 14:35:42 | 7 | actually have to remove the TPMS from the wheel. |
| 14:35:46 | 8 | You don't -- you don't have to touch it.   You just |
| 14:35:49 | 9 | leave it alone type of deal. |
| 14:35:51 | 10 | **Q.**   All right. |
| 14:35:52 | 11 | **A.**   It's not something you have to remove |
| 14:35:54 | 12 | to replace the tire. |
| 14:35:55 | 13 | **Q.**   All right.   I appreciate you clarifying |
| 14:35:57 | 14 | that for me.   You're right.   I'm old-school.   The |
| 14:35:59 | 15 | tires with the little -- little rubber valves, you |
| 14:35:59 | 16 | just pop them off. |
| 14:35:59 | 17 | **A.**   Correct. |
| 14:36:01 | 18 | **Q.**   The -- it's fair to say by reviewing |
| 14:36:05 | 19 | this invoice that the TPMS modules in |
| 14:36:09 | 20 | Mr. Hromowyk's car remained intact after these four |
| 14:36:13 | 21 | tires were replaced, correct? |
| 14:36:15 | 22 | **MR. AZAR:**   Object to the form. |
| 14:36:15 | 23 | **THE WITNESS:**   Yes. |

*Brown - Keach - 10-8-19*

93

14:36:17   1          BY MR. KEACH:

14:36:28   2          Q.   Okay.  I'm going to have you take a

14:37:17   3   look just briefly at Exhibit TT.

14:37:17   4   **The following was marked for Identification:**

           5    **HROMOWYK EXH. TT      invoice number 59308 dated**

           6                            **08/04/2015**

14:37:21   7          BY MR. KEACH:

14:37:21   8          Q.   And would you, before we start -- you

14:37:23   9   know, I want to be able to get through this fairly

14:37:26  10   quickly, because this is somewhat tedious.  I mean,

14:37:28  11   I need to protect the record, but I don't want to

14:37:31  12   engage in tedium.

14:37:32  13          Can I just see the documents you have in

14:37:33  14   front of you so I can take a look at them?

14:37:36  15          A.   Sure.  You don't want these, right?

14:37:39  16   Just these.

14:37:40  17          Q.   No.  What do you have there?

14:37:41  18          A.   This was just the subpoena to appear

14:37:43  19   and the -- whatever that might have been.

14:37:46  20          Q.   Oh, that was the subpoena for you to

14:37:48  21   show up, too.

14:37:49  22          A.   Right, yes, okay.

14:37:51  23          Q.   Okay.  All right.  I'm just going to

14:38:15  1   put up what we've marked as Exhibit -- well, let me

14:38:18  2   step back.

14:38:19  3          Have you reviewed anything else to prepare

14:38:21  4   for your testimony today besides the two subpoenas

14:38:23  5   and these receipts that you've provided me?

14:38:25  6          **A.**   No.

14:38:26  7          **Q.**   All right.  I've got five receipts here

14:38:28  8   that you've presented that have to do with the --

14:38:31  9   either have to do with TPMS modules or repairing

14:38:34 10   tires on Mr. Hromowyk's car.

14:38:35 11          Well, I think they're all involving the

14:38:37 12   TPMS.

14:38:37 13          **A.**   I brought all the ones regarding the

14:38:40 14   TPMS.

14:38:40 15          **Q.**   Okay.  All right.  I'm just going to

14:39:09 16   ask you, because I'm kind of confused here.

14:39:12 17          You've got -- we've got an invoice from

14:39:15 18   8/4/15 -- and I'll pass these over to you, and

14:39:17 19   we'll mark them in due course.

14:39:17 20          **A.**   Sure, yes.

14:39:20 21          **Q.**   Got an invoice from 8/4/15, 2/20 --

14:39:27 22   2/17/2017, 5/24/2018, and then another one for work

14:39:34 23   completed on 4/11/2019.

14:39:37   1        All of these relate to, it appears,

14:39:39   2   replacing TPMS modules on Mr. Hromowyk's car.  Am I

14:39:46   3   right about that?

14:39:47   4        **A.**   One of them is just a repair kit, I

14:39:49   5   believe is what they call -- if you look in the

14:39:52   6   description, is there one of them that's just a --

14:39:54   7        **Q.**   One of them's different than the

14:39:55   8   others.

14:39:55   9        **MR. KEACH:**   And, Tom, I don't mean to

14:39:57  10   exclude you from this.  I'll pass these over to

14:39:59  11   you.

14:40:00  12        **MR. AZAR:**   I've seen them.

14:40:00  13        **BY MR. KEACH:**

14:40:01  14        **Q.**   Okay.  The one at the top is different

14:40:02  15   than the other three.

14:40:04  16        **A.**   No, the one at the top is only

14:40:08  17   different because --

14:40:09  18        **Q.**   The one at the bottom.

14:40:12  19        **A.**   Oh, no.

14:40:13  20        **Q.**   The one you don't have in your hand.

14:40:15  21   That one.

14:40:15  22        **A.**   Yes, the only difference in this one

14:40:22  23   is -- my guess is they got the -- sometimes we get

14:40:26  1  the sensors from whoever has them.  We're not

14:40:33  2  primarily just a NAPA repair shop.  We use other

14:40:36  3  parts stores, so -- but -- what is this, 5/24/18?

14:40:41  4       The difference on that one is just we

14:40:43  5  included the labor and the installation of the part

14:40:45  6  rather than charge him the separate 18.95.  That's

14:40:49  7  what that looks like to me.

14:40:51  8       **Q.**   All right.  I'm at a loss.

14:40:52  9       Do those four receipts all reflect

14:40:54 10  replacement of TPMS modules, or is one different?

14:40:59 11       **A.**   One, two, three -- those all reflect

14:41:02 12  replacement of a TPMS module.

14:41:04 13       **Q.**   Okay.  And what is the date of the

14:41:09 14  first repair of the TPMS module?

14:41:12 15       **A.**   The first one was -- looks to be

14:41:21 16  8/4/2015.

14:41:22 17       **Q.**   All right.  So that's what we have in

14:41:24 18  front of us as Exhibit TT, is the invoice from

14:41:29 19  8/4/2015; is that correct?

14:41:36 20       **A.**   Yes, sorry.

14:41:38 21       **Q.**   Okay.  All right.  We're going to keep

14:41:43 22  walking through these.

14:41:44 23       Now, I have another -- a work completed

*Brown - Keach - 10-8-19*

97

14:41:48  1  7/27/2015.  Can you tell me what is reflected on

14:41:54  2  this particular invoice?

14:41:56  3       **A.**   It looks like at that point he

14:42:01  4  purchased two tires, had an oil change, and that --

14:42:07  5  what's called a tire pressure monitoring service

14:42:11  6  pack is a -- is basically just the new cap and the

14:42:15  7  new valve, you know, on the valve stem.

14:42:17  8       So that's why that's $5.36, so --

14:42:23  9       **Q.**   Okay.  And then it's reflected what,

14:42:25  10  roughly a week later you replaced the TPMS module?

14:42:29  11  That would be the invoice from 8/4/2015?

14:42:32  12       **A.**   8/4 --

14:42:40  13       **Q.**   It's on your screen.

14:42:41  14       **A.**   My screen went blank again.

14:42:43  15       **Q.**   Oh, your screen went blank again.  My

14:42:46  16  apologies.  I thought it was on your screen.

14:42:49  17       There you go.  It's back on your screen,

14:42:51  18  sir.

14:42:51  19       **A.**   Yes, 8/4/2015.

14:42:53  20       **Q.**   All right.  So do you know why

14:42:54  21  Mr. Hromowyk had to bring his car back a week later

14:42:57  22  to replace the TPMS module?

14:42:59  23       **A.**   Not personally.  My assumption is going

14:43:01   1  to be that it was -- it was probably leaking.

14:43:03   2          Q.   That's based on your training and

14:43:05   3  experience.  You think more likely than not, that's

14:43:08   4  what happened.

14:43:09   5          A.   Yes.

14:43:09   6          Q.   So you replaced the tires; you put the

14:43:12   7  new cap on.

14:43:13   8          A.   New valve and new cap, right.

14:43:17   9          Q.   All right.  And then even after

14:43:18  10  replacing that, it continued to leak.

14:43:20  11          A.   That would be my best guess on that,

14:43:22  12  yes.

14:43:22  13          Q.   All right.  Can you -- what do you mean

14:43:24  14  by a valve?  I don't understand that.  Just explain

14:43:28  15  that to someone who, you know, doesn't have much

14:43:32  16  mechanical aptitude.

14:43:34  17          A.   Okay.  The -- the way a tire pressure

14:43:38  18  monitor goes through a rim, you know, it's an

14:43:42  19  aluminum stud with a rubber O-ring on the stud

14:43:46  20  where it presses up against the wheel.

14:43:48  21          The stud travels through the wheel.  There's

14:43:51  22  another rubber O-ring on top which is actually like

14:43:54  23  the seal to hold the tires in, and then there's a

14:43:56   1   nut that tightens it all together.

14:43:58   2          So that -- and then the valve -- it's like

14:44:02   3   when you put air in a tire, that little nipple you

14:44:06   4   push in the middle --

14:44:07   5          **Q.**   That's the valve.

14:44:08   6          **A.**   -- that's the valve.

14:44:09   7          **Q.**   Got you.

14:44:09   8          **A.**   So usually when you buy that service

14:44:11   9   kit, it comes with a new cap, it comes with a new

14:44:13  10   little valve, and then it usually comes with a

14:44:16  11   new -- the screw that holds it all together or

14:44:18  12   whatever.  So that's what those are.

14:44:20  13          **Q.**   Okay.  In an effort to speed this up to

14:46:12  14   get my colleague back to St. Louis, can you give me

14:46:14  15   all those invoices?  Because we're just going to

14:46:16  16   copy them all and mark them right now instead of me

14:46:19  17   trying to do it with the electronics.

14:46:29  18          (A recess was then taken.)

14:46:29  19   **The following was marked for Identification:**

          20    **HROMOWYK EXH. UU      five invoices**

14:50:23  21          **BY MR. KEACH:**

14:50:37  22          **Q.**   Okay.  Now, I'm just going to just walk

14:50:40  23   through this quickly, okay?

*Brown - Keach - 10-8-19*

100

14:50:42  1        These are all the receipts that you gave to

14:50:44  2   Mr. Azar when he sent you the subpoena asking for

14:50:46  3   documentation, correct?

14:50:47  4        **A.**   Correct.

14:50:48  5        **Q.**   All right.  And these reflect the times

14:50:50  6   that you replaced Mr. Hromowyk's -- or had some

14:50:55  7   involvement with Mr. Hromowyk's TPMS module --

14:50:57  8        **A.**   Yes.

14:50:58  9        **Q.**   -- fair to say?  All right.

14:50:59  10       So you replaced all four of Mr. Hromowyk's

14:51:05  11  TPMS modules, correct?

14:51:06  12       **A.**   Yes.

14:51:07  13       **Q.**   All right.  It looks like you printed

14:51:09  14  these things up today.  Is that accurate?

14:51:11  15       **A.**   What's that?

14:51:12  16       **Q.**   It looks like you printed these things

14:51:13  17  up today.

14:51:13  18       **A.**   That's correct.

14:51:14  19       **Q.**   All right.  So how did you that?  Would

14:51:17  20  you search for Tom Hromowyk on your system?

14:51:19  21       **A.**   Yes, the way our computer system's

14:51:21  22  built, I can -- you know, his name's obviously in

14:51:23  23  there as a customer, and I can look at any history

*Brown - Keach - 10-8-19*

14:51:26  1  from any customer.

14:51:28  2      **Q.**   Okay.  And so you picked out these

14:51:30  3  documents and brought them with you today.

14:51:32  4      **A.**   Yes.

14:51:32  5      **Q.**   All right.  And so I'm just going to go

14:51:34  6  through the -- the timeline.

14:51:38  7      We have Mr. Hromowyk coming in for a

14:51:43  8  repair -- for some -- or new tires on July 27th,

14:51:48  9  2015, correct?

14:51:52  10      **A.**   That's correct.

14:51:52  11      **Q.**   And then he had -- he replaced his TPMS

14:51:56  12  module roughly a week later on August 4th, 2015,

14:52:00  13  and that was the first TPMS module that you

14:52:03  14  replaced for Mr. Hromowyk, correct?

14:52:10  15      **A.**   What date did you say?

14:52:11  16      **Q.**   August 4th, 2015.

14:52:15  17      **A.**   Oh, there we go.  Yes, that is correct.

14:52:17  18      **Q.**   Okay.  And you have no personal

14:52:21  19  knowledge about the -- about the condition of

14:52:24  20  Mr. Hromowyk's TPMS module when it was removed on

14:52:27  21  that date, correct?

14:52:28  22      **A.**   That's correct.

14:52:29  23      **Q.**   All right.  And do you know -- is

14:52:31  1  Howard Guthrie still employed by your company?

14:52:34  2          **A.**    No, he is not.

14:52:35  3          **Q.**    All right.  And was he -- he goes by

14:52:37  4  the name Howie, I believe; is that accurate?

14:52:41  5          **A.**    No, Howard.  Howard.

14:52:43  6          **Q.**    He goes by Howard?

14:52:45  7          **A.**    Lot of people call him How, but Howie's

14:52:48  8  not one of them names that -- yes.

14:52:49  9          **Q.**    Okay, How.  That's what I'm thinking

14:52:52 10  of.  Okay.

14:52:52 11          **A.**    Yes.

14:52:53 12          **Q.**    So where does how work now?

14:52:55 13          **A.**    Fox Tire.

14:52:56 14          **Q.**    And do you know -- without giving me an

14:53:00 15  address, do you know where Mr. Guthrie lives?

14:53:03 16          **A.**    Cheektowaga.  That's all I know.

14:53:05 17          **Q.**    Okay.  Beautiful city of Cheektowaga.

14:53:08 18          **A.**    Cheektavegas.

14:53:10 19          **Q.**    Okay.  Do you -- when's the last time

14:53:14 20  you spoke to Mr. Guthrie?

14:53:17 21          **A.**    Two weeks ago, probably.

14:53:18 22          **Q.**    And to talk about what?

14:53:20 23          **A.**    I saw him -- we -- we both -- myself

14:53:24  1 and his son, we both drive a race car at local

14:53:29  2 short tracks on Fridays, so he's there with his son

14:53:33  3 all the time, so yes.

14:53:34  4        **Q.**   Did you talk about this lawsuit with

14:53:35  5 him?

14:53:36  6        **A.**   No.

14:53:36  7        **Q.**   You were talking about short track

14:53:38  8 racing.

14:53:39  9        **A.**   Yes.

14:53:42  10        **MR. KEACH:**   Just off the record for a

14:53:43  11 second.

14:53:47  12        (A recess was then taken.)

14:54:05  13        **BY MR. KEACH:**

14:54:06  14        **Q.**   Okay.  So did you ever talk to Howie

14:54:08  15 about -- or How, excuse me -- Mr. Guthrie about

14:54:12  16 this case at all?

14:54:13  17        **A.**   No.

14:54:13  18        **Q.**   All right.  How about Mr. Hromowyk's

14:54:16  19 TPMS module?

14:54:17  20        **A.**   No.

14:54:18  21        **Q.**   All right.  And so the next time that

14:54:23  22 Mr. Hromowyk came to your dealership to have his

14:54:26  23 TPMS module replaced would have been on

14:54:27  1  February 17th, 2017, correct?

14:54:30  2        **A.**    Correct.

14:54:31  3        **Q.**    Okay.  And so again that work was done

14:54:36  4  by Howard Guthrie?

14:54:37  5        **A.**    I believe it's -- yes.

14:54:40  6        **Q.**    All right.  And the next time would

14:54:43  7  have been May 24th, 2018?

14:54:47  8        **A.**    That's correct.

14:54:48  9        **Q.**    Okay.  And that -- there was also a

14:54:51 10  TPMS replacement on that date, correct?

14:54:53 11        **A.**    Yes.

14:54:53 12        **Q.**    And then lastly would have been

14:54:55 13  February 11th, 2019, correct?

14:54:57 14        **A.**    April 11th, 2019?

14:55:00 15        **Q.**    My apologies.  April 11th, 2019.

14:55:04 16        **A.**    Yes.

14:55:05 17        **Q.**    All right.  At no point in time did you

14:55:07 18  ever observe Mr. Hromowyk -- the modules that were

14:55:09 19  removed from Mr. Hromowyk's car, correct?

14:55:11 20        **A.**    That's correct.

14:55:12 21        **Q.**    You never talked to any of your

14:55:13 22  subordinates about what -- you know, what happened

14:55:18 23  with that -- with that part, correct?

| | |
|---|---|
| 14:55:21 | 1 |  **A.**   Correct. |
| 14:55:21 | 2 |  **MR. AZAR:**   Object to the form. |
| 14:55:21 | 3 |  **BY MR. KEACH:** |
| 14:55:22 | 4 |  **Q.**   I mean, that's not something you would |
| 14:55:24 | 5 | do as the guy who owns the garage, right?  Talk to |
| 14:55:24 | 6 | your mechanics about every single repair that they |
| 14:55:27 | 7 | make? |
| 14:55:27 | 8 |  **A.**   That's correct. |
| 14:55:28 | 9 |  **Q.**   You would expect them to know what |
| 14:55:29 | 10 | they're doing when they're repairing a car. |
| 14:55:31 | 11 |  **A.**   Right.  There's certain things I watch |
| 14:55:33 | 12 | them on and certain things I won't.  Tire pressure |
| 14:55:35 | 13 | monitor's not really one of them. |
| 14:55:37 | 14 |  **Q.**   What would be an example of what you |
| 14:55:42 | 15 | would watch them on? |
| 14:55:43 | 16 |  **A.**   Internal engine repair, deep computer |
| 14:55:47 | 17 | diagnostics, air bag systems, antilock brakes, |
| 14:55:50 | 18 | things like that.  That's kind of my -- my area. |
| 14:55:53 | 19 |  **Q.**   Okay.  I'm going to ask if you could |
| 14:55:56 | 20 | just pass that Exhibit over to me, and I'm going to |
| 14:56:00 | 21 | organize these in order of the invoices for you. |
| 14:56:03 | 22 |  Looks like you beat me to the punch. |
| 14:56:06 | 23 |  **A.**   I did. |

*Brown - Keach - 10-8-19*

106

14:56:07  1          Q.    You did.  All right.  You're the man.

14:56:08  2     Thank you.

14:56:38  3          All right.  Is this policy -- do you have

14:56:49  4     any written policies at your garage in terms of how

14:56:52  5     to fill out these service invoices?

14:56:55  6          A.    Not in writing.

14:56:56  7          Q.    It's more like common sense, "Hey,

14:56:58  8     here's what you should do"?

14:57:00  9          A.    Yes.

14:57:00  10         Q.    How does one go about removing a TPMS

14:57:06  11    module?

14:57:08  12         A.    It has a -- you have to remove the tire

14:57:11  13    from the wheel, and then the aluminum style, they

14:57:17  14    actually have a nut that you would unscrew to pull

14:57:19  15    the TPMS unit out.

14:57:21  16         Q.    Okay.  So it's not -- is it

14:57:25  17    particularly difficult to remove the TPMS module?

14:57:29  18         A.    No.

14:57:29  19         Q.    All right.  Just go through the process

14:57:30  20    for me again, because you told me before the TPMS

14:57:32  21    module's up against the rim of the --

14:57:34  22         A.    It's mounted to the wheel, right.

14:57:37  23         Q.    It's mounted to the -- to the -- to the

*Brown - Keach - 10-8-19*

14:57:39  1  wheel.  Okay.

14:57:40  2       A.   You would obviously remove the tire

14:57:41  3  from the vehicle -- remove the air from the tire,

14:57:44  4  remove the tire from the wheel, remove the TPMS

14:57:47  5  monitor from the wheel.

14:57:49  6       Install a new TPMS monitor, put the tire

14:57:53  7  back on, fill it back up with air, and put it back

14:57:56  8  on the car.

14:57:56  9       Q.   All right.  So tell me exactly.  You've

14:57:57 10  got the tire off.  The air's out of the tire, and

14:57:57 11  the tire's off the car.

14:57:58 12       So you're sitting there -- you've got a --

14:58:00 13  you've got a car up on a jack, right?

14:58:01 14       A.   Yes.

14:58:02 15       Q.   What do you guys -- you guys have a

14:58:03 16  lift?

14:58:04 17       A.   Yes.

14:58:04 18       Q.   Is that what it's called, a lift?

14:58:06 19       A.   Yes.

14:58:06 20       Q.   So you've got it up on the lift, so

14:58:08 21  it's up where you can see under the car, right?

14:58:10 22       A.   Yes.

14:58:10 23       Q.   Okay.  And so you've got the tire off

14:58:13  1  and you've got the wheel sitting there.

14:58:16  2          How does one go about removing the TPMS

14:58:19  3  module at that point?

14:58:21  4          **A.**    It has one nut that screws onto the

14:58:24  5  valve stem that holds it to the wheel.

14:58:26  6          **Q.**    Okay.  And is that in front of the

14:58:28  7  wheel or behind the wheel?

14:58:29  8          **A.**    It's --

14:58:30  9          **Q.**    When I say in front of the wheel -- let

14:58:32  10  me do a better job.

14:58:33  11          Is it on the road side of the wheel or on

14:58:35  12  the interior of the wheel?

14:58:37  13          **A.**    It would be on the road side of the

14:58:39  14  wheel.

14:58:40  15          **Q.**    Okay.  And so how difficult -- so it's

14:58:42  16  a nut.  What do you need, a wrench or --

14:58:44  17          **A.**    A socket.  It's just one socket, you

14:58:46  18  know, one -- one nut.

14:58:48  19          **Q.**    Okay.  And then where are the grooves

14:58:50  20  for the nut?

14:58:51  21          **A.**    The threads?

14:58:52  22          **Q.**    My apologies.  The threads.

14:58:54  23          **A.**    The threads -- the threads are built

14:58:56  1  into the shaft of the aluminum stem itself.

14:58:59  2      **Q.**   Okay.  And would those -- and where

14:59:02  3  would those grooves originate from?  Would they

14:59:05  4  originate -- do you understand what I mean?

14:59:06  5      Like you're dealing with a part, and it has

14:59:09  6  grooves, and -- you know, you shove this thing

14:59:10  7  through.  There will be grooves there, and you put

14:59:13  8  the nut on, right?

14:59:13  9      **A.**   Right.

14:59:14  10     **Q.**   Okay.  So would those -- those grooves

14:59:15  11 would originate from inside the wheel and then go

14:59:20  12 out; fair to say?

14:59:21  13     **A.**   They're not always threaded, grooved,

14:59:28  14 the whole entire length of the stem, so the part of

14:59:31  15 the stem that actually protrudes through the wheel

14:59:33  16 may not have threads on it, and -- that part might

14:59:37  17 be just smooth, and then the -- the threaded part

14:59:40  18 would protrude out of the wheel.

14:59:42  19     **Q.**   Okay.  Got you.

14:59:44  20     **A.**   Yes.

14:59:45  21     **Q.**   So where the -- where the -- where the

14:59:46  22 wheel should meet the nut, that's where the grooves

14:59:49  23 would be.

14:59:50   1          A.    Yes.

14:59:50   2          Q.    The grooves will not go up and down the

14:59:52   3   entire length of the stem, correct?

14:59:54   4          A.    Not usually, correct.  Yes.

14:59:56   5          Q.    What about on Mr. Hromowyk's vehicle?

14:59:57   6          A.    I believe that his is -- is like that

15:00:02   7   where the -- where the grooves would not travel

15:00:04   8   down the entire length of the shaft, but I'm -- I'm

15:00:07   9   not a hundred percent on that.

15:00:08   10         But that's how the majority of all of them

15:00:11   11   are.

15:00:12   12         Q.    All right.  So this is -- removing this

15:00:14   13   is as sample as getting a socket, hooking it up to

15:00:18   14   that nut, ratcheting the socket, removing the nut,

15:00:22   15   and then taking the TPMS module out of the interior

15:00:26   16   of the wheel.

15:00:26   17         A.    Correct.

15:00:27   18         Q.    Okay.  So it doesn't sound like, you

15:00:30   19   know -- sounds like it's something that would take

15:00:32   20   an experienced mechanic, after the tire's off and

15:00:34   21   the air's out of the tire, about a minute to do.

15:00:37   22         A.    It's a pretty quick process, yes.

15:00:39   23         Q.    All right.

*Brown - Keach - 10-8-19*

111

15:00:39　1　　　　　**A.**　It takes longer to reprogram them

15:00:41　2　electronically than it does to actually install

15:00:44　3　them in the vehicle.

15:00:45　4　　　　　**Q.**　All right.  And is there any way -- we

15:00:47　5　talked before about your affidavit with, you know,

15:00:50　6　special care to remove these things.

15:00:53　7　　　　　Is there any way to exercise special care to

15:00:56　8　get a TPMS module off a car?

15:00:58　9　　　　　**A.**　Not particularly.  It's removing the

15:01:02　10　nut, you know.

15:01:05　11　　　　　Occasionally the nut might be so rotted and

15:01:07　12　corroded that we may have to use the hammer, like I

15:01:10　13　told you.  You might have to smash it out of there,

15:01:13　14　but it's pretty rare.

15:01:14　15　　　　　But there's no -- there's no real special --

15:01:17　16　nothing really special you have to do, no.

15:01:39　17　　　　　**MR. KEACH:**　Just reviewing my notes.  Off

15:01:41　18　the record for a moment.

15:01:43　19　　　　　(Discussion off the record.)

15:01:54　20　　　　　**BY MR. KEACH:**

15:02:36　21　　　　　**Q.**　All right.  Now, this is self-evident,

15:02:39　22　but I just want to be thorough:

15:02:40　23　　　　　You don't know -- you have no idea what the

*Brown - Keach - 10-8-19*

112

15:02:42  1    condition was of these various valve stems that you

15:02:45  2    guys replaced; fair to say?

15:02:47  3         A.    That's fair to say.

15:02:48  4         Q.    All right.  I mean, you -- you

15:02:50  5    testified before that, you know, it's your belief

15:02:53  6    that they were corroded, but you don't know for

15:02:56  7    sure.

15:02:56  8         A.    That's correct.

15:02:57  9         Q.    Okay.  And you don't have any

15:02:58  10   knowledge -- do you have any knowledge as you sit

15:03:00  11   here today that your mechanics damaged these valve

15:03:03  12   stems when they took them off the car?

15:03:05  13        A.    No, I do not.

15:03:17  14        Q.    Now, going back to Exhibit UU, three of

15:03:27  15   the four times these valve stems were replaced,

15:03:30  16   they were done by Mr. Guthrie, correct?

15:03:33  17        A.    Correct.

15:03:33  18        Q.    And then one time they were done by

15:03:36  19   Mr. Miceli?  Is that how you say it?

15:03:38  20        A.    They were done by Bob Leman.

15:03:40  21        Q.    Oh, Bob Leman.  My apologies.  Scott

15:03:43  22   Miceli was the service advisor.

15:03:45  23        A.    Yes.

*Brown - Keach - 10-8-19*

113

| | | |
|---|---|---|
| 15:03:45 | 1 | **Q.**   My apologies.  Okay.  And I think you |
| 15:03:47 | 2 | said Bob still works for you. |
| 15:03:48 | 3 | **A.**   Bob works for me, yes. |
| 15:03:50 | 4 | **Q.**   Okay.  Did you talk to Bob at all -- |
| 15:03:53 | 5 | **A.**   No. |
| 15:03:54 | 6 | **Q.**   -- about Mr. Hromowyk's valve stems? |
| 15:03:57 | 7 | **A.**   No. |
| 15:03:57 | 8 | **Q.**   Did you tell anybody you had to come |
| 15:04:01 | 9 | here today besides your wife? |
| 15:04:03 | 10 | **A.**   Well, the guys at work, including Bob. |
| 15:04:13 | 11 | **Q.**   I think you said that they knew you had |
| 15:04:14 | 12 | to be here today. |
| 15:04:15 | 13 | **A.**   Yes. |
| 15:04:15 | 14 | **Q.**   And then they were probably making fun |
| 15:04:18 | 15 | of you. |
| 15:04:19 | 16 | **A.**   I told them how much I was looking |
| 15:04:21 | 17 | forward to this for the -- for the 30 bucks I made |
| 15:04:24 | 18 | on a tire pressure monitor. |
| 15:04:29 | 19 | **Q.**   Anybody else? |
| 15:04:29 | 20 | **A.**   No. |
| 15:04:56 | 21 | **Q.**   Did you tell your significant other you |
| 15:04:58 | 22 | were coming here today? |
| 15:04:58 | 23 | **A.**   Yes, I did. |

*Brown - Keach - 10-8-19*

114

| | | |
|---|---|---|
| 15:04:59 | 1 | Q. All right. So anybody beyond your |
| 15:05:01 | 2 | significant other or the guys that you work with? |
| 15:05:04 | 3 | A. No. |
| 15:05:04 | 4 | Q. When is the last time that you had |
| 15:05:06 | 5 | communication with Mr. Azar? |
| 15:05:11 | 6 | A. I think it was -- might have been -- I |
| 15:05:13 | 7 | think it was August. Was that -- I'm not positive. |
| 15:05:16 | 8 | Last time he emailed. I believe it was August. |
| 15:05:20 | 9 | Q. Would that be in conjunction with you |
| 15:05:22 | 10 | returning the affidavit to him -- |
| 15:05:23 | 11 | A. Yes. |
| 15:05:23 | 12 | Q. -- that he asked for? |
| 15:05:24 | 13 | A. Yes. |
| 15:05:25 | 14 | Q. No communication since then? |
| 15:05:26 | 15 | A. Not that I recall. |
| 15:05:28 | 16 | Q. All right. And you didn't talk to |
| 15:05:29 | 17 | Mr. Azar about the substance of your testimony at |
| 15:05:31 | 18 | any point in time today, correct? |
| 15:05:34 | 19 | A. Correct. |
| 15:05:34 | 20 | Q. All right. |
| 15:05:43 | 21 | MR. KEACH: I'm going to take just a minute, |
| 15:05:45 | 22 | call a colleague of mine in Washington, and then |
| 15:05:48 | 23 | we're all done. We'll have you out of here. |

*Brown - Azar - 10-8-19*

115

| | | |
|---|---|---|
| 15:05:51 | 1 | **MR. AZAR:**  I've got about ten minutes of |
| 15:05:52 | 2 | questions to ask.  Whatever you want to do. |
| 15:05:56 | 3 | **MR. KEACH:**  Why don't you just ask him. |
| 15:05:57 | 4 | (Discussion off the record.) |
| 15:06:04 | 5 | |
| 15:06:04 | 6 | **EXAMINATION BY MR. AZAR:** |
| 15:06:04 | 7 | |
| 15:06:06 | 8 | **Q.**   Mr. Brown, my name is Tom Azar.  I |
| 15:06:09 | 9 | represent FCA US. |
| 15:06:13 | 10 | Just following up on before, in terms of |
| 15:06:19 | 11 | removing a TPMS unit from a vehicle, you and |
| 15:06:26 | 12 | Mr. Keach were just discussing about how, on some |
| 15:06:29 | 13 | occasions, a technician would be essentially forced |
| 15:06:32 | 14 | to use a hammer to -- to smash the nut off. |
| 15:06:36 | 15 | Is there more than one nut on a TPMS unit? |
| 15:06:39 | 16 | **A.**   No. |
| 15:06:39 | 17 | **Q.**   Okay.  Are you aware of whether |
| 15:06:45 | 18 | Mr. Hromowyk's claims are about a damaged nut or a |
| 15:06:50 | 19 | corroded nut? |
| 15:06:51 | 20 | **A.**   I am not sure. |
| 15:06:53 | 21 | **Q.**   Okay.  And you can't say -- well, |
| 15:06:58 | 22 | strike that. |
| 15:07:00 | 23 | Is it fair to say you don't have any |

15:07:03  1  information in Brownie's records or talking to

15:07:06  2  people at Brownie's as to whether some nut on

15:07:12  3  Mr. Hromowyk's vehicle's TPMS unit was smashed off

15:07:15  4  with a hammer?

15:07:16  5      A.   That's fair to say.

15:07:17  6      Q.   Okay.  And we just don't know that,

15:07:21  7  because there's no record of it, no information

15:07:24  8  about it, right?

15:07:25  9      A.   Right.

15:07:31  10      Q.   If someone is smashing a nut with a

15:07:34  11  hammer on a TPMS unit, that could damage the rest

15:07:40  12  of the TPMS unit, right?

15:07:41  13      A.   Yes.

15:07:42  14      Q.   And if a technician is -- is pulling a

15:07:46  15  TPMS unit out to replace it, absent some contrary

15:07:50  16  instruction, they're just going to assume they

15:07:52  17  can -- they can smash that thing to oblivion and no

15:07:55  18  one's going to care, right?

15:07:58  19      A.   That --

15:07:59  20      Q.   The TPMS unit itself.  Not, obviously,

15:08:02  21  other parts of the vehicle.

15:08:03  22      A.   Right.  Well, unless they were having

15:08:05  23  trouble getting it out the proper way, there would

15:08:08   1   be no reason for them to smash it.

15:08:10   2          Like I say, if the nut was corroded or it

15:08:13   3   was stripped out and they couldn't get it off, then

15:08:15   4   they might smash it out, but typically, just to

15:08:18   5   replace it, they wouldn't smash it.

15:08:20   6          **Q.**   And a TPMS unit or -- well, a nut on

15:08:23   7   any vehicle that's been in place for six, seven,

15:08:28   8   eight, nine, ten years, those nuts can sometimes be

15:08:31   9   very difficult to remove, in your experience?

15:08:33  10          **A.**   Yes.

15:08:41  11          **Q.**   And so it would be more likely that, in

15:08:45  12   a situation where you're talking about a nut that's

15:08:46  13   been installed on a vehicle component for six,

15:08:51  14   seven, eight, nine, ten years, that you'd have to

15:08:54  15   use a fair amount of force or a hammer or -- or

15:08:57  16   something that would alter the condition of the

15:08:59  17   component in removing it, right?

15:09:01  18          **MR. KEACH:**   Objection to form.

15:09:03  19          **THE WITNESS:**   It's possible, but not all

15:09:05  20   nuts, I mean, you know.

15:09:09  21          **BY MR. AZAR:**

15:09:09  22          **Q.**   Oh, not all nuts, but it's possible.

15:09:11  23          **A.**   Yes.

*Brown - Azar - 10-8-19*

15:09:12  1          **Q.**   It would not surprise you that that

15:09:14  2   would be required on a vehicle component that is,

15:09:17  3   you know, six, seven, eight, nine, ten years old?

15:09:19  4          **A.**   Yes, in this part of the country, that

15:09:22  5   wouldn't surprise me, no.

15:09:23  6          **Q.**   Okay.  I'm going to show you a copy of

15:09:54  7   your declaration.  I understand it was previously

15:09:56  8   marked as Exhibit RR.

15:10:15  9          Now, Mr. Brown, I know you went through this

15:10:19  10  declaration before.  This is a declaration that

15:10:25  11  someone representing FCA US typed up based on

15:10:29  12  information you'd given to FCA US, right?

15:10:31  13         **A.**   Yes.

15:10:31  14         **Q.**   Okay.  And in the first paragraph at

15:10:36  15  the bottom, you state:

15:10:37  16         I make this declaration based on personal

15:10:39  17  knowledge of facts set forth herein, including my

15:10:42  18  review of the records of Brownie's that are kept in

15:10:44  19  the ordinary course of its business and information

15:10:47  20  provided to me by persons upon whom I regularly

15:10:50  21  rely in the ordinary course of my business.

15:10:52  22         Do you see that?

15:10:53  23         **A.**   Yes.

*Brown - Azar - 10-8-19*

15:10:54  1      **Q.**   Okay.  And in putting the information

15:10:57  2  together for your declaration, that's all you could

15:10:59  3  do, right?  You could rely on what you personally

15:11:02  4  knew, what Brownie's records show, and what someone

15:11:07  5  at Brownie's might recall from events that occurred

15:11:09  6  years and years ago.

15:11:11  7      **A.**   Yes.

15:11:11  8      **Q.**   Okay.  In paragraph 2, you talk about

15:11:16  9  how it's Brownie's normal practice that if a

15:11:20 10  customer asks for a part that is removed to be

15:11:23 11  returned to them, that's typically reflected in the

15:11:26 12  invoice and in Brownie's records, right?

15:11:29 13      **A.**   Yes, that's how we're supposed to do

15:11:31 14  things.

15:11:32 15      **Q.**   Okay.  And is that policy communicated

15:11:35 16  to all the employees at Brownie's?

15:11:39 17      **A.**   Well, there is only one person who

15:11:41 18  would put that note on a -- on an invoice.  It

15:11:44 19  would be the service manager himself.

15:11:46 20      **Q.**   Okay.

15:11:46 21      **A.**   And then when the -- when the

15:11:48 22  technician gets it, he'll see where it says save

15:11:50 23  old part.

*Brown - Azar - 10-8-19*

15:11:51   1       **Q.**    And that's because the -- the

15:11:54   2   service -- is it the service -- you called it the

15:11:55   3   service manager?

15:11:57   4       **A.**    Service writer, service manager, yes.

15:11:59   5       **Q.**    Okay.   So how things work at Brownie's

15:12:02   6   is that a customer interacts with a service manager

15:12:05   7   or a service writer.

15:12:06   8       **A.**    Yes.

15:12:07   9       **Q.**    And that person types up instructions,

15:12:10   10   and those instructions are provided in written form

15:12:13   11   to a technician who's actually going to do the work

15:12:17   12   on the vehicle, right?

15:12:18   13       **A.**    Yes.

15:12:18   14       **Q.**    Typically it's not someone at the front

15:12:23   15   desk of the repair shop just goes back and orally

15:12:26   16   tells someone what to do.   They write it down, and

15:12:29   17   for good reason, right?

15:12:30   18       **A.**    That's what they're supposed to do for

15:12:32   19   good reason, so they don't look like a bunch of

15:12:36   20   amateurs.

15:12:37   21       **Q.**    Right.   Because otherwise, mistakes are

15:12:38   22   going to be made.

15:12:39   23       **A.**    Yes.

15:12:39  1          Q.    Okay.  Are Brownie's invoices and

15:12:42  2    records generally accurate as they can possibly be?

15:12:46  3          A.    Yes.

15:12:46  4          Q.    Okay.  Do you have any reason to think

15:12:51  5    that when you looked through the invoices -- for

15:12:56  6    example, Exhibit UU -- that the service managers

15:13:04  7    didn't follow Brownie's policy in terms of writing

15:13:06  8    down -- if a part's going to be saved, that needs

15:13:12  9    to be written on the invoice itself?

15:13:14 10          A.    If -- if Mr. Hromowyk is in possession

15:13:16 11    of his old tire pressure monitors, then I would say

15:13:20 12    yes, somebody didn't do it the way they were

15:13:23 13    supposed to.

15:13:24 14          Q.    Right.  And that's -- that's another

15:13:26 15    point I'd like to clarify with you.

15:13:27 16          You don't know anything about, other than

15:13:31 17    Mr. Keach's representations, that Mr. Hromowyk has

15:13:33 18    any part removed from his vehicle other than the

15:13:36 19    part removed in 2019, right?

15:13:38 20          A.    Correct.

15:13:39 21          Q.    Okay.  And so when you were asked

15:13:43 22    earlier about, "Well, maybe this part of my

15:13:47 23    declaration would be incorrect if Mr. Hromowyk

15:13:50   1  actually has the component that was removed from

15:13:53   2  his vehicle," that's an assumption that you can't

15:13:57   3  make, right?

15:13:57   4       You don't have any reason to think that

15:13:59   5  Mr. Hromowyk is in possession of any component

15:14:01   6  removed from his vehicle other than the TPMS

15:14:05   7  component that was removed in 2019, right?

15:14:08   8       **A.**   That's the only one that I can

15:14:11   9  personally confirm, just because I see it in

15:14:13  10  writing.

15:14:13  11       **Q.**   Right.  And in terms of looking at

15:14:17  12  Brownie's records, talking to people at Brownie's,

15:14:22  13  that's the only information Brownie's has of any

15:14:25  14  component being returned to Mr. Hromowyk; is that

15:14:28  15  fair?

15:14:29  16       **A.**   Yes.

15:14:29  17       **Q.**   Okay.  And you don't have any

15:14:37  18  independent way to confirm whether whatever

15:14:41  19  Mr. Hromowyk says he has is genuine, do you?

15:14:44  20       **A.**   No, I do not.

15:14:53  21       **Q.**   In your declaration in paragraph 3, you

15:14:59  22  state:

15:15:00  23       Mr. Hromowyk did not inform Brownie's of any

15:15:02  1  planned or pending lawsuit related to this
15:15:04  2  component.
15:15:04  3       Do you see that?
15:15:06  4       **A.**   Yes.
15:15:06  5       **Q.**   Okay.  Now, that fact is not -- strike
15:15:14  6  that.
15:15:15  7       Brownie's has no records and you and your
15:15:20  8  employees have no information indicating that
15:15:22  9  Mr. Hromowyk ever told anyone at Brownie's that he
15:15:26 10  was planning any lawsuit or had filed any lawsuit,
15:15:29 11  right?
15:15:30 12       **A.**   That's correct.
15:15:30 13       **Q.**   Okay.  And in fact, are you aware that
15:15:34 14  Mr. Hromowyk himself testified that he had not told
15:15:39 15  anyone at Brownie's about any planned or pending
15:15:42 16  lawsuit?
15:15:42 17       **A.**   No, I'm not.
15:15:43 18       **Q.**   Okay.  Are you aware that Mr. Hromowyk
15:15:52 19  himself testified that he did not ask anyone at
15:15:56 20  Brownie's to take any special precautions to avoid
15:15:59 21  altering components removed from his vehicle?
15:16:02 22       **A.**   No, I'm not.
15:16:05 23       **Q.**   And Brownie's records and Brownie's

*Brown - Azar - 10-8-19*

15:16:12  1  personnel, as far as they know and as far as they

15:16:15  2  reflect, no request to avoid altering or damaging

15:16:20  3  any component removed from Mr. Hromowyk's vehicle

15:16:22  4  was ever made, yes?

15:16:24  5          **A.**   That's correct.

15:16:39  6          **Q.**   And everything available to Brownie's

15:16:42  7  and to you and the people who work at Brownie's

15:16:46  8  indicates that, with regard to the 2017 TPMS

15:16:56  9  removal and the 2018 TPMS removal, that nothing

15:17:01 10  was, in fact, saved and that whatever was removed,

15:17:05 11  the TPMS unit, that was thrown in the trash.

15:17:09 12          **A.**   I have no physical records that those

15:17:11 13  were saved, correct.

15:17:13 14          **Q.**   And you have no other records or other

15:17:14 15  information indicating they were saved, right?

15:17:17 16          **A.**   Right.

15:17:25 17          **Q.**   Other than Mr. Keach's representation

15:17:27 18  to you that Mr. Hromowyk thinks he has something

15:17:32 19  that was returned to him, are you aware of any

15:17:34 20  evidence anywhere that suggests those components

15:17:38 21  were not thrown in the trash?

15:17:40 22          **A.**   No.

15:17:41 23          **Q.**   Do you have any information or any

*Brown - Azar - 10-8-19*

15:17:49  1  reason to believe those components removed in 2017

15:17:52  2  and 2018 -- that those TPMS components were thrown

15:17:56  3  in the trash?

15:17:59  4      **A.**   What was that again?  What's that

15:18:01  5  again?

15:18:01  6      **Q.**   Let me try it again.

15:18:03  7      Do you have any reason whatsoever to think

15:18:06  8  that the TPMS components removed from

15:18:09  9  Mr. Hromowyk's vehicle in 2017 and 2018 were not

15:18:14 10  thrown in the trash?

15:18:17 11      **A.**   No, I do not.

15:18:19 12      **Q.**   As far as you know and as far as

15:18:20 13  Brownie's records and personnel know, they were

15:18:24 14  thrown in the trash, right?

15:18:26 15      **A.**   Right.

15:18:52 16     **MR. AZAR:**   Mr. Keach, the February 12th,

15:18:54 17  2013 invoice, that's Exhibit SS, correct?

15:18:57 18     **MR. KEACH:**   One moment, please.

15:19:04 19  February 12th, 2013, is SS, yes.

15:19:08 20     **BY MR. AZAR:**

15:19:18 21      **Q.**   Mr. Brown, is it fair to say that you

15:19:21 22  have no personal memory of working on this repair

15:19:26 23  in February 2013?

*Brown - Azar - 10-8-19*

126

15:19:28  1          A.    Yes.

15:19:29  2          Q.    Okay.  Do you have any reason to think

15:19:32  3    that you personally had any involvement with this

15:19:34  4    repair?

15:19:35  5          A.    No.

15:19:35  6          Q.    And it's fair to say that you can't

15:19:44  7    swear to whatever did or didn't happen here because

15:19:49  8    you weren't involved.  All you know is what's

15:19:52  9    reflected in black and white on the invoice itself,

15:19:55 10    right?

15:19:55 11          A.    That's correct.

15:20:19 12          Q.    What would Brownie's charge to replace

15:20:20 13    just the nut on a TPMS unit?  Is that something

15:20:23 14    that would be included in that repair kit that we

15:20:27 15    looked at earlier?

15:20:29 16          A.    That's exactly what that is, yes.

15:20:30 17          Q.    Okay.  So the nut on the TPMS unit, if

15:20:41 18    I'm looking at Exhibit UU, costs about $5?

15:20:51 19          A.    Yes.

15:20:54 20          Q.    Okay.  So when we were looking at the

15:21:29 21    2013 repair, it's possible that someone at

15:21:37 22    Brownie's may have replaced nuts on TPMS units at

15:21:42 23    that time if they showed some problem or corrosion

*Brown - Azar - 10-8-19*

127

15:21:45  1  or just if they cracked?

15:21:47  2         A.    It would be noted on the -- on the

15:21:50  3  invoice in 2013 if that were the case.

15:21:59  4         Q.    That invoice does note a new valve

15:22:02  5  stem, right?

15:22:03  6         A.    Correct.

15:22:04  7         Q.    For each tire?

15:22:06  8         A.    Yes.

15:22:06  9         Q.    And you mentioned earlier that

15:22:19 10  sometimes costs from the labor side or the repair

15:22:26 11  side will be sort of mixed together in the invoice?

15:22:29 12         I believe you testified to something to that

15:22:31 13  effect.  We looked at one of the invoices where no

15:22:33 14  labor was listed, but it had just been folded into

15:22:36 15  the cost of the parts?

15:22:38 16         A.    Typically we'll say, behind the cost of

15:22:42 17  the part, the word installed.

15:22:47 18         Q.    But not always?

15:22:48 19         A.    No, always.  It's either going to have

15:22:53 20  a labor charge or it will say the word installed

15:22:55 21  after.

15:23:29 22         Q.    Is anyone at Brownie's trained in

15:23:35 23  preservation of evidence or forensics?

*Brown - Keach - 10-8-19*

128

15:23:40  1        **A.**    No.

15:25:19  2        **Q.**    And as you sit here today, aside from

15:25:24  3   Mr. Keach's representation that Mr. Hromowyk still

15:25:27  4   has some components beyond the 2019 component, do

15:25:32  5   you have any reason to think anything in your

15:25:34  6   declaration is false?

15:25:36  7        **A.**    No.

15:25:37  8        **Q.**    Okay.

15:25:39  9        **MR. AZAR:**   I have no further questions.

15:25:44 10

15:25:44 11        **FURTHER EXAMINATION BY MR. KEACH:**

15:25:44 12

15:25:45 13        **Q.**    Okay.  If you have a nut on a TPMS

15:25:51 14   module that's corroded, there are a number of

15:25:53 15   things that a mechanic would do before he'd pull

15:25:57 16   out the hammer.  Am I right about that?

15:25:59 17        **A.**    He would attempt to remove it first

15:26:01 18   before he would smash it, yes.

15:26:04 19        **Q.**    Now, this is -- like represents the

15:26:05 20   limited mechanical knowledge that I know, but one

15:26:08 21   tool that mechanics use to try to get corroded nuts

15:26:11 22   to move is WD-40 or some sort of lubricant, right?

15:26:15 23        **A.**    Yes, for sure.

*Brown - Keach - 10-8-19*

15:26:17  1          Q.    They'd spray WD-40 on there and give it

15:26:17  2   a minute and then try to get it out; fair to say?

15:26:19  3          A.    Yes.  Yes.

15:26:20  4          Q.    Sometimes they heat it up a little bit

15:26:24  5   and that helps?

15:26:24  6          A.    Well, on a rusty nut, yes.  We wouldn't

15:26:27  7   do that on a -- a tire pressure monitor we wouldn't

15:26:31  8   heat up, because when you've got a torch out, the

15:26:32  9   risk of damaging the wheel is too great if you're

15:26:35  10  going to have a torch that close to the -- yes.

15:26:37  11         Q.    Got you.  So anything else you would to

15:26:41  12  get a corroded nut off the TPMS module besides use

15:26:48  13  WD-40?

15:26:49  14         A.    That's pretty much it, yes.

15:26:50  15         Q.    Okay.  And so I'm going to ask you to

15:26:55  16  take a look at what we previously marked in this

15:26:58  17  case as Exhibit PP.

15:27:02  18         And this is a photo that Mr. Hromowyk took

15:27:12  19  of his nut of his -- one of his TPMS modules before

15:27:17  20  it was replaced.

15:27:18  21         A.    Okay.

15:27:18  22         Q.    Now, I know there's a limit to what you

15:27:20  23  can determine by taking a look at a photo, but does

*Brown - Keach - 10-8-19*

130

15:27:24  1  that look like a nut you can still get off, you

15:27:27  2  know, even with the crack there?

15:27:28  3      **A.**   Most likely.

15:27:31  4      **Q.**   All right.  Now, you know, if Mr. --

15:27:44  5  let's assume -- you know, I asked you this before,

15:27:45  6  but I want to be more specific.

15:27:46  7      Mr. Hromowyk came in and says, "Hey, take

15:27:49  8  special care to remove this TPMS module for me."

15:27:53  9      It ain't going to matter to the mechanic on

15:27:55 10  the floor.  He's going to get it off using a

15:27:59 11  socket, WD-40, and, if he needs to, hammering the

15:28:03 12  thing, right?

15:28:04 13      **A.**   Yes, if it's -- like if it's stuck, he

15:28:06 14  might give it a few extra minutes trying to get it

15:28:09 15  out before smashing it out because the customer

15:28:11 16  asked us, but if it's -- if it's stuck and it won't

15:28:14 17  come apart, eventually he's going to just whack it.

15:28:14 18      **Q.**   All right.

15:28:17 19      **A.**   So --

15:28:18 20      **Q.**   Okay.  Well, if somebody whacks on a

15:28:22 21  TPMS module, that's pretty much going to break it,

15:28:23 22  right?

15:28:24 23      **A.**   It will --

*Brown - Keach - 10-8-19*

131

15:28:24  1         Q.   That's the point of hammering.

15:28:26  2         A.   Yes, the whack would be to drive it

15:28:28  3  through the hole, and it would -- it would damage

15:28:30  4  the -- the outer part of the stem.

15:28:32  5         Q.   Okay.  And so someone that's a trained

15:28:35  6  mechanical engineer or metallurgist could look at

15:28:38  7  that and figure out that that happened, right?

15:28:41  8         A.   Yes.

15:28:41  9         Q.   Okay.  You could probably take a look

15:28:43 10  at it and see if that happened; fair to say?

15:28:46 11         A.   Yes.

15:28:46 12         Q.   All right.  It would be evident by

15:28:48 13  looking at the actual -- at the actual TPMS module,

15:28:51 14  correct?

15:28:52 15         A.   Most likely.  If it was stuck in there

15:28:55 16  hard enough and you had to give it a hard enough

15:28:57 17  whack, there would be a dent or a flat part on the

15:29:00 18  top or something along those lines.

15:29:02 19         Q.   That would reflect that somebody had to

15:29:03 20  take a hammer to it.

15:29:03 21         A.   Yes.

15:29:04 22         Q.   So other than that, other than taking a

15:29:05 23  hammer to it, there's no difference -- you know, if

*Brown - Keach - 10-8-19*

15:29:08  1   I came in, again, and said, "This TPMS module is

15:29:11  2   made out of solid gold and you guys have to be

15:29:13  3   extra special careful in getting it out of there,"

15:29:15  4   it ain't going to -- "You're not going to hammer

15:29:18  5   it," it ain't going to make any difference.  You're

15:29:20  6   going to use a socket wrench on the nut to get the

15:29:23  7   thing out of the wheel, right?

15:29:24  8        **A.**   Yes.

15:29:24  9        **Q.**   All right.  Now, same for a lawsuit.

15:29:26 10   If I came in and said, "Hey, I'm involved in a

15:29:30 11   lawsuit against FCA US, and so I need you guys, you

15:29:33 12   know, to take care of this module for me because

15:29:36 13   I'm in a lawsuit against FCA US," it isn't going to

15:29:39 14   change how you get the TPMS module off the car, is

15:29:41 15   it?

15:29:42 16        **A.**   No, because if -- if it's got to come

15:29:44 17   out and that's the only way to get it out, that's

15:29:46 18   what you're going to do.

15:29:48 19        **Q.**   Yes, all right.  I mean, if you -- and

15:29:48 20   the way you get it out is use the socket wrench --

15:29:51 21   first you use the socket wrench.  If it doesn't

15:29:55 22   work, then you use the socket wrench with WD-40,

15:29:55 23   right?

*Brown - Keach - 10-8-19*

133

15:29:56  1          A.    Right.

15:29:56  2          Q.    And then, you know -- then you hammer

15:29:58  3    on it to get it out.

15:30:00  4          A.    Correct.

15:30:00  5          Q.    Did -- did Mr. -- when you spoke to

15:30:05  6    Mr. Azar before filling out your declaration, did

15:30:08  7    he identify who he worked for?

15:30:10  8          A.    I believe he did.  I'm not a hundred

15:30:14  9    percent positive, but I -- I believe he did.

15:30:16 10          Q.    Okay.  Well, do you know -- I mean, did

15:30:19 11    you know at the time you filled this out who

15:30:22 12    Mr. Azar worked for?

15:30:23 13          MR. AZAR:   Object to the form.  Asked and

15:30:24 14    answered.

15:30:26 15          THE WITNESS:   Yes, I believe -- I believe I

15:30:28 16    do, yes.

15:30:28 17          BY MR. KEACH:

15:30:29 18          Q.    Well, I don't mean today.  Today it's

15:30:32 19    self-evident.

15:30:32 20          A.    Right.

15:30:33 21          Q.    I mean, I'm the lawyer for Tom Hromowyk

15:30:36 22    and Bob Tomassini and a proposed class of other

15:30:39 23    people that bought these cars, and Mr. Azar works

*Brown - Keach - 10-8-19*

134

15:30:42  1   for, you know, FCA US.

15:30:43  2          **A.**    Right.

15:30:44  3          **Q.**    But prior to you filling out the

15:30:45  4   declaration, did you know that Mr. Azar worked for

15:30:49  5   FCA US?

15:30:49  6          **MR. AZAR:**  Object to the form.  Asked and

15:30:51  7   answered.

15:30:51  8          **THE WITNESS:**  You know, I'm sure it was in

15:30:58  9   his -- I'm assuming, I should say, it was in his

15:31:02 10   emails and whatnot.  I guess I never really thought

15:31:05 11   to myself, "I better make sure which firm he's

15:31:08 12   working for."  I was just out to basically answer

15:31:10 13   the questions to the best of my knowledge, you

15:31:13 14   know.

15:31:13 15          **BY MR. KEACH:**

15:31:13 16          **Q.**    Okay.  And also avoid having to come

15:31:15 17   here today.

15:31:16 18          **A.**    Yes.

15:31:16 19          **MR. AZAR:**  Object to the form.

15:31:16 20          **BY MR. KEACH:**

15:31:26 21          **Q.**    Now, in your affirmation, it says that

15:31:28 22   you relied on other people -- or your declaration

15:31:31 23   says you relied on other people that worked for

*Brown - Keach - 10-8-19*

135

15:31:33   1  Brownie's to assist you in providing the

15:31:35   2  declaration.

15:31:35   3         Who were those other people?

15:31:40   4         **A.**    It says that in my declaration?

15:31:43   5         **Q.**    Yes, I'll show it to you just quickly

15:31:45   6  here.  It says -- Mr. -- Mr. Azar reviewed it with

15:31:49   7  you during your testimony, so I put it back up,

15:31:52   8  Exhibit RR.

15:31:54   9      And it says:  And information provided to me

15:31:57 10  by persons upon whom I regularly rely in the

15:32:00 11  ordinary course of my business.

15:32:22 12         **A.**    Yes, I guess I don't know that that's a

15:32:24 13  hundred percent accurate, because I didn't

15:32:26 14  actually -- I got my information from what's in my

15:32:29 15  computer, what's on my records, but I did not

15:32:32 16  personally speak to, say, Howard Guthrie, who would

15:32:35 17  have installed them.

15:33:31 18         **Q.**    Okay.  I'm going to show you what we're

15:33:34 19  going to mark as Exhibit VV, so give me just a

15:33:38 20  moment.

15:33:38 21  **The following was marked for Identification:**

      22   **HROMOWYK EXH. VV**    **letter dated August 2, 2019,**

      23                      **one page**

*Brown - Keach - 10-8-19*

15:33:42  1          BY MR. KEACH:

15:33:43  2          Q.   And before I show you this, you don't

15:33:44  3  have any knowledge about what Mr. Hromowyk said

15:33:46  4  during his deposition, do you?

15:33:47  5          A.   No, I do not.

15:34:10  6          Q.   Okay.  This is a letter that was

15:34:12  7  forwarded by my colleague, Gary Graifman, to Steve

15:34:16  8  D'Aunoy, who is the lead -- or the main defense

15:34:19  9  attorney in this case.  It was also circulated to

15:34:22 10  Mr. Azar.

15:34:22 11          I'm just going to read it into the record

15:34:24 12  briefly.  It's dated August 2nd, 2019.

15:34:27 13          "I understand that at the deposition of

15:34:31 14  Mr. Hromowyk, you requested inspection of the

15:34:33 15  failed Chrysler TPMS units that were on

15:34:36 16  Mr. Hromowyk's vehicle which, after failure, were

15:34:39 17  retained by him.  Those are currently in the

15:34:42 18  possession of our expert, Eric Sullivan.

15:34:44 19          "We would propose that you designate an

15:34:47 20  expert to inspect those at Mr. Sullivan's offices

15:34:50 21  in Santa Clara, California.  Please let us know if

15:34:53 22  this is acceptable and, if so, the estimated date

15:34:57 23  at which your expert wishes to inspect the failed

15:35:00  1 Chrysler TPMS units and the name of such expert.

15:35:06  2        "Truly yours, Gary Graifman."

15:35:08  3        So I just want to confirm:

15:35:09  4        This letter was sent to Mr. Azar and his

15:35:13  5 colleagues like roughly a little under three weeks

15:35:16  6 before he secured the affidavit from you, correct?

15:35:18  7        **A.**   Correct.

15:35:19  8        **Q.**   And he did not bring this to your

15:35:21  9 attention, correct?

15:35:21 10        **A.**   Correct.

15:35:22 11        **Q.**   And you had no knowledge of the

15:35:24 12 information that's in this letter, correct?

15:35:26 13        **A.**   Correct.

15:35:28 14        **Q.**   And you also have no knowledge that the

15:35:32 15 Plaintiffs' counsel invited Mr. Azar to have an

15:35:35 16 expert come and look at his -- look at these TPMS

15:35:39 17 units, correct?

15:35:40 18        **A.**   Correct.

15:35:40 19        **Q.**   And you had no knowledge about whether

15:35:41 20 or not Mr. Azar or any of his colleagues actually

15:35:43 21 took that step of hiring an expert to come and look

15:35:45 22 at these units, correct?

15:35:47 23        **A.**   Correct.

*Brown - Keach - 10-8-19*

138

15:35:48  1        Q.    And just to circle back, if

15:35:57  2   Mr. Hromowyk retained two of these units -- and

15:35:59  3   that would be the -- we have four repairs.  There

15:36:01  4   was the first repair.  He did not retain the -- the

15:36:05  5   unit from the repair in 2015, okay, but then we

15:36:09  6   have the repairs in February of 2017 and May of

15:36:15  7   2018.

15:36:16  8        So just to confirm:  If Mr. Hromowyk has his

15:36:20  9   TPMS modules from those two repairs in 2017 and

15:36:24 10   2018, the facts that you represented in your

15:36:28 11   affidavit about those units being disposed of or

15:36:33 12   Mr. Hromowyk not asking for them are not accurate,

15:36:36 13   correct?

15:36:36 14        A.    If Mr. Hromowyk is in possession of the

15:36:39 15   TPMSs off his car, then yes, that is not accurate.

15:36:43 16        Q.    Okay.

15:36:46 17        MR. KEACH:   I need just a moment to make a

15:36:48 18   quick phone call.

15:40:13 19        (A recess was then taken.)

15:40:14 20        BY MR. KEACH:

15:40:17 21        Q.    Do you know Tom Hromowyk outside of

15:40:18 22   your shop?

15:40:19 23        A.    No, I do not.

*Brown - Keach - 10-8-19*

15:40:21  1        **Q.**   All right.  Now, you -- you have

15:40:23  2    different types of customers at your -- at your

15:40:27  3    mechanic shop.

15:40:28  4        There are people that take meticulous care

15:40:31  5    of their cars, correct?

15:40:32  6        **A.**   Yes.

15:40:32  7        **Q.**   And then there are people like me who

15:40:34  8    like drive their car through the mud like every few

15:40:37  9    days and just beat the crap out of it, right?

15:40:39  10       **A.**   Yes.

15:40:40  11       **Q.**   Okay.  But there are people that, you

15:40:41  12   know, they bring their cars into the shop, and

15:40:42  13   they're just immaculate, right?

15:40:45  14       **A.**   Yes.

15:40:45  15       **Q.**   Okay.  Did you see anybody with, quote,

15:40:47  16   unquote, immaculate -- you know, someone that you

15:40:49  17   knew took great care of their car that had problems

15:40:52  18   like this with their valve stems?

15:40:55  19       **A.**   Yes, I have.

15:40:56  20       **Q.**   Okay.  Can you just describe the person

15:40:58  21   and how well they take care of their car?

15:41:00  22       **A.**   Say again?

15:41:01  23       **MR. AZAR:**  Object to the form.

*Brown - Keach - 10-8-19*

15:41:01  1          BY MR. KEACH:

15:41:02  2          Q.   Can you describe the person?  You know,

15:41:04  3   is it a man?  Is it a woman?  What do they do?

15:41:07  4          Not -- don't give me their names.

15:41:09  5          A.   Yes, no, we have a husband and wife

15:41:10  6   that come in that I can think of that are pretty

15:41:15  7   meticulous about their car, and they're having

15:41:16  8   problems with a valve stem or two.

15:41:18  9          Q.   And do they have the Grand Caravan

15:41:21 10   vehicle or the Town & Country?

15:41:22 11          A.   One of them, yes.

15:41:23 12          Q.   Okay.  Do you know -- do you get shop

15:41:27 13   bulletins or any sort of notification from

15:41:29 14   manufacturers directly to your shop about problems

15:41:32 15   they may have with their cars?

15:41:34 16          A.   Such as a technical service bulletin?

15:41:38 17   Is that what you're trying -- when you say shop

15:41:40 18   bulletin, or --

15:41:42 19          Q.   Yes, like, you know, technical.  Like,

15:41:43 20   "Hey, you know, we've got this problem with our

15:41:46 21   car.  You know, keep an eye out for it."

15:41:49 22          A.   Not really.  Recalls, things like that,

15:41:52 23   come up automatically when we open an order for a

*Brown - Keach - 10-8-19*

15:41:55  1   car, but we don't get a -- what you're describing.

15:41:58  2        Q.    Okay.   So you get recall notices but

15:42:03  3   not like technical service bulletins.

15:42:05  4        A.    Well, technical service bulletins

15:42:08  5   are -- are available to us if we're looking for a

15:42:11  6   particular problem, but they're not fed to us

15:42:14  7   like -- I don't know how to describe that.

15:42:16  8        When a car comes in with a problem, say you

15:42:19  9   come in and your air-conditioning don't work, you

15:42:23 10   know, we go to diagnose the problem.   A thing

15:42:25 11   called a technical service bulletin may come up and

15:42:29 12   say, "We have had issues with such-and-such a part

15:42:31 13   on this air-conditioning system on such-and-such a

15:42:34 14   vehicle, and here's how you should proceed."

15:42:36 15        Q.    Got you.   All right.   You never heard

15:42:38 16   from Chrysler about any issues with these valve

15:42:41 17   stems, correct?

15:42:42 18        A.    Not that I can recall.

15:42:44 19        Q.    And you never -- did you ever make any

15:42:46 20   effort to reach out to Chrysler or a dealership

15:42:48 21   about any -- what the problem was with these valve

15:42:51 22   stems?

15:42:51 23        A.    No.

*Brown - Keach - 10-8-19*

142

15:42:52  1      Q.   All right.

15:42:52  2      MR. KEACH:  That's all I have.  Tom, do you

15:42:56  3  have anything in follow-up?

15:42:57  4      MR. AZAR:  No.

15:42:57  5      MR. KEACH:  So that concludes your

15:42:58  6  examination.

15:42:59  7      Under the Federal Rules of Civil Procedure,

15:43:01  8  you have the right to read and sign the transcript,

15:43:03  9  and basically what that means is you read it over

15:43:05 10  for accuracy.

15:43:06 11      It's my preference that you read and sign

15:43:08 12  your transcript.  Will you do that?

15:43:11 13      THE WITNESS:  You want me to read the whole

15:43:12 14  thing?

15:43:12 15      MR. AZAR:  You also have the option to waive

15:43:15 16  signature and trust the court reporter got it

15:43:16 17  right.

15:43:16 18      MR. KEACH:  He's right.  You also have the

15:43:17 19  option not to do that.  You have to read it, and if

15:43:18 20  there's something wrong with it, you send it back.

15:43:21 21      MR. AZAR:  Like right now you're saying?

15:43:25 22      MR. KEACH:  No, no, no, I mail it -- no, no,

15:43:27 23  I'm sorry.  No, it gets mailed to you.

143

15:43:29  1      I mail it to your shop.  You read it over.
15:43:31  2  If there's something that's inaccurate in there,
15:43:33  3  you have a little correction sheet on the back, and
15:43:35  4  you just send that back to me.
15:43:37  5      **THE WITNESS:**  Okay.  I'll do that.
15:43:38  6      **MR. KEACH:**  All right.  Let the record
15:43:39  7  reflect the witness will read and sign, and that
15:43:43  8  concludes this examination.
15:43:53  9      (Deposition concluded at 3:43 p.m.)
15:44:04  10
15:44:04  11                    *      *      *
15:44:06  12
          13
          14
          15
          16
          17
          18
          19
          20
          21
          22
          23

144

```
 1        I hereby CERTIFY that I have read the
 2   foregoing 143 pages, and that they are a true and
 3   accurate transcript of the testimony given by me in
 4   the above entitled action on October 8, 2019.
 5
 6
 7                         -------------------------
                           JARROD BROWN
 8
 9   Sworn to before me this
10
11   -------- day of  ---------, 2019.
12
13   -------------------------
14   NOTARY PUBLIC.
15
16
17
18
19
20
21
22
23
```

145

1  STATE OF NEW YORK )

2                      ss:

3  COUNTY OF ERIE     )

4

5        I DO HEREBY CERTIFY as a Notary Public in and

6  for the State of New York, that I did attend and

7  report the foregoing deposition, which was taken

8  down by me in a verbatim manner by means of machine

9  shorthand.  Further, that the deposition was then

10 reduced to writing in my presence and under my

11 direction.  That the deposition was taken to be

12 used in the foregoing entitled action.  That the

13 said deponent, before examination, was duly sworn

14 to testify to the truth, the whole truth and

15 nothing but the truth, relative to said action.

16

17

18                         _Lori K. Beck_
                           ----------------------
19                         LORI K. BECK,
                           CSR, RDR, CRR,
20                         Notary Public.

21

22

23

*JACK W. HUNT & ASSOCIATES, INC.*

*1120 Liberty Building*

*Buffalo, New York  14202  -  (716) 853-5600*

1                    **INDEX TO EXHIBITS**

2   **Exhibit**              **Description**                    **Page**

3    HROMOWYK        invoice number 72822 dated        23
     EXH. QQ         04/11/2019
4
     HROMOWYK        Exhibit D, Declaration of         41
5    EXH. RR         Jarrod Brown

6    HROMOWYK        invoice number 50508 dated        87
     EXH. SS         02/12/2013
7
     HROMOWYK        invoice number 59308 dated        93
8    EXH. TT         08/04/2015

9    HROMOWYK        five invoices                     99
     EXH. UU
10
     HROMOWYK        letter dated August 2,           135
11   EXH. VV         2019, one page

12

13

14  *Original exhibits attached to original transcript.
    Copies of exhibits attached to all other
15  transcripts.

16

17

18

19

20

21

22

23

147

**INDEX TO WITNESSES**

| Witness | Examination | Page |
|---|---|---|
| JARROD BROWN | BY MR. KEACH: | 2 |
| | BY MR. AZAR: | 115 |
| | BY MR. KEACH: | 128 |

1                 **DOCUMENT PRODUCTION REQUESTS**

2    PAGE 44

3           **(BY MR. KEACH:)**

4           **Q.**   All right.  I mean, I'm assuming you

5    could look through your emails and use the search

6    term Azar and find all Tom's emails.

7           **A.**   Yes, I can find those.

8           **Q.**   Because unless you're talking about a

9    bazaar, you know, there's really no other word

10   choice for Azar.  That's a unique last name.

11          **A.**   No, it would definitely be in there.  I

12   don't delete anything or go around --

13          **Q.**   All right.  I'm going to follow up with

14   a short letter to you.  If you need me to send you

15   a subpoena, I will.  Hopefully you don't need that,

16   and I'm going to ask you send those on to me so

17   that I can look at them, okay?

18          **A.**   Okay.

19

20

21

22

23

1

## $

**$118.62** [1] - 38:8
**$40** [1] - 91:2
**$5.36** [1] - 97:8
**$70** [1] - 38:21
**$71** [1] - 38:21
**$80** [1] - 89:8

## 0

**02/12/2013** [2] - 87:8,
146:6
**04/11/2019** [2] - 23:8,
146:3
**08/04/2015** [2] - 93:6,
146:8

## 1

**1** [2] - 89:7, 90:2
**10** [4] - 31:2, 31:8,
46:20, 46:22
**109** [1] - 2:2
**11** [1] - 42:5
**1120** [1] - 1:17
**115** [1] - 147:4
**11th** [4] - 79:8,
104:13, 104:14,
104:15
**12205-5531** [1] - 2:3
**128** [1] - 147:5
**12th** [3] - 91:13,
125:16, 125:19
**135** [1] - 146:10
**143** [1] - 144:2
**15** [3] - 31:8, 46:20,
46:23
**17** [2] - 67:9, 72:15
**17th** [7] - 56:16,
58:6, 66:10, 66:22,
72:18, 73:10, 104:1
**18.95** [1] - 96:6
**1:07** [1] - 1:19

## 2

**2** [5] - 45:5, 119:8,
135:22, 146:10, 147:3
**2/17/2017** [1] - 94:22
**2/20** [1] - 94:21
**20** [1] - 31:2
**200** [1] - 31:2
**2000** [1] - 27:15
**2007** [1] - 72:16
**2010** [3] - 32:2,
33:18, 56:19
**2013** [8] - 87:15,
90:7, 91:13, 125:17,
125:19, 125:23,

126:21, 127:3
**2014** [1] - 34:12
**2015** [7] - 28:2, 28:4,
31:21, 101:9, 101:12,
101:16, 138:5
**2017** [18] - 27:15,
56:16, 57:12, 58:6,
58:7, 64:13, 66:11,
66:22, 67:9, 67:17,
72:16, 72:19, 104:1,
124:8, 125:1, 125:9,
138:6, 138:9
**2018** [14] - 72:11,
73:2, 73:13, 78:4,
78:13, 78:18, 83:20,
85:12, 104:7, 124:9,
125:2, 125:9, 138:7,
138:10
**2019** [14] - 1:18,
20:11, 79:8, 104:13,
104:14, 104:15,
121:19, 122:7, 128:4,
135:22, 136:12,
144:4, 144:11, 146:11
**21st** [1] - 11:19
**23** [1] - 146:3
**24th** [7] - 72:11,
73:1, 73:13, 78:4,
78:18, 83:20, 104:7
**27th** [1] - 101:8
**2nd** [1] - 136:12

## 3

**3** [4] - 52:23, 56:14,
72:15, 122:21
**3,000** [1] - 46:23
**30** [3] - 46:17, 91:2,
113:17
**314** [1] - 2:8
**3:14-cv-01226-MAD
-ML** [1] - 1:10
**3:43** [1] - 143:9

## 4

**4** [2] - 72:9, 72:22
**4/11** [2] - 20:11,
22:17
**4/11/2019** [3] - 22:5,
23:23, 94:23
**40** [2] - 46:17, 52:6
**41** [1] - 146:4
**434-1718** [1] - 2:4
**44** [1] - 148:2
**4th** [3] - 28:3,
101:12, 101:16

## 5

**5** [2] - 79:7, 126:18
**5/24/18** [1] - 96:3
**5/24/2018** [1] - 94:22
**50508** [2] - 87:7,
146:6
**518** [1] - 2:4
**552-6000** [1] - 2:8
**59308** [2] - 93:5,
146:7

## 6

**60** [1] - 17:22
**63101** [1] - 2:8

## 7

**7/27/2015** [2] - 22:20,
97:1
**72822** [2] - 23:7,
146:3
**75** [1] - 33:2

## 8

**8** [2] - 1:18, 144:4
**8/4** [1] - 97:12
**8/4/15** [2] - 94:18,
94:21
**8/4/2015** [5] - 22:18,
96:16, 96:19, 97:11,
97:19
**87** [1] - 146:6

## 9

**90** [1] - 12:20
**93** [1] - 146:7
**99** [1] - 146:9

## A

**ability** [2] - 6:11,
7:21
**able** [3] - 6:18, 13:6,
93:9
**abnormal** [1] - 27:23
**absent** [1] - 116:15
**absolutely** [3] -
50:17, 52:22, 91:8
**accept** [2] - 58:13,
58:15
**acceptable** [1] -
136:22
**accident** [1] - 32:7
**accord** [3] - 19:18,
19:21, 19:23
**according** [2] -

27:16, 38:6
**accuracy** [1] -
142:10
**accurate** [9] - 85:14,
89:15, 100:14, 102:4,
121:2, 135:13,
138:12, 138:15, 144:3
**accusing** [1] - 53:23
**action** [5] - 2:20,
42:13, 144:4, 145:12,
145:15
**actual** [5] - 22:22,
35:21, 78:17, 131:13
**additional** [1] - 51:17
**address** [3] - 6:21,
48:18, 102:15
**adjourned** [2] - 9:14,
13:5
**admitted** [1] - 2:7
**advisor** [2] - 25:16,
112:22
**affidavit** [27] - 11:9,
11:11, 25:2, 26:5,
40:20, 42:13, 42:16,
42:21, 43:13, 45:5,
47:22, 53:7, 53:18,
54:4, 55:19, 66:11,
68:1, 68:18, 69:1,
69:10, 71:8, 71:14,
76:9, 111:5, 114:10,
137:6, 138:11
**affirm** [4] - 53:21,
57:17, 61:6, 84:18
**affirmation** [4] -
47:5, 64:1, 64:11,
134:21
**affirmed** [7] - 53:22,
54:1, 54:2, 64:5,
64:13, 66:23, 78:23
**after-market** [2] -
35:7, 35:8
**ago** [4] - 9:14, 9:20,
102:21, 119:6
**agree** [4] - 21:4,
32:14, 78:7, 78:16
**ahead** [2] - 9:18,
46:5
**ain't** [5] - 4:19, 5:23,
130:9, 132:4, 132:5
**air** [6] - 99:3, 105:17,
107:3, 107:7, 141:9,
141:13
**air's** [2] - 107:10,
110:21
**air-conditioning** [2] -
141:9, 141:13
**Albany** [4] - 2:3,
2:18, 43:13, 60:5
**allowed** [1] - 12:13
**almost** [1] - 12:20

**alone** [2] - 83:17,
92:9
**alter** [1] - 117:16
**altering** [8] - 62:3,
62:21, 75:4, 81:17,
82:12, 84:7, 123:21,
124:2
**aluminum** [9] - 27:9,
30:15, 32:2, 34:16,
34:23, 36:9, 98:19,
106:13, 109:1
**amateurs** [1] -
120:20
**amount** [4] - 50:9,
50:10, 51:8, 117:15
**analysis** [1] - 37:6
**answer** [7] - 3:12,
3:14, 4:10, 6:22, 46:5,
49:6, 134:12
**answered** [3] - 71:1,
134:14, 134:7
**answering** [1] -
58:19
**antilock** [1] - 105:17
**apart** [3] - 27:1, 27:4,
130:17
**apologies** [6] - 80:3,
97:16, 104:15,
108:22, 112:21, 113:1
**appear** [2] - 34:3,
93:18
**APPEARANCES** [1] -
2:1
**Appearing** [2] - 2:5,
2:9
**apply** [1] - 59:4
**appreciate** [2] -
46:13, 92:13
**approximation** [1] -
30:23
**April** [5] - 79:8,
83:17, 85:12, 104:14,
104:15
**aptitude** [1] - 98:16
**area** [1] - 105:18
**argument** [1] - 14:6
**aside** [1] - 128:2
**assist** [2] - 70:5,
135:1
**ASSOCIATES** [1] -
1:17
**assume** [12] - 6:22,
21:3, 21:10, 46:6,
58:17, 59:9, 59:15,
82:7, 83:9, 84:1,
116:16, 130:5
**assumed** [1] - 68:14
**assumes** [3] - 46:1,
64:19, 67:1
**assuming** [4] -

44:12, 51:16, 134:9, 148:4
**assumption** [5] - 59:7, 59:8, 70:1, 97:23, 122:2
**attached** [2] - 146:14, 146:14
**attempt** [1] - 128:17
**attempted** [1] - 40:4
**attempting** [1] - 41:21
**attend** [1] - 145:6
**attention** [2] - 76:8, 137:9
**attorney** [2] - 48:4, 136:9
**Attorney** [1] - 2:17
**August** [9] - 11:19, 28:3, 101:12, 101:16, 114:7, 114:8, 135:22, 136:12, 146:10
**auto** [1] - 46:19
**automatically** [2] - 89:19, 140:23
**available** [2] - 124:6, 141:5
**Avenue** [1] - 2:3
**avoid** [11] - 3:19, 20:3, 62:3, 62:21, 75:4, 81:17, 82:11, 84:7, 123:20, 124:2, 134:16
**aware** [8] - 27:13, 27:18, 63:2, 71:20, 115:17, 123:13, 123:18, 124:19
**awareness** [1] - 34:13
**AZAR** [105] - 2:6, 18:14, 18:22, 19:4, 20:17, 20:22, 21:9, 22:6, 22:11, 27:21, 28:10, 29:3, 29:13, 29:18, 31:7, 32:20, 33:3, 33:9, 34:21, 36:5, 36:12, 37:1, 37:9, 37:20, 39:3, 39:22, 40:23, 42:2, 42:17, 42:23, 43:15, 43:21, 46:1, 47:9, 47:16, 48:1, 49:18, 53:8, 54:6, 54:17, 54:20, 55:21, 58:15, 58:21, 59:3, 59:6, 60:1, 60:12, 60:19, 62:7, 63:7, 63:14, 64:6, 64:15, 64:19, 65:11, 65:15, 65:23, 66:4, 66:15, 67:1, 68:3, 68:19, 69:16,

70:7, 70:14, 70:23, 74:7, 74:17, 74:23, 75:8, 76:13, 77:1, 77:8, 77:10, 77:19, 79:4, 81:21, 82:3, 82:20, 84:13, 84:20, 85:19, 86:11, 88:4, 88:20, 89:16, 91:17, 92:22, 95:12, 105:2, 115:1, 115:6, 117:21, 125:16, 125:20, 128:9, 133:13, 134:6, 134:19, 139:23, 142:4, 142:15, 142:21, 147:4
**Azar** [43] - 4:6, 4:8, 12:22, 13:15, 25:3, 43:5, 43:11, 43:17, 44:2, 44:14, 44:18, 47:4, 55:17, 55:18, 60:16, 63:22, 66:20, 69:13, 69:18, 70:4, 70:19, 76:8, 76:20, 78:23, 84:18, 86:10, 86:17, 86:20, 100:2, 114:5, 114:17, 115:8, 133:6, 133:12, 133:23, 134:4, 135:6, 136:10, 137:4, 137:15, 137:20, 148:6, 148:10
**Azar's** [1] - 40:20

## B

**background** [1] - 18:17
**bad** [4] - 3:22, 14:6, 27:2, 39:20
**bag** [1] - 105:17
**balance** [1] - 87:19
**bangs** [1] - 36:2
**Bank** [1] - 2:7
**based** [4] - 36:15, 98:2, 118:11, 118:16
**Bataan** [1] - 4:19
**bathroom** [2] - 4:21, 86:6
**bazaar** [2] - 44:17, 148:9
**bears** [1] - 11:10
**beat** [5] - 26:21, 26:22, 50:20, 105:22, 139:9
**beautiful** [1] - 102:17
**BECK** [2] - 1:19, 145:19
**beforehand** [4] - 15:6, 31:19, 49:16, 72:2

**behalf** [2] - 1:7, 26:5
**behind** [2] - 108:7, 127:16
**belief** [1] - 112:5
**benefit** [1] - 37:6
**best** [7] - 31:11, 56:2, 67:15, 78:11, 85:10, 98:11, 134:13
**bet** [1] - 15:18
**better** [10] - 21:23, 38:2, 48:13, 62:15, 62:16, 64:8, 66:6, 80:4, 108:10, 134:11
**between** [5] - 6:10, 26:9, 31:2
**beyond** [2] - 114:1, 128:4
**big** [2] - 8:2, 31:20
**bit** [2] - 86:4, 129:4
**black** [1] - 126:9
**blank** [2] - 97:14, 97:15
**blow** [1] - 80:2
**blowing** [1] - 4:22
**blowtorch** [1] - 51:11
**Bob** [15] - 2:18, 2:21, 24:19, 24:20, 24:21, 24:22, 25:4, 25:6, 112:20, 112:21, 113:2, 113:3, 113:4, 113:23, 121:12
**Bob's** [1] - 25:18
**bobkeach@ keachlawfirm.com** [1] - 2:4
**body** [5] - 18:20, 21:7, 21:8, 22:3, 47:7
**bother** [1] - 76:20
**bottom** [9] - 24:10, 24:15, 24:17, 25:17, 38:10, 41:15, 51:8, 95:18, 118:15
**bought** [2] - 33:23, 133:23
**brake** [1] - 15:10
**brakes** [1] - 105:17
**break** [12] - 4:15, 5:2, 5:5, 5:7, 5:9, 29:21, 62:18, 86:3, 86:7, 86:17, 86:21, 130:21
**briefly** [5] - 40:18, 79:15, 86:7, 93:3, 136:12
**bring** [7] - 14:1, 19:17, 19:20, 80:5, 97:21, 137:8, 139:12
**brings** [6] - 4:13, 8:5, 16:12, 43:4, 60:23, 61:9
**Brody** [2] - 10:17,

10:19
**broken** [3] - 24:7, 26:11, 26:20
**brought** [4] - 19:22, 76:7, 94:13, 101:3
**BROWN** [4] - 1:1, 1:15, 144:7, 147:3
**Brown** [6] - 2:17, 41:11, 115:8, 118:9, 125:21, 146:5
**Brownie's** [56] - 45:11, 56:16, 56:21, 57:18, 60:7, 61:11, 62:2, 62:4, 62:8, 62:13, 62:20, 63:11, 64:14, 66:2, 66:7, 66:12, 72:11, 72:19, 73:2, 73:20, 74:12, 75:3, 75:21, 79:8, 79:20, 80:18, 81:4, 81:16, 116:1, 116:2, 118:18, 119:4, 119:5, 119:9, 119:12, 119:16, 120:5, 121:1, 121:7, 122:12, 122:13, 122:23, 123:7, 123:9, 123:15, 123:20, 123:23, 124:6, 124:7, 125:13, 126:12, 126:22, 127:22, 135:1
**bucks** [3] - 38:3, 52:6, 113:17
**Buffalo** [3] - 1:18, 71:15, 71:22
**Building** [1] - 1:18
**built** [2] - 100:22, 108:23
**bulletin** [1] - 140:16, 140:18, 141:11
**bulletins** [3] - 140:13, 141:3, 141:4
**bunch** [1] - 120:19
**business** [7] - 26:19, 50:14, 52:18, 84:5, 118:19, 118:21, 135:11
**buy** [3] - 90:14, 90:23, 99:8
**BY** [105] - 2:15, 18:15, 18:23, 19:14, 20:18, 20:23, 21:16, 22:16, 23:9, 28:5, 28:12, 29:5, 29:14, 30:1, 31:15, 32:21, 33:4, 33:11, 35:3, 36:8, 36:14, 37:3, 37:10, 37:22, 39:9, 40:1, 41:2, 41:12, 42:3, 42:19, 43:3,

43:16, 43:23, 46:4, 47:11, 47:18, 48:8, 50:2, 53:9, 54:13, 54:21, 56:4, 59:17, 60:2, 60:14, 61:5, 62:14, 63:8, 63:17, 64:7, 64:16, 65:2, 65:12, 65:19, 66:1, 66:5, 66:19, 67:7, 68:5, 69:3, 69:17, 70:9, 70:16, 71:6, 74:9, 74:19, 75:2, 75:10, 76:14, 77:3, 78:2, 79:6, 81:23, 82:5, 82:21, 84:15, 84:23, 85:23, 86:23, 87:9, 88:5, 88:21, 90:3, 91:20, 93:1, 93:7, 95:13, 99:21, 103:13, 105:3, 111:20, 115:6, 117:21, 125:20, 128:11, 133:17, 134:15, 134:20, 136:1, 138:20, 140:1, 147:3, 147:4, 147:5, 148:3

## C

**California** [1] - 136:21
**Calvert** [1] - 11:3
**Cambria** [1] - 2:12
**cannot** [3] - 3:10, 57:20, 74:2
**cap** [5] - 88:16, 97:6, 98:7, 98:8, 99:9
**capable** [1] - 58:19
**car** [42] - 9:12, 14:1, 17:19, 29:8, 31:22, 34:6, 34:8, 39:1, 39:14, 50:16, 53:5, 61:1, 82:23, 85:5, 89:6, 89:18, 90:1, 90:6, 91:7, 91:14, 92:20, 94:10, 95:2, 97:21, 103:1, 104:19, 105:10, 107:8, 107:11, 107:13, 107:21, 111:8, 112:12, 132:14, 138:15, 139:8, 139:17, 139:21, 140:7, 140:21, 141:1, 141:8
**Caravan** [7] - 29:8, 33:20, 56:20, 72:13, 73:3, 79:10, 140:9
**care** [15] - 4:23, 40:14, 55:9, 55:23,

3

70:2, 71:5, 77:23, 111:6, 111:7, 116:18, 130:8, 132:12, 139:4, 139:17, 139:21
**careful** [1] - 132:3
**cares** [1] - 77:13
**cars** [20] - 3:2, 16:16, 27:23, 28:7, 28:8, 28:13, 28:15, 28:17, 30:3, 30:16, 31:14, 32:15, 46:17, 46:20, 46:23, 133:23, 139:5, 139:12, 140:15
**Case** [1] - 1:10
**case** [13] - 7:17, 7:22, 9:5, 10:7, 11:10, 13:5, 42:13, 50:6, 89:12, 103:16, 127:3, 129:17, 136:9
**center** [1] - 40:14
**certain** [6] - 29:10, 51:9, 63:16, 83:12, 105:11, 105:12
**certainly** [1] - 86:12
**CERTIFY** [2] - 144:1, 145:5
**change** [9] - 17:23, 19:3, 33:1, 34:15, 34:19, 35:12, 92:6, 97:4, 132:14
**changed** [5] - 53:6, 53:21, 64:5, 64:22, 89:22
**changing** [1] - 25:10
**charge** [5] - 90:19, 91:9, 96:6, 126:12, 127:20
**check** [1] - 19:16
**Cheektavegas** [1] - 102:18
**Cheektowaga** [2] - 102:16, 102:17
**choice** [2] - 44:18, 148:10
**Chrysler** [19] - 3:1, 3:2, 9:8, 28:15, 29:9, 33:13, 33:18, 34:14, 36:21, 37:5, 37:15, 39:5, 40:6, 57:10, 59:22, 136:15, 137:1, 141:16, 141:20
**Chrysler's** [2] - 18:5, 54:15
**chuck** [1] - 65:8
**cigarette** [1] - 4:22
**circle** [2] - 53:1, 138:1
**circulated** [1] - 136:9
**city** [1] - 102:17
**civil** [3] - 71:10,

84:19
**Civil** [1] - 142:7
**claimed** [1] - 60:3
**claiming** [2] - 41:22, 42:10
**claims** [1] - 115:18
**Clara** [1] - 136:21
**clarify** [1] - 121:15
**clarifying** [1] - 92:13
**class** [3] - 2:20, 42:13, 133:22
**clear** [6] - 15:9, 47:3, 50:8, 53:23, 59:10, 70:2
**cleared** [1] - 55:8
**client** [1] - 59:12
**clients** [1] - 2:21
**close** [1] - 129:10
**co** [2] - 41:22, 76:22
**co-counsel** [2] - 41:22, 76:22
**COBURN** [1] - 2:6
**colleague** [4] - 18:4, 99:14, 114:22, 136:7
**colleagues** [2] - 137:5, 137:20
**colleagues'** [1] - 76:8
**coming** [4] - 27:14, 30:12, 101:7, 113:22
**commencing** [1] - 1:19
**commentary** [2] - 77:13, 77:15
**comments** [1] - 77:22
**common** [2] - 4:18, 106:7
**communicated** [2] - 44:8, 119:15
**communication** [5] - 25:6, 25:12, 44:3, 114:5, 114:14
**company** [4] - 3:2, 28:18, 66:23, 102:1
**compared** [2] - 71:9, 71:14
**complain** [1] - 37:23
**complained** [2] - 38:23, 40:14
**complete** [1] - 25:3
**completed** [3] - 45:14, 94:23, 96:23
**completion** [1] - 85:13
**component** [38] - 45:12, 56:22, 57:19, 60:9, 61:12, 62:3, 62:5, 62:22, 63:12, 64:3, 64:18, 66:3,

66:13, 67:16, 73:22, 74:13, 75:5, 75:22, 78:12, 79:22, 80:19, 81:18, 82:12, 82:16, 84:8, 85:3, 85:5, 85:11, 117:13, 117:17, 118:2, 122:1, 122:5, 122:7, 122:14, 123:2, 124:3, 128:4
**components** [8] - 67:11, 78:6, 123:21, 124:20, 125:1, 125:2, 125:8, 128:4
**composition** [1] - 34:16
**compound** [1] - 62:17
**computer** [3] - 100:21, 105:16, 135:15
**concluded** [1] - 143:9
**concludes** [2] - 142:5, 143:8
**condition** [4] - 34:3, 101:19, 112:1, 117:16
**conditioning** [2] - 141:9, 141:13
**conduct** [1] - 59:2
**confirm** [11] - 4:2, 7:12, 23:19, 57:20, 60:6, 86:8, 86:9, 122:9, 122:18, 137:3, 138:8
**confused** [2] - 68:21, 94:16
**conjunction** [1] - 114:9
**consulting** [1] - 22:7
**consumer** [2] - 42:13
**contact** [3] - 40:4, 40:9, 70:10
**continued** [1] - 98:10
**continuity** [1] - 23:11
**contrary** [1] - 116:15
**control** [1] - 33:8
**conversation** [2] - 3:8, 6:15
**conversations** [2] - 25:4, 26:8
**Copies** [1] - 146:14
**copies** [3] - 8:21, 13:9, 23:16
**copy** [6] - 13:13, 44:10, 48:4, 54:16, 99:16, 118:6
**corner** [1] - 36:2
**corporate** [1] - 3:1
**Corporation** [5] - 3:1, 34:14, 36:21,

37:15, 59:23
**correct** [133] - 4:3, 4:4, 8:13, 12:3, 14:23, 16:7, 16:10, 24:2, 24:7, 26:2, 26:12, 26:13, 35:11, 45:16, 55:4, 55:20, 57:4, 60:10, 60:11, 61:7, 61:8, 61:19, 61:23, 63:1, 63:5, 63:6, 63:20, 63:21, 65:9, 65:10, 66:18, 67:19, 67:20, 68:4, 68:11, 68:15, 69:14, 69:20, 69:22, 69:23, 70:6, 70:8, 73:5, 73:9, 73:18, 74:1, 74:3, 74:6, 74:8, 74:22, 75:1, 75:7, 75:13, 75:18, 76:1, 76:2, 78:7, 78:8, 78:21, 79:11, 79:12, 79:23, 80:1, 80:7, 80:14, 81:6, 82:23, 83:7, 83:22, 85:14, 87:11, 87:21, 88:22, 90:8, 90:9, 90:16, 90:17, 91:16, 91:23, 92:17, 92:21, 96:19, 100:3, 100:4, 100:11, 100:18, 101:9, 101:10, 101:14, 101:17, 101:21, 101:22, 104:1, 104:2, 104:8, 104:10, 104:13, 104:19, 104:20, 104:23, 105:1, 105:8, 110:3, 110:4, 110:17, 112:8, 112:16, 112:17, 114:18, 114:19, 121:20, 123:12, 124:5, 124:13, 125:17, 126:11, 127:6, 131:14, 133:4, 137:6, 137:7, 137:9, 137:10, 137:12, 137:13, 137:17, 137:18, 137:22, 137:23, 138:13, 139:5, 141:17
**correction** [1] - 143:3
**corroded** [8] - 84:2, 111:12, 112:6, 115:19, 117:2, 128:14, 128:21, 129:12
**corrosion** [7] - 27:6, 27:7, 30:7, 30:8, 36:16, 40:3, 126:23

**corrosive** [1] - 30:19
**cost** [8] - 37:6, 37:7, 37:16, 38:8, 52:5, 90:11, 127:15, 127:16
**cost-benefit** [1] - 37:6
**costs** [2] - 126:18, 127:10
**counsel** [22] - 4:3, 6:10, 10:1, 21:6, 41:22, 43:2, 43:18, 47:8, 47:14, 47:22, 48:15, 64:4, 70:5, 71:14, 71:22, 76:4, 76:5, 76:22, 77:5, 77:6, 77:10, 137:15
**country** [3] - 30:20, 118:4, 140:10
**Country** [2] - 33:19, 33:22, 34:1
**Countrys** [1] - 29:9
**COUNTY** [1] - 145:3
**couple** [4] - 39:4, 39:6, 39:17, 49:21
**course** [4] - 94:19, 118:19, 118:21, 135:11
**Court** [3] - 11:9, 18:7, 42:8
**COURT** [1] - 1:4
**court** [10] - 3:10, 3:22, 5:18, 7:9, 7:10, 7:15, 7:16, 64:2, 68:18, 142:16
**courtesy** [1] - 3:19
**crack** [2] - 52:20, 130:2
**cracked** [1] - 127:1
**crap** [1] - 139:9
**creat** [1] - 32:22
**create** [1] - 32:18
**cross** [1] - 42:7
**cross-moving** [1] - 42:7
**CRR** [2] - 1:20, 145:19
**CSR** [2] - 1:19, 145:19
**curb** [1] - 36:1
**curious** [1] - 15:23
**custody** [2] - 47:7, 47:21
**customer** [19] - 19:7, 20:21, 25:7, 25:13, 40:14, 42:11, 45:12, 45:13, 51:3, 52:15, 53:14, 75:17, 90:19, 91:9, 100:23, 101:1, 119:10, 120:6, 130:15
**customer's** [2] -

45:15, 52:2
**customers** [7] -
16:22, 29:16, 37:18,
37:23, 40:13, 50:1,
139:2
**cutoff** [1] - 71:9

## D

**D'Agostino** [1] -
18:12
**D'Aunoy** [1] - 136:8
**D.C** [1] - 11:1
**damage** [3] - 35:20,
116:11, 131:3
**damaged** [2] -
112:11, 115:18
**damaging** [4] -
50:15, 124:2, 129:9
**Dan** [1] - 11:3
**date** [7] - 20:10,
55:3, 96:13, 101:15,
101:21, 104:10,
136:22
**dated** [11] - 23:7,
23:23, 87:7, 87:14,
93:5, 135:22, 136:12,
146:3, 146:6, 146:7,
146:10
**days** [1] - 139:9
**deal** [3] - 52:7, 70:21,
92:9
**dealer** [4] - 34:1,
34:9, 40:5, 40:10
**dealers** [1] - 37:17
**dealership** [9] - 24:2,
30:10, 41:5, 46:16,
46:18, 53:5, 57:7,
103:22, 141:20
**dealing** [1] - 109:5
**deals** [1] - 19:7
**dealt** [1] - 21:13
**Death** [1] - 4:19
**decided** [1] - 37:15
**declaration** [19] -
11:18, 11:22, 12:8,
54:16, 69:10, 71:21,
118:7, 118:10,
118:16, 119:2,
121:23, 122:21,
128:6, 133:6, 134:4,
134:22, 135:2, 135:4
**Declaration** [2] -
41:10, 146:4
**declined** [1] - 18:6
**deep** [1] - 105:16
**defective** [6] - 15:3,
15:21, 20:21, 36:22,
57:10, 65:8
**Defendant** [2] - 1:12,

2:9
**defense** [1] - 136:8
**definitely** [4] - 5:23,
44:19, 68:13, 148:11
**delete** [2] - 44:20,
148:12
**delivered** [1] - 8:4
**demonstrate** [1] -
74:5
**demonstrating** [1] -
42:14
**dent** [1] - 131:17
**deponent** [1] -
145:13
**deposed** [2] - 7:4,
7:8
**deposing** [1] - 86:2
**deposition** [12] - 3:4,
5:22, 23:13, 23:16,
55:7, 58:17, 59:2,
136:4, 136:13, 145:7,
145:9, 145:11
**Deposition** [1] -
143:9
**deposition's** [1] -
72:4
**describe** [3] -
139:20, 140:2, 141:7
**describing** [1] -
141:1
**description** [2] -
45:15, 95:6
**Description** [1] -
146:2
**designate** [1] -
136:19
**desk** [2] - 80:13,
120:15
**destroy** [1] - 42:12
**destroyed** [3] - 18:8,
60:4
**destruction** [1] -
41:23
**detail** [1] - 52:3
**detailed** [1] - 47:23
**detailing** [1] - 42:6
**deteriorate** [1] - 35:1
**deteriorated** [1] -
83:10
**deteriorates** [1] -
27:10
**determine** [1] - 30:3,
129:23
**diagnose** [1] -
141:10
**diagnostics** [1] -
105:17
**dialogue** [1] - 6:10
**difference** [6] -
54:10, 84:17, 95:22,

96:4, 131:23, 132:5
**different** [15] - 12:16,
38:19, 54:3, 69:4,
73:14, 82:7, 82:13,
84:10, 84:21, 95:7,
95:14, 95:17, 96:10,
139:2
**differently** [1] -
89:23
**difficult** [3] - 106:17,
108:15, 117:9
**direction** [1] - 145:11
**directly** [1] - 140:14
**discarded** [2] -
67:17, 78:13
**discovery** [1] - 71:9
**discussing** [1] -
115:12
**discussion** [1] -
43:20
**Discussion** [2] -
111:19, 115:4
**disposal** [1] - 87:20
**dispose** [8] - 62:5,
62:13, 63:11, 64:17,
66:3, 66:7, 66:13,
75:21
**disposed** [2] - 91:15,
138:11
**dissatisfaction** [1] -
39:7
**dissatisfied** [1] -
39:11
**distinction** [1] -
84:17
**DISTRICT** [2] - 1:4,
1:5
**DO** [1] - 145:5
**document** [6] - 5:8,
5:15, 5:17, 41:21,
87:2
**DOCUMENT** [1] -
148:1
**documentation** [1] -
100:3
**documents** [8] -
5:14, 21:22, 22:7,
22:12, 49:15, 69:7,
93:13, 101:3
**Dodge** [9] - 3:2,
28:15, 29:8, 33:17,
40:5, 56:19, 72:13,
73:3, 79:10
**dollars** [1] - 37:16
**done** [12] - 5:4, 5:6,
25:14, 42:4, 42:22,
51:2, 70:1, 104:3,
112:16, 112:18,
112:20, 114:23
**down** [15] - 3:11,

13:12, 17:22, 24:10,
31:3, 32:16, 32:17,
38:10, 38:15, 62:18,
110:2, 110:8, 120:16,
121:8, 145:8
**drive** [3] - 103:1,
131:2, 139:8
**driver** [1] - 32:18
**driving** [4] - 17:22,
27:19, 32:12, 36:1
**due** [1] - 94:19
**duly** [2] - 2:13,
145:13
**during** [5] - 23:15,
59:2, 86:17, 135:7,
136:4
**duty** [1] - 61:3

## E

**effect** [1] - 127:13
**effort** [3] - 42:12,
99:13, 141:10
**egregiously** [1] -
54:20
**eight** [3] - 117:8,
117:14, 118:3
**either** [9] - 61:15,
61:22, 62:6, 63:20,
76:1, 83:15, 86:10,
94:9, 127:19
**electronically** [1] -
111:2
**electronics** [1] -
99:17
**ELMER** [2] - 2:1, 2:2
**email** [5] - 5:18,
12:10, 44:4, 55:5,
56:6
**emailed** [1] - 114:8
**emails** [12] - 12:20,
12:23, 13:2, 44:8,
44:10, 44:13, 44:14,
56:8, 56:11, 134:10,
148:5, 148:6
**emissions** [1] -
87:18
**employed** [2] -
57:14, 102:1
**employees** [3] -
32:10, 119:16, 123:8
**end** [2] - 4:20, 70:2
**ended** [1] - 70:20
**engage** [1] - 93:12
**engine** [1] - 105:16
**engineer** [1] - 131:6
**enlarge** [1] - 24:13,
24:14
**entire** [4] - 88:19,
109:14, 110:3, 110:8

**entitled** [2] - 144:4,
145:12
**equipped** [1] - 89:9
**Eric** [1] - 136:18
**Erie** [1] - 17:23
**ERIE** [1] - 145:3
**ESQ** [2] - 2:2, 2:6
**essentially** [2] -
55:15, 115:13
**established** [3] -
45:19, 58:4, 65:5
**estimated** [1] -
136:22
**estimates** [1] - 51:19
**events** [3] - 7:22,
60:18, 119:5
**eventually** [1] -
130:17
**evidence** [10] -
42:12, 46:2, 60:4,
61:12, 64:20, 67:2,
74:13, 80:19, 124:20,
127:23
**evident** [3] - 111:21,
131:12, 133:19
**exact** [4] - 33:15,
65:16, 76:17, 78:20
**exactly** [5] - 13:15,
25:11, 69:5, 107:9,
126:16
**Examination** [1] -
1:15, 147:2
**EXAMINATION** [3] -
2:15, 115:6, 128:11
**examination** [5] -
22:9, 22:15, 142:6,
143:8, 145:13
**examiner** [1] - 6:6
**example** [2] -
105:14, 121:6
**exclude** [1] - 95:10
**excuse** [6] - 33:13,
34:15, 37:5, 46:18,
91:21, 103:15
**exercise** [1] - 111:7
**EXH** [1] - 23:7,
41:10, 87:7, 93:5,
99:20, 135:22, 146:3,
146:5, 146:6, 146:8,
146:9, 146:11
**Exhibit** [28] - 23:12,
26:4, 38:7, 41:8,
41:10, 41:14, 41:15,
41:19, 41:20, 45:6,
72:9, 79:17, 87:5,
91:12, 93:3, 94:1,
96:18, 105:20,
112:14, 118:8, 121:6,
125:17, 126:18,
129:17, 135:8,

135:19, 146:2, 146:4
**EXHIBITS** [1] - 146:1
**exhibits** [3] - 5:22, 146:14, 146:14
**existing** [1] - 92:1
**expect** [1] - 105:9
**experience** [2] - 98:3, 117:9
**experienced** [1] - 110:20
**expert** [7] - 47:15, 136:18, 136:20, 136:23, 137:1, 137:16, 137:21
**explain** [3] - 54:14, 68:17, 98:14
**Ext** [1] - 2:3
**extra** [2] - 130:14, 132:3
**eye** [1] - 140:21

## F

**fact** [13] - 32:22, 36:21, 58:14, 64:3, 64:11, 66:21, 79:1, 81:8, 85:18, 89:13, 123:5, 123:13, 124:10
**facts** [5] - 46:2, 64:20, 67:2, 118:17, 138:10
**fail** [6] - 31:21, 32:16, 35:17, 35:20, 36:7, 39:1
**failed** [6] - 17:21, 30:15, 32:11, 59:23, 136:15, 136:23
**failing** [4] - 29:17, 30:12, 36:11, 36:16
**failure** [3] - 13:21, 28:20, 136:16
**fair** [31] - 5:10, 7:1, 16:13, 20:15, 21:1, 21:2, 33:5, 34:16, 45:23, 50:12, 52:21, 60:18, 70:13, 79:3, 82:17, 84:12, 91:5, 91:11, 92:18, 100:9, 109:12, 112:2, 112:3, 115:23, 116:5, 117:15, 122:15, 125:21, 126:6, 129:2, 131:10
**fairly** [1] - 93:9
**fall** [2] - 27:1, 27:4
**false** [5] - 66:14, 66:18, 78:18, 78:20, 128:6
**far** [5] - 12:4, 124:1, 125:12

**faulty** [1] - 15:22
**faxed** [2] - 9:1, 11:13
**FCA** [32] - 1:11, 2:23, 8:12, 10:1, 11:6, 26:5, 28:7, 29:2, 30:4, 31:5, 33:14, 34:15, 35:5, 35:6, 37:5, 40:5, 40:10, 40:14, 41:21, 42:16, 42:21, 47:12, 53:10, 76:4, 77:5, 115:9, 118:11, 118:12, 132:11, 132:13, 134:1, 134:5
**February** [17] - 56:16, 58:6, 64:13, 66:10, 66:22, 67:9, 67:17, 72:15, 72:18, 90:6, 91:13, 104:1, 104:13, 125:16, 125:19, 125:23, 138:6
**fed** [1] - 141:6
**federal** [4] - 7:16, 64:1, 68:18, 84:19
**Federal** [1] - 142:7
**fellow** [1] - 64:4
**few** [5] - 35:13, 35:15, 88:23, 130:14, 139:8
**figure** [3] - 83:14, 88:9, 131:7
**filed** [4] - 2:20, 41:21, 42:10, 123:10
**fill** [6] - 47:5, 53:6, 55:18, 77:15, 106:5, 107:7
**filled** [11] - 40:19, 45:22, 47:22, 64:10, 67:21, 69:10, 70:12, 71:13, 76:9, 85:16, 133:11
**filling** [7] - 25:2, 43:6, 53:18, 54:4, 68:18, 133:6, 134:3
**finally** [2] - 6:6, 85:8
**fine** [2] - 86:5, 86:16
**finish** [1] - 3:17
**fire** [1] - 51:10
**firing** [1] - 42:5
**firm** [1] - 134:11
**first** [23] - 7:6, 8:10, 9:23, 11:14, 17:20, 21:20, 22:2, 22:19, 23:11, 27:13, 28:2, 28:3, 31:17, 43:2, 73:1, 75:6, 96:14, 96:15, 101:13, 118:14, 128:17, 132:21, 138:4
**five** [6] - 31:22, 34:11, 86:8, 94:7,

99:20, 146:9
**fix** [1] - 82:23
**fixed** [1] - 39:14
**flat** [2] - 87:20, 131:17
**flip** [2] - 5:3, 6:21
**floor** [1] - 130:10
**Florida** [1] - 11:3
**folded** [1] - 127:14
**follow** [4] - 44:21, 121:7, 142:3, 148:13
**follow-up** [1] - 142:3
**following** [7] - 23:6, 41:9, 87:6, 93:4, 99:19, 115:10, 135:21
**follows** [1] - 2:13
**force** [1] - 117:15
**forced** [1] - 115:13
**foregoing** [3] - 144:2, 145:7, 145:12
**foreign** [1] - 28:17
**forensics** [1] - 127:23
**form** [95] - 4:8, 11:23, 18:14, 18:22, 19:4, 20:17, 20:22, 21:9, 22:10, 22:11, 22:15, 27:21, 28:10, 29:3, 29:13, 29:18, 31:7, 32:20, 33:3, 33:9, 34:21, 36:5, 36:12, 37:1, 37:9, 37:20, 39:3, 39:22, 40:23, 42:2, 42:17, 42:23, 43:15, 43:21, 46:1, 46:3, 47:9, 47:16, 48:1, 49:18, 53:8, 54:6, 54:17, 55:21, 56:6, 58:15, 58:18, 59:11, 60:1, 60:12, 60:19, 62:7, 63:7, 63:14, 64:6, 64:19, 65:11, 65:15, 66:4, 67:1, 68:3, 68:19, 69:16, 70:7, 70:14, 70:23, 74:7, 74:17, 74:23, 75:8, 76:13, 77:1, 77:8, 77:12, 77:23, 78:1, 79:4, 81:21, 82:3, 82:20, 84:13, 84:20, 85:19, 88:4, 88:20, 89:16, 91:17, 92:22, 105:2, 117:18, 120:10, 133:13, 134:6, 134:19, 139:23
**forth** [1] - 118:17
**forward** [4] - 74:10, 75:19, 78:3, 113:17
**forwarded** [1] -

136:7
**four** [10] - 17:18, 18:19, 34:2, 54:11, 91:6, 92:20, 96:9, 100:10, 112:15, 138:3
**fourth** [1] - 17:20
**Fox** [1] - 102:13
**free** [2] - 87:20, 91:7
**frequently** [1] - 30:16
**Fridays** [1] - 103:2
**front** [22] - 5:13, 5:15, 5:17, 7:9, 7:14, 18:11, 23:18, 25:20, 41:16, 45:5, 45:7, 56:17, 58:6, 72:23, 73:9, 81:14, 87:12, 93:14, 96:18, 108:6, 108:9, 120:14
**fully** [1] - 58:19
**fun** [1] - 113:14
**FURTHER** [1] - 128:11
**future** [1] - 51:10

## G

**garage** [2] - 105:5, 106:4
**garbage** [2] - 68:11, 85:22
**Gary** [7] - 10:15, 10:19, 10:23, 18:4, 41:4, 136:7, 137:2
**generally** [2] - 4:7, 121:2
**gentleman** [1] - 26:10
**genuine** [1] - 122:19
**given** [10] - 16:20, 18:3, 19:18, 36:17, 47:13, 51:3, 51:7, 76:10, 118:12, 144:3
**glance** [1] - 48:5
**glasses** [1] - 80:5
**God** [1] - 38:23
**gold** [1] - 132:2
**Graifman** [6] - 10:15, 10:19, 18:4, 41:4, 136:7, 137:2
**grail** [1] - 85:4
**Grand** [2] - 56:20, 140:9
**gratuitously** [1] - 50:15
**great** [2] - 129:9, 139:17
**grooved** [1] - 109:13
**grooves** [8] - 108:19, 109:3, 109:6, 109:7,

109:10, 109:22, 110:2, 110:7
**guarantee** [1] - 71:2
**guaranteed** [2] - 55:13, 55:23
**guess** [10] - 12:3, 30:17, 31:11, 53:16, 56:2, 57:20, 95:23, 98:11, 134:10, 135:12
**Guthrie** [7] - 102:1, 102:15, 102:20, 103:15, 104:4, 112:16, 135:16
**guy** [7] - 8:5, 10:23, 25:8, 25:19, 25:23, 41:4, 105:5
**guys** [12] - 20:19, 26:15, 73:17, 83:16, 85:5, 107:15, 112:2, 113:10, 114:2, 132:2, 132:11

## H

**hac** [1] - 2:7
**half** [1] - 51:21
**hammer** [13] - 26:21, 50:21, 52:20, 111:12, 115:14, 116:4, 116:11, 117:15, 128:16, 131:20, 131:23, 132:4, 133:2
**hammering** [3] - 51:1, 130:11, 131:1
**hand** [1] - 95:20
**handle** [3] - 13:7, 16:22, 22:14
**handling** [5] - 62:4, 62:22, 75:5, 81:18, 84:8
**hard** [2] - 131:16
**harder** [1] - 4:1
**harm** [1] - 53:16
**head** [2] - 3:9, 3:13
**hear** [1] - 4:5
**heard** [1] - 141:15
**hearing** [1] - 43:13
**heat** [2] - 129:4, 129:8
**heated** [1] - 18:11
**help** [2] - 16:4, 21:21
**helps** [1] - 25:20, 129:5
**hereby** [1] - 144:1
**HEREBY** [1] - 145:5
**herein** [1] - 118:17
**higher** [1] - 28:20
**highway** [1] - 32:12
**himself** [3] - 119:19, 123:14, 123:19

**hiring** [1] - 137:21
**history** [1] - 100:23
**hits** [1] - 36:1
**hold** [1] - 98:23
**holds** [3] - 83:19, 99:11, 108:5
**hole** [1] - 131:3
**holy** [1] - 85:4
**honest** [4] - 3:14, 8:15, 48:2, 70:18
**hook** [2] - 4:15, 5:1
**hooking** [1] - 110:13
**hopefully** [2] - 44:23, 148:15
**hoping** [2] - 55:7, 55:8
**hour** [5] - 17:22, 33:2, 51:21, 86:2, 86:3
**hours** [1] - 4:20
**Howard** [6] - 102:1, 102:5, 102:6, 104:4, 135:16
**Howie** [2] - 102:4, 103:14
**Howie's** [1] - 102:7
**HROMOWYK** [13] - 1:7, 23:7, 41:10, 87:7, 93:5, 99:20, 135:22, 146:3, 146:4, 146:6, 146:7, 146:9, 146:10
**Hromowyk** [95] - 2:21, 16:6, 16:7, 16:10, 16:12, 16:19, 17:18, 18:8, 18:18, 20:13, 21:4, 22:2, 23:12, 23:23, 25:5, 26:10, 27:13, 29:7, 33:16, 38:8, 42:11, 45:20, 47:20, 49:10, 49:17, 49:21, 52:19, 53:3, 56:20, 57:3, 57:8, 57:17, 58:10, 58:13, 59:14, 60:7, 60:21, 61:11, 64:2, 64:11, 65:6, 65:13, 66:9, 66:12, 66:16, 66:21, 67:23, 68:12, 69:19, 72:13, 73:20, 74:12, 76:10, 76:16, 76:21, 78:16, 78:19, 79:1, 79:20, 80:13, 80:18, 81:4, 81:11, 83:3, 85:3, 85:12, 85:17, 97:21, 100:20, 101:7, 101:14, 103:22, 104:18, 121:10, 121:17, 121:23, 122:5, 122:14, 122:19,

122:23, 123:9, 123:14, 123:18, 124:18, 128:3, 129:18, 130:7, 133:21, 136:3, 136:14, 138:2, 138:8, 138:12, 138:14, 138:21
**Hromowyk's** [35] - 9:12, 23:15, 36:10, 47:20, 56:18, 56:19, 67:16, 68:10, 71:10, 72:18, 73:3, 76:7, 78:12, 79:10, 85:11, 89:13, 90:4, 91:14, 92:20, 94:10, 95:2, 100:6, 100:7, 100:10, 101:20, 103:18, 104:19, 110:5, 113:6, 115:18, 116:3, 124:3, 125:9, 136:16
**hum** [1] - 3:8
**hundred** [6] - 2:22, 31:2, 38:3, 110:9, 133:8, 135:13
**HUNT** [1] - 1:17
**husband** [1] - 140:5

## I

**I-90** [1] - 17:22
**idea** [2] - 54:19, 111:23
**Identification** [6] - 23:6, 41:9, 87:6, 93:4, 99:19, 135:21
**identify** [1] - 133:7
**III** [2] - 2:1, 2:2
**image** [1] - 23:19
**immaculate** [2] - 139:13, 139:16
**immediately** [2] - 15:17, 31:22
**import** [1] - 68:17
**important** [1] - 3:7
**impressed** [1] - 77:21
**inaccurate** [1] - 143:2
**INC** [1] - 1:17
**include** [2] - 67:10, 78:5
**included** [3] - 39:15, 96:5, 126:14
**includes** [1] - 87:19
**including** [2] - 113:10, 118:17
**incorrect** [1] - 121:23
**independent** [1] -

122:18
**INDEX** [2] - 146:1, 147:1
**indicate** [1] - 40:21
**indicated** [1] - 49:2
**indicates** [1] - 124:8
**indicating** [2] - 123:8, 124:15
**inform** [7] - 56:20, 57:18, 63:4, 73:20, 79:1, 79:20, 122:23
**information** [21] - 11:13, 48:6, 63:19, 67:15, 70:11, 74:21, 78:11, 81:1, 85:10, 116:1, 116:7, 118:12, 118:19, 119:1, 122:13, 123:8, 124:15, 124:23, 135:9, 135:14, 137:12
**informed** [3] - 43:19, 63:23, 66:20
**informing** [1] - 60:7
**initial** [2] - 51:23, 69:2
**inquiry** [1] - 30:10
**inside** [1] - 109:11
**inspect** [4] - 18:6, 76:22, 136:20, 136:23
**inspected** [1] - 79:3
**inspecting** [1] - 77:6
**inspection** [3] - 87:17, 87:18, 136:14
**install** [4] - 35:2, 90:17, 107:6, 111:2
**installation** [1] - 96:5
**installed** [4] - 117:13, 127:17, 127:20, 135:17
**installer** [1] - 31:9
**installing** [1] - 15:19
**instance** [1] - 91:6
**instead** [3] - 18:7, 60:3, 99:16
**instruction** [1] - 116:16
**instructions** [2] - 120:9, 120:10
**intact** [1] - 92:20
**intelligent** [1] - 6:14
**interact** [1] - 49:23
**interacts** [1] - 120:6
**interesting** [1] - 43:4
**interfere** [2] - 7:20, 7:21
**interferes** [2] - 3:22, 6:11
**interior** [2] - 108:12, 110:15
**internal** [1] - 105:16

**invite** [1] - 43:5
**invited** [2] - 64:3, 137:15
**invoice** [50] - 17:3, 17:14, 22:4, 22:17, 22:18, 23:7, 23:12, 23:22, 38:7, 45:16, 46:7, 46:11, 51:3, 51:13, 58:5, 62:12, 65:1, 67:9, 75:17, 78:4, 79:13, 79:16, 81:4, 81:14, 87:7, 87:10, 87:14, 89:12, 89:19, 90:8, 91:5, 91:12, 92:19, 93:5, 94:17, 94:21, 96:18, 97:2, 97:11, 119:12, 119:18, 121:9, 125:17, 126:9, 127:3, 127:4, 127:11, 146:3, 146:6, 146:7
**invoices** [11] - 8:21, 27:12, 75:15, 99:15, 99:20, 105:21, 106:5, 121:1, 121:5, 127:13, 146:9
**involve** [1] - 35:20
**involved** [6] - 10:7, 32:7, 41:23, 42:12, 126:8, 132:10
**involvement** [4] - 70:3, 70:20, 100:7, 126:3
**involving** [3] - 13:10, 19:3, 94:11
**iPad** [1] - 5:23
**issue** [6] - 27:6, 27:8, 30:7, 30:9, 32:18, 32:23
**issues** [5] - 28:17, 32:4, 34:4, 141:12, 141:16
**itself** [7] - 27:10, 65:1, 92:5, 109:1, 116:20, 121:9, 126:9

## J

**JACK** [1] - 1:17
**jack** [1] - 107:13
**jammed** [1] - 50:19
**JARROD** [4] - 1:1, 1:15, 144:7, 147:3
**Jarrod** [2] - 41:11, 146:5
**Jason** [1] - 10:13
**Jay** [2] - 10:17, 10:19
**Jeep** [2] - 51:7, 51:8
**job** [12] - 15:7, 38:2, 48:13, 51:20, 51:23,

52:1, 62:15, 62:16, 64:9, 66:6, 82:23, 108:10
**Judge** [1] - 18:12
**July** [1] - 101:8

## K

**Keach** [4] - 2:18, 22:6, 115:12, 125:16
**KEACH** [126] - 2:1, 2:2, 2:15, 18:15, 18:23, 19:14, 20:18, 20:23, 21:16, 22:9, 22:14, 22:16, 23:9, 28:5, 28:12, 29:5, 29:14, 30:1, 31:15, 32:21, 33:4, 33:11, 35:3, 36:8, 36:14, 37:3, 37:10, 37:22, 39:9, 40:1, 41:2, 41:12, 42:3, 42:19, 43:3, 43:16, 43:23, 46:3, 46:4, 47:11, 47:18, 48:8, 50:2, 53:9, 54:13, 54:21, 56:4, 58:18, 58:22, 59:4, 59:11, 59:17, 60:2, 60:14, 61:5, 62:14, 63:8, 63:17, 64:7, 64:16, 65:2, 65:12, 65:19, 66:1, 66:5, 66:19, 67:7, 68:5, 69:3, 69:17, 70:9, 70:16, 71:6, 74:9, 74:19, 75:2, 75:10, 76:14, 77:3, 77:12, 77:20, 78:2, 79:6, 81:23, 82:5, 82:21, 84:15, 84:23, 85:23, 86:16, 86:23, 87:9, 88:5, 88:21, 90:3, 91:20, 93:1, 93:7, 95:9, 95:13, 99:21, 103:10, 103:13, 105:3, 111:17, 111:20, 114:21, 115:3, 117:18, 125:18, 128:11, 133:17, 134:15, 134:20, 136:1, 138:17, 138:20, 140:1, 142:2, 142:5, 142:18, 142:22, 143:6, 147:3, 147:5, 148:3
**Keach's** [3] - 121:17, 124:17, 128:3
**keep** [4] - 20:21, 50:4, 96:21, 140:21
**kept** [1] - 118:18

**kind** [10] - 8:5, 14:8, 25:20, 55:10, 68:20, 69:23, 71:3, 94:16, 105:18
**kit** [8] - 22:20, 84:6, 84:9, 84:11, 95:4, 99:9, 126:14
**kits** [1] - 15:19
**knowledge** [25] - 30:14, 36:20, 37:4, 37:14, 61:18, 61:21, 63:4, 67:15, 71:8, 74:5, 75:12, 78:11, 80:12, 82:1, 85:10, 101:19, 112:10, 118:17, 128:20, 134:13, 136:3, 137:11, 137:14, 137:19
**known** [4] - 42:20, 47:20, 67:5, 85:22

## L

**labor** [8] - 45:15, 51:15, 51:21, 90:20, 96:5, 127:10, 127:14, 127:20
**language** [1] - 60:16
**last** [15] - 8:18, 16:5, 44:18, 58:23, 67:14, 68:1, 78:18, 78:20, 78:23, 85:9, 102:19, 114:4, 114:8, 148:10
**lastly** [1] - 104:12
**late** [1] - 56:19
**latter** [2] - 69:9, 76:11
**LAW** [1] - 2:1
**lawsuit** [23] - 2:20, 8:3, 49:14, 56:21, 57:9, 57:18, 58:1, 60:8, 60:21, 60:23, 61:13, 73:21, 74:14, 79:21, 80:20, 103:4, 123:1, 123:10, 123:16, 132:9, 132:11, 132:13
**lawyer** [15] - 2:18, 4:8, 10:10, 12:14, 43:6, 43:7, 48:9, 48:20, 48:22, 49:2, 68:16, 69:1, 69:11, 69:14, 133:21
**lawyers** [7] - 8:12, 10:7, 11:6, 18:5, 54:15, 69:19, 70:12
**lead** [1] - 136:8
**leading** [1] - 71:3
**leak** [1] - 98:10

**leaking** [2] - 83:10, 98:1
**learn** [1] - 8:3
**least** [3] - 5:6, 34:11, 54:8
**leave** [2] - 42:8, 92:9
**lecture** [2] - 59:1, 77:17
**left** [2] - 72:12, 73:2
**legal** [1] - 70:5
**leisure** [2] - 47:15, 76:23
**Leman** [5] - 24:21, 24:22, 25:4, 112:20, 112:21
**length** [3] - 109:14, 110:3, 110:8
**letter** [8] - 42:6, 44:22, 135:22, 136:6, 137:4, 137:12, 146:10, 148:14
**Liberty** [1] - 1:17
**life** [1] - 3:23
**lift** [8] - 15:19, 84:6, 84:9, 84:11, 107:16, 107:18, 107:20
**likely** [5] - 58:2, 98:3, 117:11, 130:3, 131:15
**limit** [1] - 129:22
**limited** [2] - 4:7, 128:20
**lines** [1] - 131:18
**listed** [1] - 127:14
**lives** [1] - 102:15
**LLC** [1] - 1:11
**LLP** [1] - 2:6
**local** [1] - 103:1
**look** [26] - 20:4, 21:15, 44:13, 45:2, 47:15, 48:23, 54:4, 56:7, 59:23, 64:4, 87:2, 93:3, 93:14, 95:5, 100:23, 120:19, 129:16, 129:23, 130:1, 131:6, 131:9, 137:16, 137:21, 148:5, 148:17
**looked** [5] - 19:1, 79:16, 121:5, 126:15, 127:13
**looking** [9] - 20:3, 91:5, 91:11, 113:16, 122:11, 126:18, 126:20, 131:13, 141:5
**looks** [7] - 15:23, 96:7, 96:15, 97:3, 100:13, 100:16, 105:22
**LORI** [2] - 1:19, 145:19

**lose** [2] - 5:23, 33:7
**losing** [1] - 5:21
**loss** [1] - 96:8
**Louis** [2] - 2:8, 99:14
**lubricant** [1] - 128:22

## M

**machine** [1] - 145:8
**magnitude** [1] - 31:1
**mail** [2] - 142:22, 143:1
**mailed** [1] - 142:23
**main** [1] - 136:8
**maintaining** [1] - 18:7
**majority** [1] - 110:10
**man** [2] - 106:1, 140:3
**manager** [11] - 16:23, 19:6, 50:1, 57:12, 58:1, 59:19, 61:3, 119:19, 120:3, 120:4, 120:6
**managers** [1] - 121:6
**manner** [1] - 145:8
**manufacturers** [2] - 35:5, 140:14
**March** [1] - 4:19
**mark** [5] - 23:1, 41:8, 94:19, 99:16, 135:19
**marked** [13] - 22:8, 23:6, 23:15, 41:9, 87:5, 87:6, 91:12, 93:4, 94:1, 99:19, 118:8, 129:16, 135:21
**market** [2] - 35:7, 35:8
**Mason** [1] - 11:1
**mass** [1] - 31:9
**materials** [1] - 30:18
**matter** [9] - 4:9, 13:7, 14:22, 15:7, 15:10, 46:12, 85:2, 130:9
**mean** [32] - 14:8, 17:13, 27:5, 27:8, 27:23, 28:16, 31:8, 35:5, 39:10, 44:12, 49:14, 52:2, 53:14, 65:20, 70:17, 77:20, 81:12, 85:1, 86:12, 88:6, 93:10, 95:9, 98:13, 105:4, 109:4, 112:4, 117:20, 132:19, 133:10, 133:18, 133:21, 148:4
**meaning** [1] - 30:3
**means** [4] - 7:10, 65:14, 142:9, 145:8
**mechanic** [7] -

36:16, 39:12, 50:10, 110:20, 128:15, 130:9, 139:3
**mechanical** [3] - 98:16, 128:20, 131:6
**mechanics** [4] - 50:21, 105:6, 112:11, 128:21
**medication** [1] - 7:20
**meet** [1] - 109:22
**melt** [2] - 51:11, 52:5
**melting** [1] - 51:16
**memory** [4] - 7:21, 46:12, 86:18, 125:22
**mention** [1] - 38:20
**mentioned** [3] - 39:7, 58:1, 127:9
**metallurgist** [1] - 131:6
**meticulous** [2] - 139:4, 140:7
**Miceli** [4] - 25:16, 25:19, 112:19, 112:22
**middle** [2] - 18:13, 99:4
**might** [12] - 13:6, 15:7, 15:15, 15:22, 93:19, 109:16, 111:11, 111:13, 114:6, 117:4, 119:5, 130:14
**Migliaccio** [1] - 10:10
**miles** [2] - 17:22, 33:2
**millions** [1] - 37:16
**mind** [1] - 8:2
**mine** [1] - 114:22
**mini** [5] - 29:7, 29:10, 30:4, 31:5, 40:6
**minute** [5] - 27:12, 73:8, 110:21, 114:21, 129:2
**minutes** [3] - 86:8, 115:1, 130:14
**mispronounce** [1] - 2:22
**Missouri** [1] - 2:8
**misstates** [1] - 54:18
**mistakes** [2] - 46:9, 120:21
**misunderstanding** [1] - 23:3
**mixed** [1] - 127:11
**mobile** [1] - 36:1
**model** [1] - 56:19
**model-year** [1] - 56:19
**module** [42] - 17:20,

19:12, 22:3, 31:18, 32:11, 38:9, 68:10, 68:13, 73:17, 81:12, 88:1, 88:2, 88:8, 88:16, 88:19, 90:13, 90:17, 90:23, 92:4, 96:12, 96:14, 97:10, 97:22, 100:7, 101:12, 101:13, 101:20, 103:19, 103:23, 106:11, 106:17, 108:3, 110:15, 111:8, 128:14, 129:12, 130:8, 130:21, 131:13, 132:1, 132:12, 132:14
**module's** [1] - 106:21
**modules** [27] - 15:4, 16:20, 17:19, 18:3, 18:19, 18:20, 19:3, 20:14, 21:5, 27:14, 32:6, 45:20, 88:12, 89:3, 90:5, 90:10, 91:6, 91:14, 92:1, 92:19, 94:9, 95:2, 96:10, 100:11, 104:18, 129:19, 138:9
**moment** [11] - 11:17, 20:13, 23:4, 27:17, 40:19, 57:1, 87:3, 111:18, 125:18, 135:20, 138:17
**mommy** [1] - 36:1
**money** [2] - 39:13, 90:11
**monitor** [9] - 13:18, 27:10, 52:10, 76:17, 98:18, 107:5, 107:6, 113:18, 129:7
**monitor's** [1] - 105:13
**monitoring** [7] - 15:4, 16:20, 24:1, 56:18, 89:21, 91:14, 97:5
**monitors** [1] - 121:11
**month** [2] - 8:18, 54:15
**months** [2] - 8:20, 9:13
**most** [5] - 44:3, 50:20, 58:2, 130:3, 131:15
**motion** [1] - 77:16
**mounted** [2] - 106:22, 106:23
**mounting** [1] - 87:19
**mounts** [2] - 92:4

**move** [8] - 24:10, 56:13, 72:8, 72:21, 75:19, 79:7, 87:1, 128:22

**moving** [4] - 42:7, 74:10, 78:3, 78:9

**MR** [228] - 2:15, 18:14, 18:15, 18:22, 18:23, 19:4, 19:14, 20:17, 20:18, 20:22, 20:23, 21:9, 21:16, 22:6, 22:9, 22:11, 22:14, 22:16, 23:9, 27:21, 28:5, 28:10, 28:12, 29:3, 29:5, 29:13, 29:14, 29:18, 30:1, 31:7, 31:15, 32:20, 32:21, 33:3, 33:4, 33:9, 33:11, 34:21, 35:3, 36:5, 36:8, 36:12, 36:14, 37:1, 37:3, 37:9, 37:10, 37:20, 37:22, 39:3, 39:9, 39:22, 40:1, 40:23, 41:2, 41:12, 42:2, 42:3, 42:17, 42:19, 42:23, 43:3, 43:15, 43:16, 43:21, 43:23, 46:1, 46:3, 46:4, 47:9, 47:11, 47:16, 47:18, 48:1, 48:8, 49:18, 50:2, 53:8, 53:9, 54:6, 54:13, 54:17, 54:20, 54:21, 55:21, 56:4, 58:15, 58:18, 58:21, 58:22, 59:3, 59:4, 59:6, 59:11, 59:17, 60:1, 60:2, 60:12, 60:14, 60:19, 61:5, 62:7, 62:14, 63:7, 63:8, 63:14, 63:17, 64:6, 64:7, 64:15, 64:16, 64:19, 65:2, 65:11, 65:12, 65:15, 65:19, 65:23, 66:1, 66:4, 66:5, 66:15, 66:19, 67:1, 67:7, 68:3, 68:5, 68:19, 69:3, 69:16, 69:17, 70:7, 70:9, 70:14, 70:16, 70:23, 71:6, 74:7, 74:9, 74:17, 74:19, 74:23, 75:2, 75:8, 75:10, 76:13, 76:14, 77:1, 77:3, 77:8, 77:10, 77:12, 77:19, 77:20, 78:2, 79:4, 79:6, 81:21, 81:23, 82:3, 82:5, 82:20, 82:21, 84:13,

84:15, 84:20, 84:23, 85:19, 85:23, 86:11, 86:16, 86:23, 87:9, 88:4, 88:5, 88:20, 88:21, 89:16, 90:3, 91:17, 91:20, 92:22, 93:1, 93:7, 95:9, 95:12, 95:13, 99:21, 103:10, 103:13, 105:2, 105:3, 111:17, 111:20, 114:21, 115:1, 115:3, 115:6, 117:18, 117:21, 125:16, 125:18, 125:20, 128:9, 128:11, 133:13, 133:17, 134:6, 134:15, 134:19, 134:20, 136:1, 138:17, 138:20, 139:23, 140:1, 142:2, 142:4, 142:5, 142:15, 142:18, 142:21, 142:22, 143:6, 147:3, 147:4, 147:5, 148:3

**mud** [1] - 139:8

**multiple** [1] - 39:1

**must** [2] - 65:7, 65:17

---

# N

**nail** [1] - 31:3

**name** [9] - 2:22, 16:5, 25:18, 41:4, 44:18, 102:4, 115:8, 137:1, 148:10

**name's** [2] - 2:17, 100:22

**named** [2] - 10:10, 10:23

**names** [2] - 102:8, 140:4

**NAPA** [4] - 35:9, 90:14, 90:22, 96:2

**necessary** [3] - 6:13, 14:14, 50:11

**need** [20] - 3:17, 6:18, 14:2, 14:9, 14:12, 44:22, 44:23, 52:14, 55:19, 57:8, 59:9, 80:14, 86:5, 86:6, 93:11, 108:16, 132:11, 138:17, 148:14, 148:15

**needed** [1] - 83:3

**needs** [2] - 121:8, 130:11

**never** [10] - 7:3, 10:3, 34:4, 52:9, 60:20,

104:21, 134:10, 141:15, 141:19

**NEW** [2] - 1:5, 145:1

**new** [18] - 34:2, 84:9, 84:11, 87:14, 87:19, 88:11, 92:2, 97:6, 97:7, 98:7, 98:8, 99:9, 99:11, 101:8, 107:6, 127:4

**New** [8] - 1:18, 2:3, 2:12, 10:20, 36:17, 87:17, 145:6

**next** [16] - 4:13, 25:18, 61:10, 63:10, 72:5, 73:19, 74:11, 75:6, 75:20, 78:3, 78:10, 79:19, 80:16, 81:3, 103:21, 104:6

**Nick** [1] - 10:10

**nine** [3] - 117:8, 117:14, 118:3

**nipple** [1] - 99:3

**nobody** [1] - 39:14

**non** [1] - 89:9

**non-TPMS-equipped** [1] - 89:9

**normal** [2] - 45:11, 119:9

**NORTHERN** [1] - 1:5

**NOTARY** [1] - 144:14

**Notary** [3] - 1:20, 145:5, 145:20

**note** [5] - 17:3, 20:8, 45:22, 119:18, 127:4

**noted** [4] - 45:14, 46:7, 62:11, 127:2

**notes** [1] - 111:17

**nothing** [5] - 37:8, 75:16, 111:16, 124:9, 145:15

**nothing's** [2] - 41:17, 41:18

**notices** [1] - 141:2

**notification** [1] - 140:13

**notorious** [1] - 5:21

**nowadays** [1] - 88:23

**number** [7] - 23:7, 87:7, 93:5, 128:14, 146:3, 146:6, 146:7

**nut** [29] - 99:1, 106:14, 108:4, 108:16, 108:18, 108:20, 109:8, 109:22, 110:14, 111:10, 111:11, 115:14, 115:15, 115:18, 115:19, 116:2, 116:10, 117:2,

117:6, 117:12, 126:13, 126:17, 128:13, 129:6, 129:12, 129:19, 130:1, 132:6

**nuts** [5] - 117:8, 117:20, 117:22, 126:22, 128:21

---

# O

**O-ring** [2] - 98:19, 98:22

**oath** [5] - 7:10, 7:11, 7:14, 7:16

**object** [90] - 18:14, 18:22, 19:4, 20:17, 20:22, 21:9, 22:10, 22:11, 22:12, 22:15, 27:21, 28:10, 29:3, 29:13, 29:18, 31:7, 32:20, 33:3, 33:9, 34:21, 36:5, 36:12, 37:1, 37:9, 37:20, 39:3, 39:22, 40:23, 42:2, 42:17, 42:23, 43:15, 43:21, 46:1, 46:3, 47:9, 47:16, 48:1, 49:18, 53:8, 54:6, 54:17, 55:21, 58:15, 58:18, 59:11, 60:1, 60:12, 60:19, 62:7, 63:7, 63:14, 64:6, 64:19, 65:11, 65:15, 65:23, 66:4, 67:1, 68:3, 68:19, 69:16, 70:7, 70:14, 70:23, 74:7, 74:17, 74:23, 75:8, 76:13, 77:1, 77:8, 77:12, 79:4, 81:21, 82:3, 82:20, 84:13, 84:20, 85:19, 88:4, 88:20, 89:16, 91:17, 92:22, 105:2, 133:13, 134:6, 134:19, 139:23

**objection** [5] - 64:15, 66:15, 77:23, 78:1, 117:18

**objections** [2] - 4:6, 4:7

**oblivion** [1] - 116:17

**observe** [1] - 104:18

**obviously** [8] - 21:23, 29:20, 65:5, 67:4, 85:20, 100:22, 107:2, 116:20

**occasion** [3] - 21:20, 22:2, 45:21

**occasionally** [2] -

117:6, 117:12, 126:13, 126:17, 128:13, 129:6, 129:12, 129:19, 130:1, 132:6

15:21, 111:11

**occasions** [1] - 115:13

**occurred** [2] - 34:20, 119:5

**October** [2] - 1:18, 144:4

**OF** [4] - 1:5, 2:1, 145:1, 145:3

**off-roading** [1] - 51:9

**offer** [1] - 47:13

**offered** [3] - 18:5, 76:21, 79:2

**office** [3] - 19:6, 41:22, 49:22

**offices** [2] - 1:16, 136:20

**OFFICES** [1] - 2:1

**often** [2] - 16:2, 17:12

**oil** [1] - 97:4

**old** [17] - 13:20, 14:16, 15:16, 15:15, 17:3, 17:6, 17:12, 17:14, 19:12, 31:23, 53:14, 80:10, 87:20, 89:2, 92:14, 118:3, 119:23, 121:11

**old-school** [2] - 89:2, 92:14

**once** [4] - 42:7, 44:4, 55:5

**One** [2] - 2:2, 2:7

**one** [64] - 8:19, 9:13, 9:19, 9:23, 15:14, 15:18, 16:23, 17:20, 18:2, 19:11, 20:7, 24:1, 32:15, 34:23, 35:9, 38:4, 38:12, 38:16, 38:17, 48:3, 54:9, 54:11, 54:23, 57:15, 66:8, 81:10, 87:12, 88:17, 89:7, 94:22, 95:4, 95:6, 95:7, 95:14, 95:16, 95:18, 95:20, 95:21, 95:22, 96:4, 96:10, 96:11, 96:15, 102:8, 105:13, 106:10, 108:2, 108:4, 108:17, 108:18, 112:18, 115:15, 119:17, 122:8, 125:18, 127:13, 128:20, 129:19, 135:23, 140:11, 146:11

**one's** [2] - 38:16, 116:18

**ones** [6] - 28:19, 29:1, 34:2, 34:23,

35:14, 94:13
**open** [1] - 140:23
**opinion** [1] - 78:1
**option** [2] - 142:15, 142:19
**orally** [1] - 120:15
**order** [5] - 17:5, 19:9, 30:23, 105:21, 140:23
**ordinary** [4] - 3:8, 118:19, 118:21, 135:11
**organization** [1] - 5:21
**organize** [1] - 105:21
**Original** [1] - 146:14
**original** [1] - 146:14
**originally** [2] - 12:21, 55:7
**originate** [3] - 109:3, 109:4, 109:11
**otherwise** [1] - 120:21
**outer** [1] - 131:4
**outside** [1] - 138:21
**own** [12] - 19:17, 19:21, 19:22, 22:15, 33:12, 33:14, 33:15, 43:5, 43:7, 43:8, 60:17, 88:13
**owns** [2] - 33:16, 105:5

**P**

**p.m** [2] - 1:19, 143:9
**pack** [1] - 97:6
**pad** [1] - 23:17
**pads** [1] - 15:11
**Page** [2] - 146:2, 147:2
**PAGE** [1] - 148:2
**page** [6] - 5:15, 24:16, 24:17, 41:16, 135:23, 146:11
**pages** [2] - 56:15, 144:2
**paper** [2] - 6:3, 21:15
**paperwork** [1] - 45:22
**paragraph** [10] - 52:23, 56:14, 72:9, 72:15, 72:22, 76:19, 79:7, 118:14, 119:8, 122:21
**parent** [1] - 3:1
**parentheses** [2] - 67:18, 78:13
**part** [58] - 6:17, 14:3, 14:23, 15:10, 15:22, 17:3, 20:21, 25:14,

26:16, 30:20, 45:12, 49:23, 50:11, 50:15, 50:21, 51:13, 51:16, 52:15, 52:19, 58:10, 58:14, 63:10, 65:6, 65:13, 65:16, 65:21, 66:9, 66:11, 67:23, 75:6, 75:17, 75:20, 76:11, 78:17, 78:20, 79:2, 80:10, 80:14, 82:9, 85:18, 90:20, 96:5, 104:23, 109:5, 109:14, 109:16, 109:17, 118:4, 119:10, 119:23, 121:18, 121:19, 121:22, 127:17, 131:4, 131:17, 141:12
**part's** [2] - 26:20, 121:8
**participating** [1] - 3:3
**particular** [9] - 30:3, 30:11, 30:15, 65:21, 66:17, 68:9, 83:3, 97:2, 141:6
**particularly** [2] - 106:17, 111:9
**parts** [19] - 13:20, 15:7, 15:15, 17:7, 17:12, 17:14, 18:6, 19:13, 26:15, 35:9, 50:4, 51:10, 53:15, 54:5, 65:8, 90:14, 96:3, 116:21, 127:15
**pass** [4] - 12:7, 94:18, 95:10, 105:20
**pay** [3] - 38:3, 39:13, 39:20
**penalty** [2] - 54:2, 64:2
**pending** [10] - 56:21, 57:18, 60:8, 61:13, 73:21, 74:14, 79:21, 80:20, 123:1, 123:15
**people** [27] - 3:8, 14:9, 15:14, 15:19, 15:23, 17:11, 33:1, 36:23, 39:6, 39:10, 39:11, 39:18, 40:8, 74:22, 86:2, 102:7, 116:2, 122:12, 124:7, 133:23, 134:22, 134:23, 135:3, 139:4, 139:7, 139:11
**percent** [4] - 12:20, 110:9, 133:9, 135:13
**perception** [2] - 36:15, 60:17
**perfect** [1] - 6:6

**perjury** [2] - 54:2, 64:2
**person** [7] - 21:13, 43:12, 57:11, 119:17, 120:9, 139:20, 140:2
**personal** [3] - 101:18, 118:16, 125:22
**personally** [17] - 21:11, 49:20, 57:5, 57:20, 59:13, 61:16, 74:2, 75:9, 80:8, 80:22, 81:22, 83:9, 97:23, 119:3, 122:9, 126:3, 135:16
**personnel** [2] - 124:1, 125:13
**persons** [2] - 118:20, 135:10
**phone** [10] - 4:23, 12:10, 13:11, 13:12, 13:16, 44:2, 44:7, 56:6, 56:9, 138:18
**photo** [2] - 129:18, 129:23
**phrasing** [1] - 64:9
**physical** [1] - 124:12
**picked** [1] - 101:2
**Pine** [1] - 2:2
**pistons** [1] - 15:13
**place** [1] - 117:7
**places** [1] - 35:9
**Plains** [2] - 10:20, 18:4
**Plaintiffs** [2] - 1:9, 2:5
**Plaintiffs'** [11] - 10:7, 43:18, 47:8, 47:13, 47:21, 70:11, 71:14, 71:21, 76:5, 77:6, 137:15
**planned** [11] - 56:21, 57:18, 60:8, 61:12, 71:15, 73:21, 74:13, 79:21, 80:19, 123:1, 123:15
**planning** [2] - 71:22, 123:10
**Plaza** [2] - 2:2, 2:7
**plenty** [1] - 77:15
**plugs** [4] - 14:6, 14:9, 14:13, 14:17
**pocket** [1] - 91:1
**point** [21] - 4:13, 4:14, 5:16, 8:17, 13:8, 34:10, 34:14, 34:23, 43:5, 45:5, 52:11, 54:23, 71:20, 80:9, 89:22, 97:3, 104:17, 108:3, 114:18,

121:15, 131:1
**policies** [1] - 106:4
**policy** [3] - 106:3, 119:15, 121:7
**polish** [1] - 86:18
**pop** [1] - 92:16
**portion** [1] - 45:15
**position** [1] - 16:21
**positive** [2] - 114:7, 133:9
**possession** [19] - 21:6, 45:21, 54:9, 54:11, 59:15, 64:12, 66:17, 67:4, 67:23, 68:13, 76:5, 76:16, 78:19, 85:21, 121:10, 122:5, 136:18, 138:14
**possible** [5] - 19:5, 19:8, 117:19, 117:22, 126:21
**possibly** [2] - 55:14, 121:2
**postponed** [1] - 9:14
**PP** [1] - 129:17
**practice** [5] - 45:11, 46:9, 65:8, 86:2, 119:9
**precaution** [6] - 62:3, 62:21, 81:17, 82:11, 84:5, 84:7
**precautions** [4] - 62:9, 62:10, 75:4, 123:20
**preceding** [1] - 61:20
**preference** [2] - 6:4, 142:11
**prepare** [2] - 63:23, 94:3
**presence** [1] - 145:10
**presented** [1] - 94:8
**preservation** [2] - 78:5, 127:23
**preserved** [1] - 82:17
**presses** [1] - 98:20
**pressure** [17] - 13:18, 15:4, 16:19, 24:1, 27:9, 52:10, 56:17, 76:17, 89:8, 89:21, 91:13, 97:5, 98:17, 105:12, 113:18, 121:11, 129:7
**pretty** [9] - 15:16, 35:18, 36:11, 51:18, 110:22, 111:14, 129:14, 130:21, 140:6
**previously** [2] - 118:7, 129:16
**price** [4] - 38:15, 38:20, 52:6, 87:18

**primarily** [2] - 5:20, 96:2
**print** [1] - 5:19
**printed** [2] - 100:13, 100:16
**privilege** [2] - 48:14, 86:12
**pro** [1] - 2:7
**problem** [15] - 6:2, 6:20, 12:5, 14:8, 28:7, 29:20, 39:2, 49:3, 50:23, 126:23, 140:20, 141:6, 141:8, 141:10, 141:21
**problems** [12] - 27:19, 27:23, 28:14, 29:11, 30:5, 31:6, 33:21, 37:18, 89:20, 139:17, 140:8, 140:14
**Procedure** [1] - 142:7
**proceed** [3] - 20:5, 77:19, 141:14
**proceeding** [2] - 18:11, 42:10
**process** [3] - 6:18, 106:19, 110:22
**PRODUCTION** [1] - 148:1
**products** [1] - 33:14
**pronounce** [1] - 16:5
**proper** [2] - 46:15, 116:23
**properly** [1] - 16:5
**propose** [1] - 136:19
**proposed** [2] - 2:20, 133:22
**protect** [1] - 93:11
**protrude** [1] - 109:18
**protrudes** [1] - 109:15
**provide** [1] - 3:5
**provided** [9] - 42:15, 42:21, 59:22, 60:17, 71:8, 94:5, 118:20, 120:10, 135:9
**providing** [1] - 135:1
**PUBLIC** [1] - 144:14
**Public** [3] - 1:20, 145:5, 145:20
**pull** [4] - 23:14, 32:23, 106:14, 128:15
**pulling** [1] - 116:14
**punch** [1] - 105:22
**purchase** [1] - 34:8
**purchased** [2] - 34:6, 97:4
**purported** [1] - 11:19
**purpose** [1] - 58:17
**purposes** [2] - 42:14,

59:8
**pursuant** [2] - 1:16, 40:20
**push** [1] - 99:4
**put** [21] - 23:1, 23:2, 23:17, 28:23, 34:2, 46:11, 55:10, 56:3, 79:14, 84:9, 84:11, 84:21, 88:2, 94:1, 98:6, 99:3, 107:6, 107:7, 109:7, 119:18, 135:7
**putting** [2] - 35:14, 119:1

## Q

**QQ** [6] - 23:7, 23:12, 26:4, 38:7, 79:17, 146:3
**questions** [12] - 3:5, 3:18, 4:10, 5:4, 6:7, 6:20, 12:17, 13:11, 48:18, 115:2, 128:9, 134:13
**quick** [2] - 110:22, 138:18
**quickly** [3] - 93:10, 99:23, 135:5
**quite** [4] - 11:16, 13:21, 35:14, 89:23
**quote** [3] - 51:23, 57:17, 139:15

## R

**race** [1] - 103:1
**racing** [1] - 103:8
**Ram** [1] - 28:15
**range** [2] - 5:20, 91:2
**rare** [2] - 35:18, 111:14
**ratcheting** [1] - 110:14
**rate** [1] - 28:20
**rather** [2] - 60:17, 96:6
**Rathod** [1] - 10:13
**RDR** [2] - 1:20, 145:19
**reach** [2] - 30:9, 141:20
**read** [11] - 56:14, 77:14, 136:11, 142:8, 142:9, 142:11, 142:13, 142:19, 143:1, 143:7, 144:1
**reading** [2] - 72:9, 80:5
**reads** [2] - 79:19,

80:17
**ready** [2] - 20:5, 20:6
**real** [1] - 111:15
**really** [11] - 19:9, 27:2, 44:17, 53:11, 84:16, 86:5, 105:13, 111:16, 134:10, 140:22, 148:9
**rear** [3] - 72:12, 73:2, 79:9
**reason** [14] - 20:20, 31:13, 50:5, 51:6, 80:13, 117:1, 120:17, 120:19, 121:4, 122:4, 125:1, 125:7, 126:2, 128:5
**reasons** [1] - 5:20
**recalled** [1] - 13:19
**receipt** [5] - 20:10, 24:4, 25:16, 73:8, 73:14
**receipts** [11] - 13:9, 19:1, 19:2, 19:11, 20:7, 27:16, 40:18, 94:5, 94:7, 96:9, 100:1
**received** [7] - 8:10, 8:19, 9:13, 9:19, 9:23, 12:9, 68:23
**reception** [1] - 60:5
**recess** [4] - 86:22, 99:18, 103:12, 138:19
**recollection** [1] - 16:18
**record** [18] - 3:23, 20:2, 22:8, 22:13, 54:18, 56:15, 59:7, 64:23, 72:10, 86:15, 93:11, 103:10, 111:18, 111:19, 115:4, 116:7, 136:11, 143:6
**records** [12] - 116:1, 118:18, 119:4, 119:12, 121:2, 122:12, 123:7, 123:23, 124:12, 124:14, 125:13, 135:15
**reduced** [1] - 145:10
**refer** [2] - 23:11, 90:1
**reference** [1] - 52:12
**referring** [4] - 22:12, 28:9, 39:5, 89:1
**reflect** [10] - 22:13, 25:13, 81:1, 82:2, 96:9, 96:11, 100:5, 124:2, 131:19, 143:7
**reflected** [10] - 26:4, 51:3, 51:13, 75:16,

81:3, 90:7, 97:1, 97:9, 119:11, 126:9
**refrain** [1] - 77:22
**regard** [2] - 86:21, 124:8
**regarding** [1] - 94:13
**regardless** [2] - 4:8, 4:11
**regular** [1] - 90:2
**regularly** [3] - 36:11, 118:20, 135:10
**reinserted** [1] - 92:2
**relate** [1] - 95:1
**related** [2] - 73:21, 123:1
**relating** [4] - 56:22, 57:19, 60:8, 79:21
**relative** [2] - 76:19, 145:15
**relax** [1] - 86:4
**relied** [2] - 134:22, 134:23
**rely** [3] - 118:21, 119:3, 135:10
**relying** [1] - 60:16
**remained** [1] - 92:20
**remember** [8] - 9:4, 11:11, 41:3, 44:4, 44:6, 56:3, 56:10, 83:16
**removal** [9] - 57:4, 62:5, 63:12, 64:18, 66:3, 66:13, 75:22, 124:9
**remove** [16] - 26:15, 50:11, 82:13, 88:8, 92:7, 92:11, 106:12, 106:17, 107:2, 107:3, 107:4, 111:6, 117:9, 128:17, 130:8
**removed** [37] - 17:19, 18:20, 21:7, 45:12, 53:5, 56:17, 61:12, 64:12, 66:10, 67:16, 72:12, 73:2, 74:13, 76:6, 78:12, 78:17, 79:9, 80:19, 82:9, 83:4, 83:20, 84:6, 85:11, 92:3, 101:20, 104:19, 119:10, 121:18, 121:19, 122:1, 122:6, 122:7, 123:21, 124:3, 124:10, 125:1, 125:8
**removing** [13] - 62:4, 62:22, 75:5, 81:18, 84:8, 85:4, 106:10, 108:2, 110:12, 110:14, 111:9, 115:11, 117:17

**repair** [25] - 13:18, 20:15, 20:20, 22:20, 28:2, 28:3, 37:6, 46:20, 72:15, 87:10, 90:6, 95:4, 96:2, 96:14, 101:8, 105:6, 105:16, 120:15, 125:22, 126:4, 126:14, 126:21, 127:10, 138:4, 138:5
**repaired** [3] - 14:1, 16:13, 72:19
**repairing** [3] - 46:16, 94:9, 105:10
**repairs** [5] - 32:15, 87:20, 138:3, 138:6, 138:9
**replace** [24] - 14:2, 14:13, 24:6, 26:15, 26:17, 31:18, 37:16, 38:4, 38:8, 50:11, 51:9, 65:9, 88:8, 88:18, 88:19, 89:1, 90:13, 91:6, 92:12, 97:22, 116:15, 117:5, 126:12
**replaced** [31] - 14:9, 14:13, 17:20, 18:20, 22:3, 24:2, 27:14, 32:6, 47:6, 56:17, 72:12, 73:2, 73:17, 79:9, 89:13, 89:14, 90:5, 91:18, 91:21, 92:21, 97:10, 98:6, 100:6, 100:10, 101:11, 101:14, 103:23, 112:2, 112:15, 126:22, 129:20
**replacement** [3] - 96:10, 96:12, 104:10
**replacing** [3] - 15:21, 95:2, 98:10
**report** [1] - 145:7
**reporter** [6] - 3:10, 3:22, 5:18, 7:9, 7:15, 142:16
**represent** [2] - 11:6, 115:9
**representation** [5] - 58:13, 58:16, 68:10, 124:17, 128:3
**representations** [1] - 121:17
**represented** [3] - 4:3, 76:4, 138:10
**representing** [2] - 76:3, 118:11
**represents** [1] - 128:19

**reprogram** [1] - 111:1
**request** [6] - 21:8, 40:20, 45:14, 67:10, 78:5, 124:2
**requested** [7] - 8:21, 13:20, 17:15, 21:15, 80:10, 81:4, 136:14
**REQUESTS** [1] - 148:1
**requests** [1] - 45:12
**required** [3] - 43:12, 50:5, 118:2
**requires** [1] - 51:15
**reservation** [1] - 67:10
**resolve** [1] - 55:19
**respectful** [1] - 77:11
**responded** [1] - 5:6
**response** [2] - 3:6, 77:16
**rest** [1] - 116:11
**result** [1] - 43:13
**retain** [2] - 70:5, 138:4
**retained** [2] - 136:17, 138:2
**return** [4] - 3:19, 67:10, 78:6, 81:5
**returned** [5] - 45:13, 85:12, 119:11, 122:14, 124:19
**returning** [1] - 114:10
**reveal** [1] - 48:19
**review** [2] - 69:13, 118:18
**reviewed** [2] - 94:3, 135:6
**reviewing** [2] - 92:18, 111:17
**rid** [1] - 51:12
**rim** [2] - 98:18, 106:21
**ring** [2] - 98:19, 98:22
**risk** [1] - 129:9
**road** [4] - 18:1, 33:1, 108:11, 108:13
**roading** [1] - 51:9
**roads** [1] - 36:17
**ROBERT** [3] - 1:7, 2:1, 2:2
**rotted** [1] - 111:11
**roughly** [3] - 97:10, 101:12, 137:5
**RR** [8] - 41:8, 41:10, 41:20, 45:6, 72:9, 118:8, 135:8, 146:5
**rubber** [13] - 35:1,

35:2, 35:5, 35:10, 35:11, 35:14, 35:16, 89:7, 89:9, 90:2, 92:15, 98:19, 98:22
**Rule** [1] - 42:5
**Rules** [1] - 142:7
**run** [1] - 19:6
**rust** [1] - 51:8
**rusty** [1] - 129:6

## S

**safety** [3] - 32:18, 32:22, 87:18
**sake** [2] - 14:5, 23:10
**salt** [1] - 36:17
**salts** [1] - 30:19
**sample** [1] - 110:13
**sanction** [1] - 41:22
**sanctions** [1] - 42:7
**Santa** [1] - 136:21
**satisfaction** [1] - 42:6
**save** [18] - 13:20, 15:7, 15:15, 17:2, 17:6, 17:14, 19:8, 19:12, 20:14, 24:7, 58:22, 77:13, 77:17, 78:1, 80:10, 81:4, 81:11, 119:22
**saved** [5] - 26:11, 121:8, 124:10, 124:13, 124:15
**saw** [3] - 36:10, 58:23, 102:23
**scheduled** [1] - 72:5
**school** [2] - 89:2, 92:14
**scientifically** [1] - 30:17
**Scott** [4] - 25:16, 25:19, 26:3, 112:21
**screen** [1] - 23:18, 38:10, 41:13, 45:9, 72:22, 79:14, 97:13, 97:14, 97:15, 97:16, 97:17
**screw** [1] - 99:11
**screws** [1] - 108:4
**scroll** [2] - 24:15, 38:12
**seal** [1] - 98:23
**search** [3] - 44:13, 100:20, 148:5
**second** [3] - 3:17, 76:6, 103:11
**secondhand** [10] - 61:18, 61:21, 63:3, 63:19, 74:5, 74:21, 75:12, 80:12, 80:23,

82:1
**secured** [1] - 137:6
**see** [28] - 5:13, 5:14, 10:8, 14:8, 15:15, 15:22, 19:2, 19:15, 25:17, 29:10, 29:20, 31:5, 31:10, 32:1, 36:7, 40:9, 45:7, 53:13, 53:15, 56:8, 93:13, 107:21, 118:22, 119:22, 122:9, 123:3, 131:10, 139:15
**seeing** [1] - 32:4
**self** [2] - 111:21, 133:19
**self-evident** [2] - 111:21, 133:19
**sell** [2] - 52:1, 89:18
**send** [6] - 44:22, 45:1, 142:20, 143:4, 148:14, 148:16
**sense** [2] - 58:21, 106:7
**sensor** [8] - 24:6, 24:7, 26:11, 56:18, 72:12, 73:3, 79:9, 81:5
**sensors** [1] - 96:1
**sent** [9] - 12:19, 12:22, 13:9, 13:12, 13:14, 48:4, 48:22, 100:2, 137:4
**sentence** [24] - 60:7, 61:10, 61:20, 62:18, 63:10, 65:22, 67:14, 68:1, 73:1, 73:19, 74:11, 75:6, 75:20, 76:11, 78:3, 78:10, 78:18, 78:20, 78:23, 79:19, 80:17, 81:3, 85:9
**separate** [1] - 96:6
**series** [3] - 4:6, 10:6, 48:17
**service** [28] - 16:23, 25:15, 45:13, 46:10, 50:1, 58:1, 59:19, 66:22, 78:4, 80:13, 85:13, 97:5, 99:8, 106:5, 112:22, 119:19, 120:2, 120:3, 120:4, 120:6, 120:7, 121:6, 140:16, 141:3, 141:4, 141:11
**serviced** [2] - 67:19, 78:15
**set** [1] - 118:17
**seven** [3] - 117:7, 117:14, 118:3

**several** [2] - 8:19, 32:3
**shaft** [2] - 109:1, 110:8
**shake** [2] - 3:9, 3:13
**shape** [1] - 27:2
**share** [1] - 69:11
**sheet** [1] - 143:3
**shop** [30] - 14:1, 16:22, 17:6, 17:19, 18:21, 21:7, 21:8, 22:3, 25:9, 25:10, 29:11, 30:12, 31:10, 46:18, 46:20, 47:7, 49:23, 61:1, 65:17, 82:8, 87:11, 96:2, 120:15, 138:22, 139:3, 139:12, 140:12, 140:14, 140:17, 143:1
**short** [4] - 44:22, 103:2, 103:7, 148:14
**shorthand** [1] - 145:9
**shove** [1] - 109:6
**show** [3] - 3:18, 5:14, 5:22, 9:11, 9:23, 41:7, 87:4, 93:21, 118:6, 119:4, 135:5, 135:18, 136:2
**showed** [1] - 126:23
**showing** [1] - 5:7
**shows** [1] - 89:12
**side** [8] - 5:3, 6:21, 17:23, 32:23, 108:11, 108:13, 127:10, 127:11
**sign** [3] - 142:8, 142:11, 143:7
**signature** [1] - 11:10, 142:16
**signed** [8] - 11:19, 12:8, 13:14, 49:9, 70:17, 70:18, 71:21, 72:3
**significant** [2] - 113:21, 114:2
**signing** [3] - 11:11, 49:3, 60:15
**similarly** [1] - 1:7
**single** [1] - 105:6
**sit** [5] - 4:20, 26:7, 77:4, 112:10, 128:2
**sitting** [4] - 4:18, 70:21, 107:12, 108:1
**situated** [1] - 1:8
**situation** [1] - 117:12
**six** [3] - 117:7, 117:13, 118:3
**smaller** [1] - 46:19

**smash** [8] - 27:3, 111:13, 115:14, 116:17, 117:1, 117:4, 117:5, 128:18
**smashed** [1] - 116:3
**smashing** [2] - 116:10, 130:15
**smoke** [1] - 4:22
**smooth** [1] - 109:17
**soapbox** [3] - 59:1, 77:17, 77:22
**socket** [9] - 108:17, 110:13, 110:14, 130:11, 132:6, 132:20, 132:21, 132:22
**solid** [1] - 132:2
**someone** [12] - 32:15, 77:13, 87:23, 98:15, 116:10, 118:11, 119:4, 120:14, 120:16, 126:21, 131:5, 139:16
**something's** [1] - 51:19
**sometimes** [8] - 6:7, 6:8, 6:9, 27:1, 95:23, 117:8, 127:10, 129:4
**somewhat** [1] - 93:10
**somewhere** [2] - 10:20, 44:11
**son** [2] - 103:1, 103:2
**sorry** [4] - 9:18, 19:19, 96:20, 142:23
**sort** [5] - 35:20, 50:23, 127:11, 128:22, 140:13
**sound** [3] - 5:10, 7:1, 110:18
**sounds** [1] - 110:19
**spark** [4] - 14:6, 14:9, 14:12, 14:17
**speaking** [2] - 28:20, 29:1
**special** [16] - 62:2, 62:9, 62:10, 62:21, 75:4, 81:17, 82:11, 84:4, 84:7, 111:6, 111:7, 111:15, 111:16, 123:20, 130:8, 132:3
**specific** [2] - 47:13, 130:6
**specifically** [1] - 45:14
**speed** [1] - 99:13
**spoken** [4] - 3:5, 10:11, 49:20, 56:11

**spoliation** [1] - 43:12
**spray** [1] - 129:1
**ss** [1] - 145:2
**SS** [6] - 87:5, 87:7, 91:12, 125:17, 125:19, 146:6
**St** [2] - 2:8, 99:14
**standard** [1] - 46:8
**standards** [1] - 59:4
**start** [6] - 8:1, 32:1, 32:3, 72:9, 72:16, 93:8
**starting** [1] - 31:20
**state** [2] - 118:15, 122:22
**STATE** [1] - 145:1
**State** [3] - 87:17, 87:18, 145:6
**STATES** [1] - 1:4
**states** [3] - 19:12, 24:5, 25:15
**stay** [1] - 41:14
**stem** [39] - 27:9, 32:2, 34:16, 35:16, 35:20, 35:21, 36:2, 57:4, 59:16, 64:12, 66:17, 66:21, 72:18, 76:6, 76:11, 76:21, 77:7, 83:3, 83:4, 83:20, 87:19, 88:1, 88:11, 88:16, 88:18, 89:1, 89:4, 89:7, 89:8, 90:2, 97:7, 108:5, 109:1, 109:14, 109:15, 110:3, 127:5, 131:4, 140:8
**stems** [38] - 27:20, 28:1, 28:8, 28:14, 29:11, 29:16, 30:5, 30:11, 31:6, 32:16, 33:22, 35:8, 36:9, 36:22, 37:7, 37:17, 38:1, 39:1, 40:5, 40:10, 40:15, 42:1, 47:6, 47:14, 47:21, 53:4, 53:20, 57:10, 88:13, 89:2, 89:13, 112:1, 112:12, 112:15, 113:6, 139:18, 141:17, 141:22
**step** [12] - 16:3, 17:17, 20:12, 27:11, 53:1, 53:23, 67:22, 71:19, 72:14, 83:6, 94:2, 137:21
**steps** [1] - 6:13
**Steve** [1] - 136:7
**stick** [1] - 51:18
**sticker** [1] - 41:15

**still** [5] - 24:22, 102:1, 113:2, 128:3, 130:1
**stop** [2] - 56:23, 58:19
**stopped** [1] - 34:22
**store** [1] - 35:9
**stores** [1] - 96:3
**strange** [1] - 20:20
**strike** [2] - 115:22, 123:5
**stripped** [1] - 117:3
**stuck** [4] - 50:19, 130:13, 130:16, 131:15
**stud** [3] - 98:19, 98:21
**stuff** [1] - 25:10
**stuffing** [1] - 26:22
**style** [2] - 89:10, 106:13
**subject** [1] - 18:10
**submitted** [2] - 11:9, 64:1
**subordinates** [1] - 104:22
**Subpoena** [1] - 1:16
**subpoena** [13] - 8:7, 8:8, 8:10, 8:16, 9:10, 44:23, 49:15, 69:2, 69:6, 93:18, 93:20, 100:2, 148:15
**subpoenas** [1] - 94:4
**substance** [6] - 13:3, 24:6, 32:10, 39:18, 39:21, 114:17
**such-and-such** [2] - 141:12, 141:13
**suggested** [1] - 89:11
**suggests** [1] - 124:20
**suit** [2] - 71:11, 84:19
**Suite** [1] - 2:2
**Sullivan** [1] - 136:18
**Sullivan's** [1] - 136:20
**summons** [1] - 8:4
**supervises** [1] - 7:16
**suppliers** [1] - 38:19
**supposed** [7] - 8:17, 54:22, 59:1, 81:15, 119:13, 120:18, 121:13
**surprise** [2] - 118:1, 118:5
**swear** [1] - 126:7
**Sworn** [1] - 144:9
**sworn** [2] - 2:13,

145:13
**system** [7] - 15:4, 16:20, 24:1, 56:18, 91:14, 100:20, 141:13
**system's** [1] - 100:21
**systems** [2] - 89:21, 105:17

---

**T**

**table** [1] - 70:21
**talks** [1] - 87:16
**tazar@
thompsoncoburn.
com** [1] - 2:9
**technical** [5] - 140:16, 140:19, 141:3, 141:4, 141:11
**technician** [8] - 17:4, 17:5, 24:19, 25:7, 115:13, 116:14, 119:22, 120:11
**technological** [1] - 5:12
**tedious** [1] - 93:10
**tedium** [1] - 93:12
**ten** [4] - 115:1, 117:8, 117:14, 118:3
**term** [2] - 44:14, 148:6
**terminology** [1] - 12:4
**terms** [5] - 84:21, 106:4, 115:10, 121:7, 122:11
**terror** [1] - 5:13
**testified** [5] - 2:13, 112:5, 123:14, 123:19, 127:12
**testify** [7] - 7:21, 8:17, 43:12, 54:23, 55:4, 55:20, 145:14
**testimony** [11] - 2:19, 12:1, 42:5, 43:19, 59:8, 71:16, 71:23, 94:4, 114:17, 135:7, 144:3
**THE** [60] - 19:5, 21:10, 27:22, 28:11, 29:4, 29:19, 31:8, 33:10, 34:22, 36:6, 36:13, 37:2, 37:21, 39:4, 39:23, 41:1, 42:18, 43:1, 43:22, 47:10, 47:17, 48:2, 49:19, 54:7, 54:19, 55:22, 59:13, 60:13, 60:20, 62:8, 63:15, 64:21, 65:16, 66:16, 67:3, 68:4, 68:20,

70:8, 70:15, 71:2, 74:8, 74:18, 75:1, 75:9, 77:2, 77:9, 79:5, 81:22, 82:4, 84:14, 84:21, 85:20, 89:17, 91:18, 92:23, 117:19, 133:15, 134:8, 142:13, 143:5
**them's** [1] - 95:7
**themselves** [1] - 1:7
**they've** [4] - 22:8, 35:13, 38:15, 39:12
**thinking** [2] - 34:1, 102:9
**thinks** [1] - 124:18
**THOMAS** [2] - 1:7, 2:6
**Thomas** [3] - 2:21, 56:18, 56:19
**THOMPSON** [1] - 2:6
**thorough** [1] - 111:22
**threaded** [2] - 109:13, 109:17
**threads** [5] - 108:21, 108:22, 108:23, 109:16
**three** [16] - 17:18, 18:3, 18:19, 19:2, 21:5, 47:5, 47:20, 53:3, 53:4, 53:20, 54:11, 95:15, 96:11, 112:14, 137:5
**throw** [2] - 14:18, 85:22
**thrown** [7] - 68:11, 68:14, 124:11, 124:21, 125:2, 125:10, 125:14
**Thruway** [1] - 32:17
**tightens** [1] - 99:1
**timeline** [1] - 101:6
**tire** [43] - 13:18, 15:3, 16:19, 17:23, 23:23, 27:9, 31:9, 31:10, 33:1, 35:8, 39:8, 52:9, 56:17, 59:16, 76:17, 87:11, 87:18, 87:20, 88:8, 89:8, 89:21, 90:6, 91:13, 92:4, 92:6, 92:12, 97:5, 98:17, 99:3, 105:12, 106:12, 107:2, 107:3, 107:4, 107:6, 107:10, 107:23, 110:21, 113:18, 121:11, 127:7, 129:7
**Tire** [1] - 102:13
**tire's** [2] - 107:11, 110:20

**tires** [12] - 24:2, 87:14, 89:14, 89:18, 92:2, 92:15, 92:21, 94:10, 97:4, 98:6, 98:23, 101:8
**TO** [2] - 146:1, 147:1
**today** [36] - 2:23, 3:3, 3:10, 3:21, 4:3, 4:6, 4:14, 6:2, 6:10, 6:15, 7:8, 7:20, 9:20, 10:4, 12:13, 19:18, 19:23, 26:8, 42:5, 45:19, 61:6, 77:5, 77:22, 94:4, 100:14, 100:17, 101:3, 112:11, 113:9, 113:12, 113:22, 114:18, 128:2, 133:18, 134:17
**together** [6] - 23:5, 45:19, 99:1, 99:11, 119:2, 127:11
**Tom** [14] - 31:17, 49:8, 49:16, 52:19, 53:19, 54:5, 77:18, 85:2, 95:9, 100:20, 115:8, 133:21, 138:21, 142:2
**Tom's** [2] - 44:14, 148:6
**TOMASSINI** [1] - 1:7
**Tomassini** [2] - 2:21, 133:22
**ton** [2] - 31:12, 31:13
**took** [6] - 48:22, 54:15, 112:12, 129:18, 137:21, 139:17
**tool** [1] - 128:21
**top** [4] - 95:14, 95:16, 98:22, 131:18
**torch** [5] - 51:22, 52:4, 52:9, 129:8, 129:10
**touch** [1] - 92:8
**towards** [1] - 71:3
**Town** [5] - 29:9, 33:18, 33:22, 33:23, 140:10
**TPMS** [103] - 17:18, 17:20, 18:3, 18:19, 18:20, 19:3, 19:12, 20:14, 21:5, 22:3, 24:6, 24:7, 26:11, 27:14, 31:18, 32:6, 32:11, 38:8, 45:20, 67:16, 68:10, 68:13, 72:12, 72:18, 73:3, 73:17, 78:12, 79:9, 81:5, 81:12, 85:11, 87:23, 88:2, 88:8,

88:12, 89:2, 89:9, 90:5, 90:10, 90:13, 90:17, 90:23, 91:6, 92:1, 92:4, 92:7, 92:19, 94:9, 94:12, 94:14, 95:2, 96:10, 96:12, 96:14, 97:10, 97:22, 100:7, 100:11, 101:11, 101:13, 101:20, 103:19, 103:23, 104:10, 106:10, 106:15, 106:17, 106:20, 107:4, 107:6, 108:2, 110:15, 111:8, 115:11, 115:15, 116:3, 116:11, 116:12, 116:15, 116:20, 117:6, 122:6, 124:8, 124:9, 124:11, 125:2, 125:8, 126:13, 126:17, 126:22, 128:13, 129:12, 129:19, 130:8, 130:21, 131:13, 132:1, 132:14, 136:15, 137:1, 137:16, 138:9
**TPMSs** [2] - 35:2, 138:15
**track** [1] - 103:7
**tracks** [1] - 103:2
**traffic** [1] - 32:7
**trained** [2] - 127:22, 131:5
**training** [1] - 98:2
**transcript** [4] - 142:8, 142:12, 144:3, 146:14
**transcripts** [1] - 146:15
**trash** [12] - 14:18, 15:5, 15:8, 16:16, 67:18, 68:15, 78:14, 124:11, 124:21, 125:3, 125:10, 125:14
**travel** [1] - 110:7
**travels** [1] - 98:21
**Treat** [1] - 85:3
**treat** [1] - 85:5
**trial** [2] - 1:15, 23:17
**tried** [1] - 40:9
**trouble** [1] - 116:23
**true** [38] - 21:4, 21:11, 59:14, 60:10, 61:14, 61:18, 61:22, 62:6, 62:23, 63:5, 63:13, 63:20, 65:22, 67:12, 68:2, 68:6, 73:5, 73:16, 74:1,

74:3, 74:15, 75:7, 75:23, 76:12, 76:18, 78:7, 80:7, 80:9, 80:21, 81:1, 81:8, 81:9, 81:13, 81:19, 82:2, 83:19, 144:2
**truly** [1] - 137:2
**trust** [1] - 142:16
**truth** [5] - 6:16, 7:11, 145:14, 145:15
**try** [8] - 31:3, 33:1, 57:6, 66:8, 71:5, 125:6, 128:21, 129:2
**trying** [9] - 13:4, 13:7, 41:5, 55:23, 82:12, 88:9, 99:17, 130:14, 140:17
**TT** [4] - 93:3, 93:5, 96:18, 146:8
**twice** [1] - 44:4
**two** [13] - 9:13, 15:14, 15:18, 21:5, 54:11, 56:15, 94:4, 96:11, 97:4, 102:21, 138:2, 138:9, 140:8
**type** [7] - 27:18, 30:15, 31:5, 51:2, 51:12, 52:6, 92:9
**typed** [1] - 118:11
**types** [2] - 120:9, 139:2
**typically** [8] - 17:2, 60:22, 61:2, 62:11, 117:4, 119:11, 120:14, 127:16

**U**

**um-hum** [1] - 3:8
**Under** [1] - 45:11
**under** [12] - 7:8, 7:10, 7:13, 7:14, 7:15, 54:2, 64:2, 70:1, 107:21, 137:5, 142:7, 145:10
**understood** [1] - 6:23
**unfortunately** [2] - 7:7, 18:12
**unique** [2] - 44:18, 148:10
**unit** [13] - 106:15, 115:11, 115:15, 116:3, 116:11, 116:12, 116:15, 116:20, 117:6, 124:11, 126:13, 126:17, 138:5
**UNITED** [1] - 1:4
**units** [7] - 126:22,

136:15, 137:1, 137:17, 137:22, 138:2, 138:11
**unless** [6] - 11:12, 15:6, 44:16, 50:18, 116:22, 148:8
**unquote** [1] - 139:16
**unscrew** [1] - 106:14
**up** [46] - 4:16, 4:22, 5:2, 9:11, 10:1, 23:2, 23:17, 24:15, 26:21, 36:2, 38:12, 41:17, 41:18, 43:4, 44:21, 51:11, 55:8, 60:23, 70:2, 77:6, 79:14, 80:2, 86:18, 93:21, 94:1, 98:20, 99:13, 100:14, 100:17, 106:21, 107:7, 107:13, 107:20, 107:21, 110:2, 110:13, 115:10, 118:11, 120:9, 129:4, 129:8, 135:7, 140:23, 141:11, 142:3, 148:13
**updated** [1] - 38:17
**Upstate** [1] - 36:17
**US** [29] - 1:11, 2:7, 2:23, 11:6, 26:5, 28:7, 29:2, 30:4, 31:5, 33:14, 34:15, 35:6, 37:5, 40:5, 40:10, 41:21, 42:16, 42:21, 47:12, 53:10, 76:4, 115:9, 118:11, 118:12, 132:11, 132:13, 134:1, 134:5
**US's** [4] - 8:12, 10:1, 40:14, 77:5
**UU** [5] - 99:20, 112:14, 121:6, 126:18, 146:9

**V**

**valve** [79] - 22:21, 27:19, 28:1, 28:8, 28:14, 29:11, 29:16, 30:5, 30:11, 31:6, 32:16, 33:22, 34:16, 35:8, 35:16, 35:19, 35:21, 36:2, 36:9, 36:22, 37:6, 37:16, 38:1, 38:21, 40:5, 40:10, 40:15, 42:1, 47:5, 47:14, 47:21, 53:4, 53:20, 57:4, 57:10, 59:16, 64:12, 66:17, 66:21, 72:18, 76:6, 76:10, 76:21,

77:7, 83:3, 83:4, 83:19, 87:19, 88:1, 88:11, 88:13, 88:16, 88:18, 89:1, 89:2, 89:3, 89:5, 89:7, 89:8, 89:13, 90:2, 97:7, 98:8, 98:14, 99:2, 99:5, 99:6, 99:10, 108:5, 112:1, 112:11, 112:15, 113:6, 127:4, 139:18, 140:8, 141:16, 141:21
**valves** [3] - 38:17, 90:5, 92:15
**van** [1] - 29:7
**vans** [4] - 29:10, 30:4, 31:5, 40:6
**various** [1] - 112:1
**vehicle** [44] - 13:10, 13:17, 14:3, 27:19, 31:17, 33:7, 33:15, 36:10, 56:20, 65:17, 66:10, 67:17, 67:19, 72:13, 73:4, 76:7, 76:18, 78:13, 78:14, 78:17, 79:10, 85:12, 88:1, 88:3, 89:10, 89:14, 107:3, 110:5, 111:3, 115:11, 116:21, 117:7, 117:13, 118:2, 120:12, 121:18, 122:2, 122:6, 123:21, 124:3, 125:9, 136:16, 140:10, 141:14
**vehicle's** [1] - 116:3
**vehicles** [7] - 16:12, 29:2, 29:17, 30:11, 38:2, 39:5, 40:15
**verbatim** [1] - 145:8
**versus** [1] - 37:7
**vice** [1] - 2:7
**vicinity** [1] - 10:20
**view** [1] - 47:14
**violate** [1] - 48:14
**virtually** [1] - 33:19
**vs** [1] - 1:10
**VV** [3] - 135:19, 135:22, 146:11

**W**

**waive** [1] - 142:15
**walk** [4] - 21:21, 23:5, 84:5, 99:22
**walking** [2] - 62:16, 96:22
**wants** [5] - 4:10, 17:2, 39:14, 52:15, 52:19

**warm** [1] - 60:5
**Washington** [5] - 2:3, 10:11, 10:13, 11:1, 114:22
**watch** [2] - 105:11, 105:15
**WD-40** [5] - 128:22, 129:1, 129:13, 130:11, 132:22
**week** [5] - 9:19, 72:5, 97:10, 97:21, 101:12
**weeks** [2] - 102:21, 137:5
**West** [1] - 2:2
**whack** [3] - 130:17, 131:2, 131:17
**whacks** [1] - 130:20
**whatnot** [2] - 30:19, 134:10
**whatsoever** [2] - 25:7, 125:7
**wheel** [24] - 92:5, 92:7, 98:20, 98:21, 106:13, 106:22, 107:1, 107:4, 107:5, 108:1, 108:5, 108:7, 108:9, 108:11, 108:12, 108:14, 109:11, 109:15, 109:18, 109:22, 110:16, 129:9, 132:7
**whereas** [1] - 36:9
**white** [1] - 126:9
**White** [2] - 10:20, 18:4
**whole** [4] - 5:17, 109:14, 142:13, 145:14
**wife** [2] - 113:9, 140:5
**wife's** [1] - 4:22
**willing** [1] - 53:21
**willingness** [1] - 53:6
**wishes** [1] - 136:23
**witness** [7] - 22:7, 22:12, 47:15, 59:7, 86:13, 86:14, 143:7
**Witness** [1] - 147:2
**WITNESS** [60] - 19:5, 21:10, 27:22, 28:11, 29:4, 29:19, 31:8, 33:10, 34:22, 36:6, 36:13, 37:2, 37:21, 39:4, 39:23, 41:1, 42:18, 43:1, 43:22, 47:10, 47:17, 48:2, 49:19, 54:7, 54:19, 55:22, 59:13, 60:13, 60:20, 62:8, 63:15,

64:21, 65:16, 66:16, 67:3, 68:4, 68:20, 70:8, 70:15, 71:2, 74:8, 74:18, 75:1, 75:9, 77:2, 77:9, 79:5, 81:22, 82:4, 84:14, 84:21, 85:20, 89:17, 91:18, 92:23, 117:19, 133:15, 134:8, 142:13, 143:5
**witness's** [1] - 77:11
**witnesses** [1] - 6:7
**WITNESSES** [1] - 147:1
**woman** [1] - 140:3
**wondering** [1] - 4:23
**word** [5] - 44:17, 60:23, 127:17, 127:20, 148:9
**worded** [1] - 89:23
**words** [7] - 6:8, 13:2, 24:5, 32:10, 39:18, 39:20, 71:4
**works** [4] - 25:20, 113:2, 113:3, 133:23
**worksheet** [1] - 17:4
**wrench** [5] - 108:16, 132:6, 132:20, 132:21, 132:22
**write** [1] - 120:16
**writer** [3] - 46:11, 120:4, 120:7
**writes** [1] - 17:14
**writing** [6] - 56:5, 81:14, 106:6, 121:7, 122:10, 145:10
**written** [3] - 106:4, 120:10, 121:9
**wrongdoing** [1] - 54:1
**wrote** [1] - 13:12

**Y**

**year** [9] - 11:20, 15:14, 15:19, 30:22, 31:4, 46:23, 56:19, 83:5, 83:7
**years** [11] - 31:23, 32:3, 34:11, 35:13, 35:15, 49:21, 117:8, 117:14, 118:3, 119:6
**yesterday** [1] - 83:17
**YORK** [2] - 1:5, 145:1
**York** [8] - 1:18, 2:3, 2:12, 10:21, 36:18, 87:17, 145:6
**yourself** [3] - 20:2, 59:2, 59:5